FILED

FEB 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Servicemembers Legal Defense  )
Network                       )
                              )
                              )
           vs    Plaintiff    )  Civ.    CASE NUMBER  1:06CV00200
                              )
Department of Defense, et al. )         JUDGE: Rosemary M. Collyer
                              )
                              )         DECK TYPE: FOIA/Privacy Act
                Defendant     )
                                        DATE STAMP: 02/06/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Servicemembers Legal Defense Network__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Servicemembers Legal Defense Network__ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

D.C. Bar No. 335885
BAR IDENTIFICATION NO.

Christopher Wolf
Print Name

1001 Pennsylvania Avenue, NW, Suite 400 South
Address

Washington   DC        20004-2533
City         State     Zip Code

(202) 416-6800
Phone Number

2