## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SERVICEMEMBERS LEGAL DEFENSE NETWORK**, <br><br> Plaintiff, <br><br> v. <br><br> **DEPARTMENT OF DEFENSE** <br><br> and <br><br> **DEPARTMENT OF JUSTICE**, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 06-200 (RMC) |

## PROOF OF SERVICE

I hereby certify that, as evidenced by the U.S. Postal Service Certified Mail Receipts and Track & Confirm records attached hereto, a Summons and a copy of the Complaint filed in the above-entitled action were mailed by certified first-class mail to each of the following on February 7, 2006:

Department of Defense
The Pentagon
Washington, DC 20301;

Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001;

Civil Process Clerk
United States Attorney's Office
for the District of Columbia
555 4th Street, NW
Washington, DC 20530;

and

Attorney General of the United States
Office of the Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001.

Dated: February 13, 2006                    Respectfully submitted,


                                    _____/s/_____
                                    James F. Segroves
                                    (D.C. Bar No. 480360)
                                    PROSKAUER ROSE LLP
                                    1001 Pennsylvania Avenue, N.W.
                                    Suite 400 South
                                    Washington, D.C. 20004-2533
                                    202.416.6800
                                    202.416.6899 (fax)

                                    *Attorney for Plaintiff Servicemembers
                                    Legal Defense Network*