



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7002 3150 0001 1363 9250**
Status: **Delivered**

Your item was delivered at 7:57 am on February 13, 2006 in WASHINGTON, DC 20310.

[ Additional Details > ]   [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   [ Go > ]



POSTAL INSPECTORS     site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                  Copyright © 1999-2004 USPS. All Rights Reserved.  Terms of Use   Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7002 3150 0001 1363 9274**
Status: **Delivered**

Your item was delivered at 5:05 am on February 13, 2006 in WASHINGTON, DC 20530.

Additional Details >   Return to USPS.com Home >



**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7002 3150 0001 1363 9243**
Status: **Delivered**

Your item was delivered at 5:05 am on February 13, 2006 in WASHINGTON, DC 20530.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >



POSTAL INSPECTORS      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7002 3150 0001 1363 9267**
Status: **Delivered**

Your item was delivered at 5:05 am on February 13, 2006 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy