# Exhibit 3


MSNBC.com

# Is the Pentagon spying on Americans?
**Secret database obtained by NBC News tracks 'suspicious' domestic groups**

By Lisa Myers, Douglas Pasternak, Rich Gardella and the NBC Investigative Unit
Updated: 6:18 p.m. ET Dec. 14, 2005

WASHINGTON - A year ago, at a Quaker Meeting House in Lake Worth, Fla., a small group of activists met to plan a protest of military recruiting at local high schools. What they didn't know was that their meeting had come to the attention of the U.S. military.

A secret 400-page Defense Department document obtained by NBC News lists the Lake Worth meeting as a "threat" and one of more than 1,500 "suspicious incidents" across the country over a recent 10-month period.

"This peaceful, educationally oriented group being a threat is incredible," says Evy Grachow, a member of the Florida group called The Truth Project.

"This is incredible," adds group member Rich Hersh. "It's an example of paranoia by our government," he says. "We're not doing anything illegal."

The Defense Department document is the first inside look at how the U.S. military has stepped up intelligence collection inside this country since 9/11, which now includes the monitoring of peaceful anti-war and counter-military recruitment groups.

"I think Americans should be concerned that the military, in fact, has reached too far," says NBC News military analyst Bill Arkin.

The Department of Defense declined repeated requests by NBC News for an interview. A spokesman said that all domestic intelligence information is "properly collected" and involves "protection of Defense Department installations, interests and personnel." The military has always had a legitimate "force protection" mission *inside* the U.S. to protect its personnel and facilities from potential violence. But the Pentagon now collects domestic intelligence that goes beyond legitimate concerns about terrorism or protecting U.S. military installations, say critics.

**Four dozen anti-war meetings**
The DOD database obtained by NBC News includes nearly four dozen anti-war meetings or protests, including some that have taken place far from any military installation, post or recruitment center. One "incident" included in the database is a large anti-war protest at Hollywood and Vine in Los Angeles last March that included effigies of President Bush and anti-war protest banners. Another incident mentions a planned protest against military recruiters last December in Boston and a planned protest last April at McDonald's National Salute to America's Heroes — a military air and sea show in Fort Lauderdale, Fla.

The Fort Lauderdale protest was deemed not to be a credible threat and a column in the database concludes: "US group exercising constitutional rights." Two-hundred and forty-three other incidents in the database were discounted because they had no connection to the Department of Defense — yet they all remained in the database.

The DOD has strict guidelines (.PDF link), adopted in December 1982, that limit the extent to which

they can collect and retain information on U.S. citizens.

Still, the DOD database includes at least 20 references to U.S. citizens or U.S. persons. Other documents obtained by NBC News show that the Defense Department is clearly increasing its domestic monitoring activities. One DOD briefing document stamped "secret" concludes: "[W]e have noted increased communication and encouragement between protest groups using the [I]nternet," but no "significant connection" between incidents, such as "reoccurring instigators at protests" or "vehicle descriptions."

The increased monitoring disturbs some military observers.

"It means that they're actually collecting information about who's at those protests, the descriptions of vehicles at those protests," says Arkin. "On the domestic level, this is unprecedented," he says. "I think it's the beginning of enormous problems and enormous mischief for the military."

Some former senior DOD intelligence officials share his concern. George Lotz, a 30-year career DOD official and former U.S. Air Force colonel, held the post of Assistant to the Secretary of Defense for Intelligence Oversight from 1998 until his retirement last May. Lotz, who recently began a consulting business to help train and educate intelligence agencies and improve oversight of their collection process, believes some of the information the DOD has been collecting is not justified.

**Make sure they are not just going crazy**
"Somebody needs to be monitoring to make sure they are just not going crazy and reporting things on U.S. citizens without any kind of reasoning or rationale," says Lotz. "I demonstrated with Martin Luther King in 1963 in Washington," he says, "and I certainly didn't want anybody putting my name on any kind of list. I wasn't any threat to the government," he adds.

The military's penchant for collecting domestic intelligence is disturbing — but familiar — to Christopher Pyle, a former Army intelligence officer.

"Some people never learn," he says. During the Vietnam War, Pyle blew the whistle on the Defense Department for monitoring and infiltrating anti-war and civil rights protests when he published an article in the Washington Monthly in January 1970.

The public was outraged and a lengthy congressional investigation followed that revealed that the military had conducted investigations on at least 100,000 American citizens. Pyle got more than 100 military agents to testify that they had been ordered to spy on U.S. citizens — many of them anti-war protestors and civil rights advocates. In the wake of the investigations, Pyle helped Congress write a law placing new limits on military spying inside the U.S.

But Pyle, now a professor at Mt. Holyoke College in Massachusetts, says some of the information in the database suggests the military may be dangerously close to repeating its past mistakes.

"The documents tell me that military intelligence is back conducting investigations and maintaining records on civilian political activity. The military made promises that it would not do this again," he says.

**Too much data?**
Some Pentagon observers worry that in the effort to thwart the next 9/11, the U.S. military is now collecting too much data, both undermining its own analysis efforts by forcing analysts to wade through a mountain of rubble in order to obtain potentially key nuggets of intelligence and entangling U.S. citizens in the U.S. military's expanding and quiet collection of domestic threat

Case 1:06-cv-00200-RMC    Document 85    Filed 02/25/2006    Page 4 of 13

data.

Two years ago, the Defense Department directed a little known agency, Counterintelligence Field Activity, or CIFA, to establish and "maintain a domestic law enforcement database that includes information related to potential terrorist threats directed against the Department of Defense." Then-Deputy Secretary of Defense Paul Wolfowitz also established a new reporting mechanism known as a TALON or Threat and Local Observation Notice report. TALONs now provide "non-validated domestic threat information" from military units throughout the United States that are collected and retained in a CIFA database. The reports include details on potential surveillance of military bases, stolen vehicles, bomb threats and planned anti-war protests. In the program's first year, the agency received more than 5,000 TALON reports. The database obtained by NBC News is generated by Counterintelligence Field Activity.

CIFA is becoming the superpower of data mining within the U.S. national security community. Its "operational and analytical records" include "reports of investigation, collection reports, statements of individuals, affidavits, correspondence, and other documentation pertaining to investigative or analytical efforts" by the DOD and other U.S. government agencies to identify terrorist and other threats. Since March 2004, CIFA has awarded at least $33 million in contracts to corporate giants Lockheed Martin, Unisys Corporation, Computer Sciences Corporation and Northrop Grumman to develop databases that comb through classified and unclassified government data, commercial information and Internet chatter to help sniff out terrorists, saboteurs and spies.

One of the CIFA-funded database projects being developed by Northrop Grumman and dubbed "Person Search," is designed "to provide comprehensive information about people of interest." It will include the ability to search government as well as commercial databases. Another project, "The Insider Threat Initiative," intends to "develop systems able to detect, mitigate and investigate insider threats," as well as the ability to "identify and document normal and abnormal activities and 'behaviors,'" according to the Computer Sciences Corp. contract. A separate CIFA contract with a small Virginia-based defense contractor seeks to develop methods "to track and monitor activities of suspect individuals."

"The military has the right to protect its installations, and to protect its recruiting services," says Pyle. "It does not have the right to maintain extensive files on lawful protests of their recruiting activities, or of their base activities," he argues.

Lotz agrees.

"The harm in my view is that these people ought to be allowed to demonstrate, to hold a banner, to peacefully assemble whether they agree or disagree with the government's policies," the former DOD intelligence official says.

**'Slippery slope'**
Bert Tussing, director of Homeland Defense and Security Issues at the U.S. Army War College and a former Marine, says "there is very little that could justify the collection of domestic intelligence by the Unites States military. If we start going down this slippery slope it would be too easy to go back to a place we never want to see again," he says.

Some of the targets of the U.S. military's recent collection efforts say they have already gone too far.

"It's absolute paranoia — at the highest levels of our government," says Hersh of The Truth Project.

"I mean, we're based here at the Quaker Meeting House," says Truth Project member Marie

Zwicker, "and several of us are Quakers."

The Defense Department refused to comment on how it obtained information on the Lake Worth meeting or why it considers a dozen or so anti-war activists a "threat."

© 2006 MSNBC.com

URL: http://www.msnbc.msn.com/id/10454316/

| Rpt Date | Inc Date | Class | Incident Summary | State | City / Installation | Incident Type | Disposition | Bi-Weekly Y/N | Researched Y/N | Reason Discounted |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-Nov-04 | 11-Nov-04 | | Protest Planned at Sacramento Military Entrance Processing Station | CA | Sacramento | Threat | Open/Unresolved | Credible | | |
| 13-Nov-04 | 14-Nov-04 | | Counter Military Recruitment Planning Meeting | FL | Lake Worth | Threat | Closed/Resolved | Credible | | Discussion of surveillance against DoD recruiters. |
| 17-Nov-04 | | | Anti War Demonstration scheduled for 13 November 04 - Possible Threat to Air Force Recruiting Station | NY | New York City | Threat | Closed/Resolved | Not Credible | | Protesters |
| 18-Nov-04 | | | 9 Aug 04 Anti-Nuclear Protest at Offutt AFB, NE. | NE | Offutt AFB | Threat | Closed/Resolved | Credible | | |
| 19-Nov-04 | 21-Nov-04 | | Planned Demonstration at Fort Huachuca | AZ | Sierra Vista | Threat | Open/Unresolved | Credible | | |
| 22-Nov-04 | 22-Nov-04 | | Planning Meeting to Disrupt Presidential Inaugurational and Military Recruiting Stations | OH | Cleveland | Threat | Closed/Unresolved | Not Credible | | Protesters |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 24-Nov-04 | | | Foreign Student Group/Educational Staff Travel to Alaska for Anti-Missile Protest | AK | Beaver Creek | Threat | Open/Unresolved | Not Credible | | Peaceful Protest |
| 8-Dec-04 | 8-Dec-04 | U | The web site www.iacboston.org has identified 8 Dec 04 as a call for action. | MA | Boston | Threat | Closed/Resolved | Not Credible | No | Threat timeframe has passed |
| 9-Dec-04 | 9-Dec-04 | U//FOUO | Protest at Offutt AFB, NE Results in Detention | NE | Offutt AFB | Threat | Closed/Resolved | Not Credible | No | |
| 10-Dec-04 | 13-Dec-04 | U//FOUO | Protesting and Picketing Planned at a Rhode Island National Guard Recruitment Station | RI | Providence | Threat | Open/Unresolved | Not Credible | No | |
| 28-Dec-04 | 28-Dec-04 | U//FOUO | Protest at Offutt AFB, NE results in detention | NE | Offutt AFB | Suspicious Activity | Closed/Resolved | Not Credible | No | Closed/Resolved |
| 30-Dec-04 | 31-Dec-04 | | Protest at Kings Bay Naval Station, GA | GA | Kings Bay Base | Threat | Open/Unresolved | Credible | | |
| 10-Jan-05 | 30-Dec-04 | U | Anti-government and Anti-war postcard | TX | Fort Hood | Threat | Closed/Unresolved | Not Credible | | No additional information available |

| Date | Class | Title | State | City | Type | Status | Credibility | ? | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 11-Jan-05 | 4-Dec-04 | U | Concerned Citizens of Colorado CD Received at TX ANG Facility | TX | San Antonio | Threat | Open/Unresolved | Credible | Y | |
| 2-Feb-05 | 4-Feb-05 | U//FOUO | Protest Planned Against JAG Recruiters at NYU on 4 and 10 Feb 05 May Involve "OUTlaws" | NY | New York City | Threat | Open/Unresolved | Not Credible | Yes | |
| 3-Feb-05 | 2-Feb-05 | U//FOUO | Possible Violent Demonstration at NYU | NY | New York City | Threat | Closed/Resolved | Not Credible | No | Closed/Resolved |
| 14-Feb-05 | 19-Mar-05 | U//FOUO | Planned Demonstration at Fort Bragg | NC | Fort Bragg | Threat | Closed/Unresolved | Not Credible | No | Future Event, Peacefull |
| 14-Feb-05 | 14-Feb-05 | U//FOUO | Demonstration Outside Gate 4, Fort Carson, CO | CO | Fort Carson | Threat | Closed/Resolved | Not Credible | No | |
| 22-Feb-05 | 21-Feb-05 | U//FOUO | Civil Disobedience Planned at Three New York City Area Recruiting Stations for 19 Mar 05 | NY | New York | Threat | Closed/Unresolved | Not Credible | No | Closed |
| 24-Feb-05 | 19-Mar-05 | U//FOUO | Protest at Recruiting Station and Federal Building | OH | Akron | Threat | Open/Unresolved | Not Credible | No | Only if something significant happens |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 24-Feb-05 | 17-Mar-05 | U//FOUO | Protest Planned Against Recruiting Stations | DC | Washington | Threat | Open/Unresolved | Not Credible | No | Only if something significant happens |
| 24-Feb-05 | 18-Mar-05 | U//FOUO | Protest Planned Against Recruiting Centers | IL | Springfield | Threat | Open/Unresolved | Not Credible | No | Only if something significant happens |
| 25-Feb-05 | 2-Mar-05 | U//FOUO | Protest on 2 Mar 05 Against Military Recruiters in New York State at the University of Albany | NY | Albany | Threat | Closed/Unresolved | Not Credible | No | Closed |
| 25-Feb-05 | 23-Feb-05 | U//FOUO | Students at Southern Connecticut State University Protest Army National Guard Recruiters | CT | New Haven | Threat | Closed/Unresolved | Not Credible | No | Closed |
| 2-Mar-05 | 19-Mar-05 | U//FOUO | Planning a March and Rally at Hollywood and Vine | CA | Los Angeles, CA | Threat | Open/Unresolved | Not Credible | Y | Timing wrong. Bi-Weekly published on 18 Mar 05 |
| 7-Mar-05 | 8-Mar-05 | U//FOUO | Protest Planned Against Military Recruiters in VT | VT | Unknown | Threat | Open/Unresolved | Not Credible | N | No DoD Nexus |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7-Mar-05 | 9-Mar-05 | U//FOUO | Protest Planned at City College of NY (CCNY) against Military/Police Recruiters | NY | New York | Threat | Closed/Unresolved | Not Credible | Y | |
| 8-Mar-05 | 2-Mar-05 | U//FOUO | (U//FOUO) Possible protest against the Selective Service System, GA | GA | Atlanta | Threat | Closed/Unresolved | Not Credible | N | |
| 30-Mar-05 | 8-Apr-05 | U//FOUO | Weekly Protest Planned at Atlanta Recruiting Station | GA | Atlanta | Threat | Open/Unresolved | Credible | Yes | This is a planned protest by a known US group. |
| 4-Apr-05 | 28-Mar-05 | U//FOUO | Counter Recruitment Groups Look at Two Models for Demonstrating | GA | | Threat | Closed/Resolved | Credible | No | This information is from the same source as previous internet-based articles regarding counter-recruitment activity. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4-Apr-05 | 16-Mar-05 | U//FOUO | Internet Discussion Board Encourages Violence against Recruiters | FL | Miami | Threat | Open/Unresolved | Not Credible | Yes | |
| 4-Apr-05 | 5-Apr-05 | U//FOUO | Protest Against Military Recruiters at University of California at Santa Cruz (UCSC) on 5 Apr 05 | CA | Santa Cruz | Threat | Closed/Unresolved | Credible | Yes | |
| 6-Apr-05 | 1-Apr-05 | U//FOUO | Protest Against Army Recruiters at a NJ Area University | NJ | Wayne | Threat | Closed/Resolved | Not Credible | No | Without Incident |
| 9-Apr-05 | 30-Apr-05 | U | Known US group plans protests at Fort Lauderdale Air & Sea Show | FL | Fort Lauderdale | Threat | Open/Unresolved | Not Credible | No | US group exercising constitutional rights. |
| 20-Apr-05 | 21-Apr-05 | U//FOUO | Direct Action Protest Planned Against Recruiters at UC Berkley | CA | Berkeley | Threat | Closed/Unresolved | Not Credible | No | Protest took place without incident |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20-Apr-05 | 21-Apr-05 | U//FOUO | Upcoming Protest on 21 Apr 05 Against Military Recruiters at the State University of New York at Albany (SUNY Albany) | NY | Albany | Threat | Open/Unresolved | Not Credible | No | NFI |
| 20-Apr-05 | 20-Apr-05 | U | Identified US Organization Holds Anti-War Display in New Orleans, LA; US Army Recruiter is Assaulted | LA | New Orleans | Threat | Open/Unresolved | Credible | No | |
| 26-Apr-05 | 30-Apr-05 | U//FOUO | Protest Planned Against ROTC Recruiter at University of Wisconsin | WI | Madison | Anti-DoD Vandalism | Open/Unresolved | Not Credible | No | NFI |
| 26-Apr-05 | 7-May-05 | U//FOUO | Protests Against Military Recruiting Stations on 7 and 8 May 2005 | NY | NY | Anti-DoD Vandalism | Closed/Unresolved | Not Credible | N | Closed |
| 5-May-05 | 26-Apr-05 | U//FOUO | Group List "Great Places to Protest" via eamil | DC | Washington | Threat | Open/Unresolved | Not Credible | N | No action seen |
| 5-May-05 | 27-Apr-05 | U//FOUO | Group Targets US Military Recruiting | PA | Pittsburgh | Threat | Open/Unresolved | Not Credible | N | No Threat unitl actions are taken. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5-May-05 | 11-May-05 | U//FOUO | Protests at San Diego Naval Station | CA | San Diego NS | Threat | Closed/Unresolved | Credible | N | No additional info received; has not taken place yet |
| 5-May-05 | 7-May-05 | U//FOUO | Planned counter-recruitment rally at San Francisco Recruiting Station | CA | San Francisco | Threat | Open/Unresolved | Not Credible | N | No additional info received; probably peaceful |