# Exhibit 5



# Dallas VOICE
The Community Newspaper For Gay & Lesbian Dallas

**NEWS  LIFESTYLES  CLASSIFIEDS  DIRECTORIES  ARCHIVES  ADVERTISING  CONTACT US**

## Pentagon calls gay student groups 'credible threat'

### Document details how Defense Department spied on groups protesting Don't ask, don't tell policy

**By David Taffett**
Staff Writer

Pentagon officials have been spying on what they called suspicious meetings by student groups opposed to the military's "don't ask, don't tell policy," according to the Servicemembers Legal Defense Network.

NBC news obtained eight pages of a 400-page Defense Department document that listed "threats" and "suspicious incidents" across the country. These threats included a gay kiss-in at University of California-Santa Cruz, which was labeled as a "credible threat" of terrorism.

The Pentagon spied on New York University law school's GLBT group OUTlaw, which they classified as "possibly violent," and on a group at William Patterson College in New Jersey and the University at Albany, part of the State University of New York system.

In a telephone interview on Monday, Kermit L. Hall, president of the University at Albany, described a demonstration on campus last April monitored by the Department of Defense.

He said it attracted a dozen students and about 100 onlookers.

Hall said he is not sure whether the Pentagon conducted live surveillance on campus or monitored the demonstration through news reports. He has contacted the Department of Defense for an explanation of their "purported unannounced visit to the campus."

"I think we will get stonewalled," he said.

Hall called the surveillance on his campus inappropriate.

"The university is a place of open discussion," he said. "Those who come for surveillance should inform the university."

He said that the alleged spying shows that "the power of government needs to be jealously guarded."

In an e-mail in response to whether or not anyone was on campus carrying on surveillance, Tracy


Kermit Hall, president of the University at Albany, called surveillance on students at the school inappropriate and an abuse of power.

'War on C
only in mir

2 charged

Area churc
of services

Give g

Kw

North T
celebrati

Pentagon (
groups

Rapic

Wom
promi:



California (
charter to

G
discha

HE

NA

Senate :
bill

Spok
Hession to

Virgini:

O'Grady-Walsh, Pentagon Defense Press Officer said, "DoD policy for intelligence and counterintelligence organizations prohibits the reporting, processing or storing of information on individuals or organizations not affiliated with the DoD, except in limited circumstances that are defined and codified in law."

O'Grady-Walsh also said that the Counterintelligence Field Activity began a review of the system in October to insure it complies with all laws and to identify any information that is improperly in the database.

Questions about whether surveillance was actually carried out on the Albany campus or whether Hall will receive a response to his demand were left unanswered.

C. Dixon Osburn, executive director of the Servicemembers Legal Defense Network, said in a press release, "The Pentagon is supposed to defend the Constitution, not turn it upside down".

"Students have a first amendment right to protest and Americans have a right to expect that their government will respect our constitutional right to privacy," Osburn said..

"To suggest that a gay kiss-in is a 'credible threat' is absurd, homophobic and irrational. To suggest the Constitution does not apply to groups with views differing from the Pentagon is chilling."

Osburn filed a Freedom of Information Act request to find out if the Bush administration and the Pentagon have monitored his or other GLBT organizations.

E-mail calendar@dallasvoice.com

g

Wedding



Copyright 2005 © By Dallas Voice. All Rights Reserved. Terms and Conditions of Use