# Exhibit 25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | Civil Action No. 06-200 (RMC) |

### DECLARATION OF CHRISTOPHER WOLF

I, CHRISTOPHER WOLF, depose and say upon personal knowledge as follows:

1. I am over the age of twenty-one years and am otherwise competent and qualified to execute this declaration.

2. I am a partner in the Washington, D.C. office of Proskauer Rose LLP, which is located at 1001 Pennsylvania Avenue, N.W., Suite 400 South, Washington, D.C. 20004-2533. I currently serve as counsel-of-record on behalf of Plaintiff Servicemembers Legal Defense Network ("SLDN") in the above-captioned case.

3. On January 5, 2006, I did cause to be transmitted via facsimile and certified mail eight requests for agency records under the Freedom of Information Act ("FOIA"), all of which were submitted on behalf of SLDN. Specifically, I caused FOIA requests to be transmitted to the Counterintelligence Field Activity ("CIFA"), the Department of Defense ("DOD"), the National Security Agency ("NSA"), the Defense Intelligence Agency ("DIA"), the Office of Information and Privacy ("OIP"), the Office of

Intelligence Policy and Review ("OIPR"), the Federal Bureau of Investigation ("FBI") and the Central Intelligence Agency ("CIA"). True and correct copies of these FOIA requests are attached as Exhibit A-H. Our offices received transmission confirmations indicating that of all of the above-referenced letters were received by the designated recipients on that day. *See id.*

4.    For ease of reference, events following the transmission of these letters are organized according to agency. However, it should be noted that those FOIA requests submitted to the NSA, OIPR and CIA are currently the subject of administrative appeals.

## COUNTERINTELLIGENCE FIELD ACTIVITY AND DEPARTMENT OF DEFENSE

5.    On February 1, 2006, I spoke via telephone with one Jeannie Miller, who identified herself as a DOD employee. Ms. Miller stated that DOD had denied SLDN's request for a fee waiver and that the agency had categorized SLDN as an "all other" requester for purposes of fee calculation. I informed Ms. Miller that SLDN would agree to pay up to $250.00 in search fees, but that anything above that amount would require pre-approval.

6.    To date, our offices have not received a substantive determination from DOD or CIFA with respect to the release of records responsive to SLDN's FOIA requests, nor have we received a written denial of SLDN's fee waiver request.

## DEFENSE INTELLIGENCE AGENCY

7.    On January 23, 2006, our offices received correspondence from DIA dated January 12, 2006, a true and correct copy of which is attached as Exhibit I.

2

8. To date, our offices have not received a substantive determination from DIA with respect to the release of records responsive to SLDN's FOIA request, nor have we received a determination on SLDN's request for a fee waiver.

## OFFICE OF INFORMATION AND PRIVACY

9. On February 7, 2006, our offices received a letter from OIP dated January 26, 2006, a true and correct copy of which is attached as Exhibit J.

10. On February 14, 2006, I caused a letter to be transmitted to OIP by certified mail and facsimile. A true and correct copy of this letter is attached as Exhibit K.

11. On February 14, 2006, our offices received a letter from OIP dated February 7, 2006, a true and correct copy of which is attached as Exhibit L.

12. To date, our offices have not received a substantive determination from OIP regarding the release of documents responsive to SLDN's FOIA request, nor have we received a determination from OIP regarding SLDN's request for a fee waiver.

## FEDERAL BUREAU OF INVESTIGATION

13. On January 25, 2006, I spoke via telephone with one Julia Eichhorst, who identified herself as an employee of the FBI. Ms. Eichhorst stated that the FBI would begin searching for documents responsive to SLDN's FOIA request. However, Ms. Eichhorst did not state whether the FBI would in fact disclose documents responsive to SLDN's FOIA request.

14. On February 14, 2006, our offices received three letters from the FBI, all of which were dated February 8, 2006. True and correct copies of these letters are attached as Exhibits M-O.

15. On February 22, 2006, our offices received a letter from the FBI dated February 9, 2006, a true and correct copy of which is attached as Exhibit P.

16. Save for one exception, our offices have not received a substantive determination from the FBI with respect to the release of documents responsive to SLDN's FOIA request, nor have we received a determination from the FBI with respect to SLDN's expedited processing and fee waiver requests.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2006

_____
Christopher Wolf