# Exhibit 25I




# DEFENSE INTELLIGENCE AGENCY

WASHINGTON, D.C. 20340-5100

JAN 1 2 2006

U-4,500/DAN-1A (FOIA)

Mr. Christopher Wolf
1233 Twentieth Street NW, Ste 800
Washington, DC 20036-2396

Dear Mr. Wolf:

We have received your Freedom of Information Act request for all correspondences from DIA's surveillance of meetings referencing "Don't Ask, Don't Tell" policy, SLDN meetings, TALON reports and LGBT meetings and assigned case number 0151-2006. Please use this number in all future correspondence with us about this matter.

You requested expedited processing of this request. We have reviewed your stated reasons that the processing of your request should be expedited. Based on this review, it has been determined that your request for expedited processing is denied since you have not demonstrated a compelling need for the information. The reasons you submitted do not fall within the following categories:

> the failure to obtain the records will not reasonably be expected to pose an imminent threat to the life or physical safety of an individual;

> is urgently needed (such as a breaking news story of general public interest) by an individual primarily engaged in disseminating information in order to inform the public concerning actual or alleged Federal Government activity;

> will result in an imminent loss of substantial due process rights;

> humanitarian need which promotes the welfare and interests of mankind.

There is a substantial delay in processing requests, and it is impossible for us to forecast when your case will be completed. We solicit your patience and understanding and assure you that we will process your request as soon as possible.

You are advised that a requester may appeal, within 60 days, this determination. Should you wish to exercise this right, you may do so by referring to the case number assigned to this request and addressing your appeal to:

        Defense Intelligence Agency
        ATTN: DAN-1A (FOIA)
        Washington, D.C. 20340-5100

        Sincerely,

        Margaret A. Bestrain
        Chief, Public Access Branch



POSTAGE AND FEES PAID
DEPARTMENT OF DEFENSE
DOD-306

DEPARTMENT OF DEFENSE
DEFENSE INTELLIGENCE AGENCY
WASHINGTON, D.C. 20340

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Mr. Christopher Wolf
1233 Twentieth Street NW, Ste 800
Washington, DC 20036-2396

20036%2377