# Exhibit 25J

# Exhibit 25J

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                                    Washington, D.C. 20530

JAN 2 6 2006

Mr. Christopher Wolf
Proskauer Rose LLP
1233 20th Street, N.W.
Suite 800                                    Re:   AG/06-R0331
Washington, DC 20036-2396                          MAP:CLM:SBT

Dear Mr. Wolf:

     We have received your letter dated January 19, 2005, in response to our January 12, 2006 letter regarding the Freedom of Information Act request of your client, the Servicemembers Legal Defense Network, pertaining to the surveillance of groups opposed to the Department of Defense's policy known as "Don't Ask, Don't Tell." In your letter, you identified the Office of the Attorney General as a component that may have records responsive to your request. Accordingly, this response is made on behalf of the Office of the Attorney General.

     You have requested expedited processing of your request pursuant to the Department's standard permitting expedition for requests involving "[a]n urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information" 28 C.F.R. § 16.5(d)(1)(ii) (2005). Based on the information you have provided, I have determined that your request for expedited processing under this standard should be denied. The primary activity of your client's organization does not appear to be information dissemination, which is required for a requester to qualify for expedited processing under this standard.

     You have also requested expedited processing of your request pursuant to the Department's standard involving "the loss of substantial due process rights." See id. § 16.5(d)(iii). Based on the information you have provided, I have determined that your request for expedited processing under this standard should be denied, because this Office cannot find that your client's due process rights are substantially at risk. Courts are reluctant to grant expedited processing unless a requester can show (1) "that [he] is facing grave punishment [in a criminal proceeding], and (2) that there is reason to believe information will be produced to aid the individual's defense." Freeman v. United States Dep't of Justice, No. 92-0557, slip op. at 4 (D.D.C. Oct. 2, 1992). Neither of these circumstances is present here.

     You have also requested expedited processing of your request pursuant to the Department's standard involving "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence."

-2-

See id. § 16.5(d)(1)(iv). Pursuant to Department of Justice regulations, we directed your request to the Director of Public Affairs, who makes the decision whether to grant or deny expedited processing under this standard. See id. § 16.5(d)(2). Please be advised that as of the date of this letter, that determination is still pending with the Office of Public Affairs. Once we have received notification of the Director's decision, we will promptly notify you. Nevertheless, please be advised that your request has been assigned to a FOIA Specialist in this Office and a record search is being initiated in the Office of the Attorney General.

We have not yet made a decision regarding your request for a fee waiver. We will do so after we determine whether fees will be assessed for this request.

If you have any questions about your request, you may contact Sara Tennant, the analyst handling this request, by telephone at the above number or you may write to Ms. Tennant at the above address.

If you are not satisfied with the denial of your request for expedited processing, you may administratively appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001, within sixty days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

*Melanie Ann Pustay*

Melanie Ann Pustay
Deputy Director

U.S. Department of Justice

OIP/570 FLAG

Washington, D.C. 20530
Official Business
Penalty for Private Use $300



US OFFICIAL MAIL
$300 Penalty
For Private Use

Mailed from 20530
01/27/2006
$00.390
Hasler

PR052233  2003627506 1106 06 02/03/06
NOTIFY SENDER OF NEW ADDRESS
:PROSKAVER ROSE LLP
1001 PENNSYLVANIA AVE NW #400
WASHINGTON DC 20004-2505