# Exhibit 25K

**PROSKAUER ROSE LLP**

1001 Pennsylvania Avenue, NW
Suite 400 South
Washington DC  20004-2533
Telephone 202.416.6800
Fax 202.416.6899

NEW YORK
LOS ANGELES
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

**Christopher Wolf**
Member of the Firm

Direct Dial 202.416.6818
cwolf@proskauer.com

February 14, 2006

**Via Telecopy & Certified Mail, Return Receipt Requested**

Sara Tennant
FOIA Specialist
Office of Information and Privacy
U.S. Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001

Re:   **OIP/06-R0170 & AG/06-R0331**

Dear Ms. Tennant:

I write in response to the Office of Information and Privacy's ("OIP's") January 26, 2006 letter concerning our Freedom of Information Act ("FOIA") request of January 5, 2006, which OIP originally assigned the first reference number set forth above. Specifically, I write in order to clarify an apparent misunderstanding regarding the intended scope of our FOIA request. OIP's most recent correspondence suggests a belief that our FOIA request only seeks records from the Office of the Attorney General. To be clear, our FOIA request seeks responsive agency records from all offices within OIP's jurisdiction, which include the Offices of the Associate Attorney General, Legal Policy, Legislative Affairs, Intergovernmental and Public Liaison, and Public Affairs.

As you may remember, our FOIA request sought agency records related to Department of Justice ("DOJ") surveillance of our client, the Servicemembers Legal Defense Network ("SLDN"), as well as other groups opposed to the anti-gay policy enacted by Congress in 1993, more commonly known as "Don't Ask, Don't Tell." At no point in time did our FOIA request narrow its scope to only those records maintained by the Office of the Attorney General. In addition, my January 19, 2006 letter did not narrow the scope of our FOIA request; instead, it merely noted that agency records responsive to our request likely *included* records originating from within the Office of the Attorney General.

PROSKAUER ROSE LLP

Sara Tennant
February 14, 2006
Page 2

Finally, despite the fact that our January 19, 2006 letter notified OIP of our change in address effective January 23, 2006, OIP's January 26, 2006 letter was improperly addressed, thereby delaying our receipt of OIP's letter until February 7, 2006. Again, please take note that our address has changed since the submission of our FOIA request. All correspondence should be directed to the address on the first page of this letter.

If you have any questions, please feel free to call me at (202) 416-6818. In my absence, you may speak with my colleague, James Segroves, at (202) 416-6871.

Sincerely,

Christopher Wolf

cc:    C. Dixon Osburn, SLDN Executive Director