# Exhibit 25L

**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_


FEB  7 2006


Mr. Christopher Wolf
Proskauer Rose LLP
1233 20th Street, N.W.
Suite 800                          Re:    AG/06-R0331
Washington, DC 20036-2396                 MAP:CLM:SBT

Dear Mr. Wolf:

  This response is a follow-up to our letter to you dated January 26, 2006, regarding the Freedom of Information Act request of your client, the Servicemembers Legal Defense Network, pertaining to the surveillance of groups opposed to the Department of Defense's policy known as "Don't Ask, Don't Tell. This response is made on behalf of the Office of the Attorney General.

  You requested expedited processing of your request pursuant to the Department's standard involving "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence." See id. § 16.5(d)(1)(iv). Pursuant to Department policy, we directed your request to the Director of Public Affairs, who makes the decision whether to grant or deny expedited processing under this standard. See id. § 16.5(d)(2). The Director has determined that, while the subject of your request has raised questions about the government's integrity which affect public confidence, there is not widespread and exceptional media interest. Therefore, she has denied your request for expedited processing. Accordingly, your request has been placed in our regular processing queue. As we advised in our letter dated January 26, 2006, your request has been assigned to a FOIA Specialist in this Office and a record search is being initiated in the Office of the Attorney General.

  If you are not satisfied with the action of the Director of Public Affairs on her denial of your request for expedited processing, you may administratively appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001, within sixty days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

            Sincerely,


            Melanie Ann Pustay
            Deputy Director