# Exhibit 26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL<br>DEFENSE NETWORK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 06-200 (RMC)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JAMES F. SEGROVES

I, JAMES F. SEGROVES, depose and say upon personal knowledge as follows:

1.　I am over the age of twenty-one years and am otherwise competent and qualified to execute this declaration.

2.　I am an associate in the Washington, D.C. office of Proskauer Rose LLP, which is located at 1001 Pennsylvania Avenue, N.W., Suite 400 South, Washington, D.C. 20004-2533. I currently serve as co-counsel to Plaintiff Servicemembers Legal Defense Network ("SLDN") in the above-captioned case.

3.　On January 5, 2006, I assisted my colleague, Christopher Wolf, in the preparation and transmission of eight requests for agency records under the Freedom of Information Act ("FOIA"), all of which were submitted on behalf of SLDN. More specifically, individual FOIA requests were transmitted to the Counterintelligence Field Activity ("CIFA"), the Department of Defense ("DOD"), the National Security Agency ("NSA"), the Defense Intelligence Agency ("DIA"), the Office of Information and

Privacy ("OIP"), the Office of Intelligence Policy and Review ("OIPR"), the Federal Bureau of Investigation ("FBI") and the Central Intelligence Agency ("CIA").

4. On January 15, 2006, the ten-day statutory deadline for determining SLDN's requests for expedited processing expired without our offices receiving a single response. I therefore transmitted letters to each of the aforementioned agencies via facsimile on January 16, 2006. True and correct copies of these letters are attached as Exhibits A-H. For ease of reference, certain events following the transmission of these letters are organized according to agency.

## DEPARTMENT OF DEFENSE

5. On January 17, 2006, our offices received a letter from DOD dated January 12, 2006, a true and correct copy of which is attached as Exhibit I.

6. On February 1, 2006, I spoke via telephone with one Jeannie Miller, who identified herself as a DOD employee. Ms. Miller stated that DOD had denied SLDN's request for a fee waiver and that the agency had categorized SLDN as an "all other" requester for purposes of fee calculation. I asked Ms. Miller to place these determinations in writing and to transmit them to me by facsimile. To date, our offices have not received a written determination as requested.

## OFFICE OF INFORMATION AND PRIVACY

7. On January 17, 2006, our offices received a letter from OIP dated January 12, 2006, a true and correct copy of which is attached as Exhibit J.

8. On January 19, 2006, I executed a letter on behalf of Mr. Wolf and caused it to be transmitted to OIP via facsimile and certified mail. A true and correct copy of this letter is attached as Exhibit K.

## FEDERAL BUREAU OF INVESTIGATION

9. On January 17, 2006, our offices received a letter from the FBI dated January 6, 2006, a copy of which is attached as Exhibit L.

10. On January 19, 2006, I executed a letter on behalf of Mr. Wolf and caused it to be transmitted to the FBI via facsimile and certified mail. A true and correct copy of this letter is attached as Exhibit M.

11. On January 25, 2006, I spoke via telephone with one Julia Eichhorst, who identified herself as an employee of the FBI. Ms. Eichhorst stated that the FBI would begin searching for documents responsive to SLDN's FOIA request. However, Ms. Eichhorst did not state whether the FBI would in fact disclose documents responsive to SLDN's FOIA request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2006

_____
James F. Segroves