# Exhibit 26C

**PROSKAUER ROSE LLP**

1233 Twentieth Street NW, Suite 800
Washington DC 20036-2396
Telephone 202.416.6800
Fax 202.416.6899

NEW YORK
LOS ANGELES
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

James F. Segroves
Attorney at Law

Direct Dial 202.416.6871
jsegroves@proskauer.com

January 16, 2006

**Via Telecopy & Certified Mail, Return Receipt Requested**

FOIA/PA Services
National Security Agency/Central Security Service
DC34, 9800 Savage Road STE 6248
Ft. George G. Meade, MD 20755-6248

Re:  Request for Expedited Processing

Dear Sir or Madam:

On January 5, 2006, my colleague, Christopher Wolf, submitted to your offices a request for records on behalf of the Servicemembers Legal Defense Network pursuant to the Freedom of Information Act ("FOIA"). Mr. Wolf, who is currently traveling abroad, included within his FOIA request a request for expedited processing.

The statutory deadline for determining our request for expedited processing has since passed. We therefore ask that you advise us as soon as possible as to your determination of our request for expedited processing. Otherwise, we will have no choice but to initiate litigation in order to receive the expedited processing to which our client is entitled under FOIA.

Sincerely,

James F. Segroves

cc:  C. Dixon Osburn, SLDN Executive Director
     Christopher Wolf

```
** JOB STATUS REPORT **              AS OF  JAN 16 2006 08:28      PAGE. 01
                                             PRQSKAUER-ROSE LLP

    JOB #111

        DATE  TIME      TO/FROM              MODE   MIN/SEC   PGS    STATUS
001     1/16  08:26  00019#041#14434793612   EC--S   00'34"   002      OK
```

# PROSKAUER ROSE LLP

1233 Twentieth Street NW, Suite 800
Washington DC 20036-2396
Telephone 202.416.6800
Fax 202.416.6899

NEW YORK
LOS ANGELES
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

## Fax Transmittal

| | | | |
|---|---|---|---|
| Date | January 16, 2006 | Client-Matter | 00019-041 |
| Total Pages (Including Cover) | 2 | | |
| From | James F. Segroves | | |
| Sender's Voice Number | 202.416.6871 | Sender's Room Number | DC |
| Sender's Email Address | jsegroves@proskauer.com | Main Fax Number | 202.416.6899 |
| To: | FOIA/PA Services | Fax No.: | (443) 479-3612 |
| Company: | National Security Agency/Central Security Service | Voice No.: | (301) 688-6527 |

Message



U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
Postage $ .39
Certified Fee 2.40
Return Reciept Fee 1.85
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $ 4.64
Postmark JAN 17 2006 WASHINGTON DC 20002
Sent To FOIA/PA Services, Nat'l Security Agency/Central Security Service
Street, Apt. No.; DC 34, 9800 Savage Rd, Ste. 6248
or PO Box No.
City, State, ZIP+4 Ft. George G. Meade, MD 20755-6248
PS Form 3800, June 2002      See Reverse for Instructions

Confidentiality Note: This message is confidential and intended only for the use of the addressee(s) named above. It may contain legally privileged material. Dissemination, distribution or copying of this message, other than by such addressee(s), is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original to us at the address above. We will reimburse you for the cost of the telephone call and postage. Thank you.