# Exhibit 26D

**PROSKAUER ROSE LLP**

1233 Twentieth Street NW, Suite 800
Washington DC 20036-2396
Telephone 202.416.6800
Fax 202.416.6899

NEW YORK
LOS ANGELES
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

James F. Segroves
Attorney at Law

Direct Dial 202.416.6871
jsegroves@proskauer.com

January 16, 2006

**Via Telecopy & Certified Mail, Return Receipt Requested**

DAN-1A (FOIA)
Defense Intelligence Agency
Washington, DC 20340-5100

Re:   <u>Request for Expedited Processing</u>

Dear Sir or Madam:

On January 5, 2006, my colleague, Christopher Wolf, submitted to your offices a request for records on behalf of the Servicemembers Legal Defense Network pursuant to the Freedom of Information Act ("FOIA"). Mr. Wolf, who is currently traveling abroad, included within his FOIA request a request for expedited processing.

The statutory deadline for determining our request for expedited processing has since passed. We therefore ask that you advise us as soon as possible as to your determination of our request for expedited processing. Otherwise, we will have no choice but to initiate litigation in order to receive the expedited processing to which our client is entitled under FOIA.

Sincerely,

*/s/ James F. Segroves*

James F. Segroves

cc:   C. Dixon Osburn, SLDN Executive Director
      Christopher Wolf

```
** JOB STATUS REPORT **                  AS OF  JAN 16 2006 08:17     PAGE. 01

                                                           PROSKAUER ROSE LLP

       JOB #385

       DATE  TIME         TO/FROM            MODE    MIN/SEC    PGS    STATUS
001    1/16  08:16   010#00019#041#2313909   EC--S    00'37"    002    OK
```

## PROSKAUER ROSE LLP

1233 Twentieth Street NW, Suite 800
Washington DC 20036-2396
Telephone 202.416.6800
Fax 202.416.6899

NEW YORK
LOS ANGELES
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

**Fax Transmittal**

| | | | |
|---|---|---|---|
| Date | January 16, 2006 | Client-Matter | 00019-041 |
| Total Pages (Including Cover) | 2 | | |
| From | James F. Segroves | Sender's Room Number | DC |
| Sender's Voice Number | 202.416.6871 | Main Fax Number | 202.416.6899 |
| Sender's Email Address | jsegroves@proskauer.com | | |
| To: | DAN-1A (FOIA) | Fax No.: | (202) 231-3909 |
| Company: | Defense Intelligence Agency | Voice No.: | (202) 231-3916 |

**Message**

Confidentiality Note: This message is confidential and intended only for the use of the addressee(s) named above. It may contain legally privileged material. Dissemination, distribution or copying of this message, other than by such addressee(s), is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original to us at the address above. We will reimburse you for the cost of the telephone call and postage. Thank you.