# Exhibit 26I



**DEPARTMENT OF DEFENSE**
OFFICE OF FREEDOM OF INFORMATION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

1 2 JAN 2006

Ref: 06-F-0713

Mr. Christopher Wolf
Proskauer Rose LLP
1233 Twentieth Street NW, Suite 800
Washington, D.C. 20036-2396

Dear Mr. Wolf:

This is an interim response to your January 5, 2006, Freedom of Information Act (FOIA) request to the Counterintelligence Field Activity and your duplicate request to this Office. We received both your requests on January 5, 2006, and will process them as one request which has been assigned FOIA case number 06-F-0713.

Your request is being processed as quickly as possible in accordance with procedural requirements promulgated in Department of Defense (DoD) Regulation 5400.7-R, which is available on the Internet at: http://www.defenselink.mil/pubs/foi/. The actual processing time of your request will depend upon its complexity, whether it involves sensitive records, voluminous records, extensive searches, consultation among DoD components or other agencies, and our administrative workload currently comprising 2050 cases.

In asking for expedited processing of your request, you are asking to be moved ahead of all other FOIA requesters. In order for you to qualify for expedited processing, according to the FOIA and DoD Regulation 5400.7-R, you must demonstrate a compelling need for the information. Under the FOIA, compelling need means that the failure to obtain the records on an expedited basis could reasonably be expected to pose an imminent threat to the life or physical safety of an individual, or that the information is urgently needed by an individual primarily engaged in disseminating information in order to inform the public concerning actual or alleged Federal Government activity. An individual primarily engaged in disseminating information means a person whose primary activity involves publishing or otherwise disseminating information to the public. You have stated that you are representing the Servicemembers Legal Defense Network (SNDL) whose stated mission is that of a legal services, watchdog and policy organization. I do not find that your client's primary activity involves publishing or disseminating information to the public. You additionally have not demonstrated that the failure to obtain the records would be expected to pose an imminent threat to the life or physical safety of an individual.

Other reasons that merit expedited processing are an imminent loss of substantial due process rights and humanitarian need. I do not consider the speculation that certain organizations may have been under surveillance as proof of the imminent loss of due process rights for the organization(s) you represent. As to humanitarian need, I do not find that expediting your request ahead of all other FOIA requests will promote the welfare and interest of mankind.

You may appeal this denial of expedited processing by offering additional justification to support such action. Any such appeal should be forwarded to this office and be postmarked within 60 calendar days of the date above.

Sincerely,

Will Kammer
Chief