# Exhibit 26K

**PROSKAUER ROSE LLP**

1233 Twentieth Street NW, Suite 800
Washington DC  20036-2396
Telephone 202.416.6800
Fax 202.416.6899

NEW YORK
LOS ANGELES
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

**Christopher Wolf**
Member of the Firm

Direct Dial 202.416.6818
cwolf@proskauer.com

January 19, 2006

**Via Telecopy & Certified Mail, Return Receipt Requested**

Melanie Ann Pustay
Deputy Director
Office of Information and Privacy
U.S. Department of Justice
Suite 570, Flag Building
Washington, DC 20530-0001

Re:   **FOIA Request OIP/06-R0170**

Dear Ms. Pustay:

I write in response to your January 12, 2006 letter concerning my Freedom of Information Act ("FOIA") request of January 5, 2006, which your office has assigned the reference number set forth above. Specifically, I write in response to your assertion that the Department of Justice's Office of Information and Privacy ("OIP") "would not" maintain the records I requested on behalf of my client, the Servicemembers Legal Defense Network ("SLDN").

As you are already aware, my FOIA request sought documents pertaining to any Department of Justice surveillance of SLDN and other groups opposed to the homosexual conduct policy enacted by Congress in 1993, more commonly known as "Don't Ask, Don't Tell." In your letter, you explain that OIP processes FOIA requests for the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legal Policy, Legislative Affairs, Intergovernmental and Public Liaison, and Public Affairs. You then assert that these offices "would not" maintain the records sought by our FOIA request. However, news reports have made clear that decisions regarding the legality of recently uncovered domestic wiretapping and surveillance programs were made at the highest levels of the Department of Justice, including the Office of the Attorney General. *See, e.g.*, Eric Lichtblau & James Risen, *Justice Deputy Resisted*

**PROSKAUER ROSE LLP**

Melanie Ann Pustay
January 19, 2006
Page 2

*Parts of Spy Program*, N.Y. Times, Jan. 1, 2006. Presumably, some manner of documentation would have precipitated, accompanied or followed these discussions and decisions.[1]

Therefore, if your statement that OIP "would not" maintain the documents we requested means that no search has yet been conducted of the various records maintained by OIP, I would request that such a search now be conducted in light of the above clarification. To the extent that your use of this ambiguous phrase means that OIP is not in possession of any responsive documents, or that OIP has denied our FOIA request on some other ground, please state so clearly in order that we may proceed with a timely administrative appeal of such a determination. In addition, I remind you that OIP's statutory time limit within which to respond to our request for expedited processing of the above-referenced FOIA request has now expired. Therefore, I request and expect a prompt response to the issues set forth in this letter and in my original request.

If you have any questions, please feel free to call me at (202) 416-6818. Please be advised that effective January 23, 2006, our offices will be moving to 1001 Pennsylvania Avenue, NW, Suite 400 South, Washington, DC 20004-2533. Our telephone and facsimile numbers will remain the same.

Sincerely,

Christopher Wolf

cc: C. Dixon Osburn, SLDN Executive Director

---

[1] In response to that portion of your letter in which you suggested that we contact the Federal Bureau of Investigation directly and request records from their files, please note that a request similar to that sent to OIP was also submitted to the FBI on January 5, 2006, as well as to the Department of Justice's Office of Intelligence Policy and Review.

```
** JOB STATUS REPORT **                AS OF  JAN 19 2006 13:27      PAGE. 01
                                              PRQSKAUER-ROSE LLP

     JOB #120

     DATE  TIME        TO/FROM            MODE    MIN/SEC    PGS    STATUS
001  1/19  13:25  32#00019#041#5141009#   EC--S    00'48"    003    OK
```

---

# PROSKAUER ROSE LLP

1233 Twentieth Street NW, Suite 800
Washington DC 20036-2396
Telephone 202.416.6800
Fax 202.416.6899

NEW YORK
LOS ANGELES
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

## Fax Transmittal

| | | | |
|---|---|---|---|
| Date | January 19, 2006 | Client-Matter | 00019-041 |
| Total Pages (Including Cover) | 3 | | |
| From | Christopher Wolf | | |
| Sender's Voice Number | 202.416.6818 | Sender's Room Number | DC |
| Sender's Email Address | cwolf@proskauer.com | Main Fax Number | 202.416.6899 |
| To: | Melanie Ann Pustay | Fax No.: | (202) 514-1009 |
| Company: | Deputy Director, Office of Information & Privacy, Dep't of Justice | Voice No.: | (202) 514-3642 |

**Message**

**Confidentiality Note:** This message is confidential and intended only for the use of the addressee(s) named above. It may contain legally privileged material. Dissemination, distribution or copying of this message, other than by such addressee(s), is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original to us at the address above. We will reimburse you for the cost of the telephone call and postage. Thank you.