# Exhibit 30

Case 1:06-cv-00200-RMC   Document 10-8   Filed 02/25/2006   Page 1 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERVICEMEMBERS LEGAL     )
  DEFENSE NETWORK,       )
                         )
            Plaintiff,   )
                         )
      v.                 )   Civil Action No. 06-200 (RMC)
                         )
DEPARTMENT OF DEFENSE, *et al.*, )
                         )
            Defendants.  )

## ORDER

With the Court having considered Plaintiff Servicemembers Legal Defense Network's Motion for a Preliminary Injunction and its memorandum of points and authorities in support thereof, it is hereby

**ORDERED**, that Plaintiff's motion is **GRANTED**; and it is

**FURTHER ORDERED**, that Defendant Department of Defense ("DOD") shall expedite its processing of Plaintiff's January 5, 2006 requests for records under the Freedom of Information Act ("FOIA") submitted to DOD, the Counterintelligence Field Activity and the Defense Intelligence Agency; and it is

**FURTHER ORDERED**, that Defendant DOD shall waive all fees associated with processing Plaintiff's January 5, 2006 FOIA requests submitted to DOD, the Counterintelligence Field Activity and the Defense Intelligence Agency; and it is

**FURTHER ORDERED**, that Defendant Department of Justice ("DOJ") shall expedite its processing of Plaintiff's January 5, 2006 FOIA requests submitted to the Federal Bureau of Investigation and the Office of Information and Privacy; and it is

**FURTHER ORDERED**, that Defendant DOJ shall waive all fees associated with processing Plaintiff's January 5, 2006 FOIA requests submitted to the Federal Bureau of Investigation and the Office of Information and Privacy; and it is

**FURTHER ORDERED**, that within twenty (20) days of the date of this order Defendants DOD and DOJ shall produce or identify all records responsive to the above-referenced FOIA requests; and it is

**FURTHER ORDERED**, that within thirty (30) days of the date of this order Defendants DOD and DOJ shall each provide Plaintiff with a document index and declaration, as specified in *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), stating their justifications (if any) for the withholding of any documents responsive to the above-referenced FOIA requests.

**SO ORDERED**, this ___ day of _____, 2006.


BY: _____
United States District Judge


Copies To:   Christopher Wolf
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533

*Attorney for Plaintiff Servicemembers
Legal Defense Network*

[*Attorney Appearance Not Yet Noticed*]

*Attorney for Defendants Department of
Defense and Department of Justice*