IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, )<br><br>Plaintiff, )<br><br>v. )<br><br>DEPARTMENT OF DEFENSE, *et al.*, )<br><br>Defendants. ) | Civil Action No. 06-200 (RMC) |

## DECLARATION OF C. DIXON OSBURN

I, C. DIXON OSBURN, depose and say upon personal knowledge as follows:

1. I am over the age of twenty-one years and am otherwise competent and qualified to execute this declaration.

2. I currently serve as the Executive Director of Plaintiff Servicemembers Legal Defense Network ("SLDN"). I have held that position since 1993.

3. SLDN is a non-profit public interest organization dedicated to ending discrimination against, and harassment of, United States military personnel under the congressional policy on gays and lesbians in the military, more commonly known as "Don't Ask, Don't Tell." *See* National Defense Authorization Act for Fiscal Year 1994, Pub. L. No. 103-160, § 571(a), 107 Stat. 1547, 1670-73 (1993) (codified at 10 U.S.C. § 654).

4. As the most prominent organization in the United States dedicated to protecting the rights of lesbian, gay and bisexual servicemembers, SLDN uses multiple

means of communication to educate and inform the general public and federal policymakers about the shortcomings of "Don't Ask, Don't Tell."

5. In addition to disseminating information to the public regarding the shortcomings of "Don't Ask, Don't Tell" and lobbying federal officials to repeal the policy, SLDN provides legal representation to individuals effected by "Don't Ask, Don't Tell." For example, SLDN attorneys currently represent twelve former members of the United States armed forces in a suit challenging the constitutionality of "Don't Ask, Don't Tell." *See Cook v. Rumsfeld*, Civil Action No. 04-12546 (GAO) (D. Mass.).

6. As an unfortunate byproduct of its advocacy against "Don't Ask, Don't Tell," SLDN periodically receives threatening communications from various individuals. SLDN therefore maintains a strict policy of not publicly disclosing its full residence address. This policy is set forth in section 2.1.2 of SLDN's employee handbook, a true and correct copy of which is attached.

7. In lieu of a full residence address, SLDN's website (www.sldn.org) provides the public with a Post Office Box address, toll-free telephone number and e-mail address that may be used to communicate with the organization.

8. SLDN's policy of not publicly disclosing its full residence address serves several important purposes. First, the policy helps protect SLDN staff from harassment, intimidation or violence because of their work for the organization. We believe that our staff have a right to a safe work environment. SLDN's policy of not disclosing its full residence address helps ensure that our staff can work without fear of being harassed,

intimidated or physical harmed by persons who disagree with SLDN's advocacy against "Don't Ask, Don't Tell."

9. Second, many of SLDN's current and prospective clients have faced intense harassment, including death threats, because of their sexual orientation. By not disclosing its full residence address to the public, SLDN has created an environment where current and prospective clients may seek legal advice without fear of intimidation or violence.

10. Third, SLDN's current and prospective clients often fear being discharged from the military for merely associating with SLDN. SLDN therefore endeavors to protect their confidentiality by not publicly disclosing its full residence address.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2006

_____
C. Dixon Osburn