# Part 2: General

## Section 2.1  General Information

**2.1.1  Mailing address**

PO Box 65301, Washington DC  20035-5301

**2.1.2  Physical address**

R E D A C T E D   For security reasons, our office location is not public knowledge and is provided ONLY on an <u>as needed basis</u> to those who are known by SLDN.

**2.1.3  Employer ID number**

SLDN's Federal employer identification number (EIN) is: 52-1845000

**2.1.4  Tax status:**

SLDN is a 501(c)(3) organization. All contributions are tax-deductible to the full extent allowed by law.

**2.1.5  Other information**

- Main telephone number: 202-328-3244

- Fax telephone number: 202-797-1635

- General e-mail should be addressed to: sldn@sldn.org. Legal questions should be addressed to legal@sldn.org. Any human resource issues or questions should be addressed to: hr@sldn.org.

- The full SLDN Web site address is: http://www.sldn.org

## Section 2.2  General Policies

**2.2.1  Effective date**

The policies outlined herein take effect on the date of publication and are not retroactive. This Handbook supercedes and replaces all prior manuals, policies and practices.