UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 06-200 (RMC) |
| DEPARTMENT OF DEFENSE, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

# ORDER

With the Court having considered Plaintiff Servicemembers Legal Defense Network's Motion to Proceed Without Disclosure of Full Residence Address, it is hereby

**ORDERED**, that Plaintiff's case shall be allowed to proceed without the filing of Plaintiff's full residence address.

**SO ORDERED**, this ___ day of _____, 2006.


BY: _____
United States District Judge

Copies To:   Christopher Wolf
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533

*Attorney for Plaintiff Servicemembers Legal Defense Network*

Rupa Bhattacharyya
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 7338
Washington, D.C. 20001

*Attorney for Defendants Department of
Defense and Department of Justice*