## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK,    )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>DEPARTMENT OF DEFENSE, *et al.*,    )<br>)<br>Defendants.    ) | Civil Action No. 06-200 (RMC) |

### ORDER

With the Court having considered Plaintiff Servicemembers Legal Defense Network's Motion to Proceed Without Disclosure of Full Residence Address, it is hereby

**ORDERED**, that Plaintiff shall file under seal with the Clerk of this Court its full residence address in accordance with LCvR 5.1(j); and it is

**FURTHER ORDERED**, that Plaintiff's full residence address shall remain under seal and that said address shall not be publicly disclosed by the Clerk of this Court or the parties to the above-entitled action.

**SO ORDERED**, this ___ day of _____, 2006.


BY: _____
       United States District Judge

Copies To:    Christopher Wolf
                PROSKAUER ROSE LLP
                1001 Pennsylvania Avenue, N.W.
                Suite 400 South

Washington, D.C. 20004-2533

*Attorney for Plaintiff Servicemembers*
*Legal Defense Network*

Rupa Bhattacharyya
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 7338
Washington, D.C. 20001

*Attorney for Defendants Department of*
*Defense and Department of Justice*