IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 06-200 (RMC) |
| v. | ) ) | |
| DEPARTMENT OF DEFENSE, et al. | ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER**

The Court, having fully considered the Defendants' Motion for an Extension of Time in Which to Oppose Plaintiff's Motion for Preliminary Injunction and in Which to Answer or Otherwise Respond to Plaintiff's Complaint, and any opposition thereto, finds Defendants' Motion to be well-taken, and it is hereby GRANTED. Defendants shall have through and including March 20, 2006, in which to respond to plaintiff's pending motion for Preliminary Injunction, and shall have through and including March 29, 2006, in which to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED, this _____ day of March 2006.

_____
UNITED STATES DISTRICT JUDGE