UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL<br>DEFENSE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 06-200 (RMC) |

## ORDER

With the Court having considered Defendants' Motion for an Extension of Time in Which to Oppose Plaintiff's Motion for Preliminary Injunction and in Which to Answer or Otherwise Respond to Plaintiff's Complaint, and Plaintiff's Opposition thereto, it is hereby

**ORDERED**, that Defendants' motion is **DENIED IN PART AND GRANTED IN PART**; and it is further

**ORDERED**, that Defendants shall file their opposition to Plaintiff's Motion for a Preliminary Injunction with the Clerk of this Court no later than March 6, 2006; and it is further

**ORDERED**, that Defendants shall answer or otherwise respond to Plaintiff's Complaint for Injunctive Relief no later than March 29, 2006.

**SO ORDERED**, this ___ day of _____, 2006.

BY: _____
United States District Judge

Copies To:  Christopher Wolf
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533
(202) 416-6818
(202) 416-6899 (fax)
cwolf@proskauer.com

James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533
(202) 416-6871
(202) 416-6899 (fax)
jsegroves@proskauer.com

*Attorneys of Record for Plaintiff*
*Servicemembers Legal Defense Network*

Rupa Bhattacharyya
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., N.W., Room 7338
Washington, D.C. 20001
(202) 514-3146
(202) 318-7593 (fax)
rupa.bhattacharyya@usdoj.gov

*Attorney of Record for Defendants*
*Department of Defense and Department of Justice*