IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SERVICEMEMBERS LEGAL<br>  DEFENSE NETWORK,<br><br>                    Plaintiff,<br><br>       v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>                    Defendants. | Civil Action No. 06-200 (RMC) |

**PLAINTIFF'S MOTION REQUESTING SCHEDULING OF
HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

On February 24, 2006, Plaintiff filed its Motion for a Preliminary Injunction seeking a court order requiring Defendants Department of Defense and Department of Justice to expedite their processing of Plaintiff's requests for records under the Freedom of Information Act related to federal government surveillance of groups opposed to the congressional policy on gays and lesbians in the military, more commonly known as "Don't Ask, Don't Tell."  In its preliminary injunction motion and supporting memorandum of points and authorities, Plaintiff requested that the Court schedule a hearing on its motion at the Court's earliest convenience.  Plaintiff made its request pursuant to Local Rule 65.1(d), which provides that unless the court decides the motion on the papers or makes a finding that a later hearing date will not prejudice the parties, a hearing on a preliminary injunction motion shall be scheduled no later than twenty days after the filing of the motion, or in this case March 16, 2006.  On March 6, 2006, the Court granted Defendants' motion to extend the deadline for filing an opposition to Plaintiff's preliminary injunction motion and ordered Defendants to file their opposition no later than March 20, 2006.

Because the Court has not yet scheduled a hearing on Plaintiff's Motion for a Preliminary Injunction, and because any delay will further prejudice Plaintiff's right to records the existence of which the Department of Defense recently admitted,[1] Plaintiff respectfully requests that the Court schedule a hearing as soon as practicable after Plaintiff has had an opportunity to reply to Defendants' opposition.  Plaintiff requests that it be given until Friday, March 24, 2006, to file a reply to Defendants' opposition and that the Court schedule a hearing on the motion to take place the following week.  A proposed order to this effect is attached hereto as Exhibit 3.  In accordance with Local Rule 7(m), the undersigned co-counsel for Plaintiff conferred with Samuel Kaplan, who represented that he was assuming primary responsibility as counsel for Defendants.  Mr. Kaplan stated that Defendants do not believe that a hearing is necessary on Plaintiff's motion, but would leave to the Court the question of whether oral argument will significantly aid the Court's deliberations.

Dated: March 14, 2006					Respectfully submitted,

							Christopher Wolf
							(D.C. Bar No. 335885)


							_____/s/_____
							James F. Segroves
							(D.C. Bar No. 480360)
							Meredith C. Bailey
							(D.C. Bar No. 494476)
							PROSKAUER ROSE LLP
							1001 Pennsylvania Avenue, N.W.
							Suite 400 South
							Washington, D.C. 20004-2533
							202.416.6800

---

[1] *See* Letter from Robert W. Rogalski, Acting Under Secretary of Defense (Counterintelligence and Security), Department of Defense, to Senator Patrick J. Leahy (D-VT) (Mar. 8, 2006) [copy attached as Exhibit 1]; *Pentagon admits errors in spying on protesters*, MSNBC.com, Mar. 10, 2006, http://www.msnbc.msn.com/id/11751418/print/1/displaymode/1098/ [copy attached as Exhibit 2].

2

202.416.6899 (fax)

Jerry L. Dasti
(Not Admitted in D.C.)
PROSKAUER ROSE LLP
1585 Broadway
New York, N.Y. 10036-8299
212.969.3000
212.969.2900 (fax)

*Attorneys for Plaintiff Servicemembers Legal Defense Network*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of March, 2006, a true and correct copy of Plaintiff's Motion Requesting Scheduling of Hearing on Motion for Preliminary Injunction and all exhibits thereto was served on the following using the Court's Electronic Case Filing System:

      Rupa Bhattacharyya
      Senior Trial Counsel
      Federal Programs Branch, Civil Division
      U.S. DEPARTMENT OF JUSTICE
      20 Massachusetts Ave., N.W., Room 7338
      Washington, D.C. 20001
      202.514.3146
      202.318.7593 (fax)
      Rupa.Bhattacharyya@usdoj.gov

      *Attorney of Record for Defendants*
      *Department of Defense and Department of Justice*

and that a true and correct copy of the foregoing was served on the following via electronic mail:

      Samuel Kaplan
      Trial Attorney
      Federal Programs Branch, Civil Division
      U.S. DEPARTMENT OF JUSTICE
      20 Massachusetts Ave., N.W., Room 7338
      Washington, D.C. 20001
      202.514.4686
      202.318.8202 (fax)
      Samuel.Kaplan@usdoj.gov

                             /s/
                        James F. Segroves
                        (D.C. Bar No. 480360)
                        PROSKAUER ROSE LLP
                        1001 Pennsylvania Avenue, N.W.
                        Suite 400 South
                        Washington, D.C. 20004-2533
                        202.416.6800
                        202.416.6899 (fax)

                        *Attorney for Plaintiff*
                        *Servicemembers Legal Defense Network*