UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-200 (RMC) |
| DEPARTMENT OF DEFENSE, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## **ORDER**

With the Court having considered Plaintiff's Motion Requesting Scheduling of Hearing on Motion for Preliminary Injunction, it is hereby

**ORDERED**, that Plaintiff's motion is **GRANTED**; and it is further

**ORDERED**, that Plaintiff shall file their reply to Defendants' opposition to Plaintiff's Motion for a Preliminary Injunction on or before March 24, 2006; and it is further

**ORDERED**, that the Court shall hold a hearing on Plaintiff's Motion for a Preliminary injunction on March __, 2006, at _____.

**SO ORDERED**, this ___ day of _____, 2006.

               BY: _____
                  United States District Judge

Copies To: Christopher Wolf
      James F. Segroves
      PROSKAUER ROSE LLP
      1001 Pennsylvania Avenue, N.W.
      Suite 400 South
      Washington, D.C. 20004-2533
      (202) 416-6800
      (202) 416-6899 (fax)
      cwolf@proskauer.com
      jsegroves@proskauer.com

      *Attorneys of Record for Plaintiff*
      *Servicemembers Legal Defense Network*

      Rupa Bhattacharyya
      Senior Trial Counsel
      Federal Programs Branch, Civil Division
      U.S. DEPARTMENT OF JUSTICE
      20 Massachusetts Ave., N.W., Room 7338
      Washington, D.C. 20001
      (202) 514-3146
      (202) 318-7593 (fax)
      rupa.bhattacharyya@usdoj.gov

      *Attorney of Record for Defendants*
      *Department of Defense and Department of Justice*