UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, ) ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF DEFENSE, ) *et al.* ) ) Defendants. ) ) | 06-cv-200 (RMC) |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that SAMUEL C. KAPLAN, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as counsel of record for Defendants Department of Defense and Department of Justice. Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

          Respectfully submitted,

          PETER D. KEISLER
          Assistant Attorney General

          KENNETH L. WAINSTEIN
          United States Attorney

          ELIZABETH J. SHAPIRO
          Assistant Branch Director


            /s/ Samuel C. Kaplan
          SAMUEL C. KAPLAN (D.C. Bar No. 463350)
          Trial Attorneys
          United States Department of Justice
          Civil Division, Federal Programs Branch
          P.O. Box 883, Rm. 7302
          Washington, D.C.  20044
          (202) 514-4686 phone
          (202) 616-8202 fax
          samuel.kaplan@usdoj.gov
Dated:   March 20, 2006          Attorneys for Defendants

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.


Dated: March 20, 2006                          /s/ Samuel C. Kaplan
                                               SAMUEL C. KAPLAN