# EXHIBIT 1





**ATTENTION SERVICE MEMBERS**
SAY NOTHING ☆ SIGN NOTHING ☆ GET LEGAL HELP
*CLICK HERE*

*freedom to serve*

EMAIL SLDN LAWYER

PRESS ROOM

ABOUT SLDN

ABOUT
"DON'T ASK, DON'T TELL"

EVENTS

ACTION CENTER
SLDN LOBBY DAYS

LAW LIBRARY

SLDN STORE

NATIONAL SPONSORS

SLDN BLOG

SUPPORT SLDN



APRIL 21-23

**Benefitting SLDN**

Home > About SLDN

## About SLDN

### Our Mission

Servicemembers Legal Defense Network (SLDN) is a national, non-profit legal services, watchdog and policy organization dedicated to ending discrimination against and harassment of military personnel affected by "Don't Ask, Don't Tell" and related forms of intolerance.









Copyright © 2004-1995, Servicemembers Legal Defense Network, All Rights Reserved.

Engineered by Mediapolis, inc.

part of the 



**ATTENTION SERVICE MEMBERS**
SAY NOTHING ☆ SIGN NOTHING ☆ GET LEGAL HELP
*CLICK HERE*

**DONATE NOW TO SLDN!**

*freedom to serve*

EMAIL SLDN LAWYER

PRESS ROOM

ABOUT SLDN

ABOUT "DON'T ASK, DON'T TELL"

EVENTS

ACTION CENTER
SLDN LOBBY DAYS

LAW LIBRARY

SLDN STORE

NATIONAL SPONSORS

SLDN BLOG

SUPPORT SLDN

Home > About SLDN > SLDN Strategic Plan

## Press Room

### SLDN's Strategic Plan to Lift the Ban

Servicemembers Legal Defense Network (SLDN), the nation's sole legal aid and advocacy organization assisting military members harmed by 'Don't Ask, Don't Tell,' unveiled a five-year strategic plan to repeal the military's gay through grassroots organizing, stepped up efforts to educate the public and key decision makers and increased policy advocacy. The plan coincides with the 10th anniversary of 'Don't Ask, Don't Tell,' and is SLDN's first public blueprint of its strategy for lifting the ban.

In unveiling the plan, SLDN also announced its first policy staff member and re-launched its web site, www.sldn.org, to focus on providing key components of a national grassroots campaign for repealing 'Don't Ask, Don't Tell.' SLDN will also add future staff to grow its advocacy, grassroots, education and research capabilities, all focused on lifting the ban.

**Contacts**

Steve Ralls
Director of Communications
SLDN
(202) 328-3244, ext. 116
(202) 797-1635
sralls@sldn.org

**Download**

Click here to download 'Freedom to Serve' in PDF Format.



**APRIL 21-23**

**Benefitting SLDN**

The

> "Ten years after Congress passed 'Don't Ask, Don't Tell', the time has arrived to revisit the debate on gays in the military.""

plan adopts a new vision statement – freedom to serve – emphasizing two bedrock principles of America – freedom and service.

The plan also includes six goals:

1. LIFT THE BAN preventing gays, lesbians and bisexuals from serving openly and honestly in the military.
2. PROVIDE FREE LEGAL SERVICES to service members harmed by Don't Ask, Don't Tell and related, discriminatory policies.
3. PROTECT SERVICE MEMBERS FROM HARASSMENT based on perceived sexual orientation or gender identity.
4. ADVOCATE FOR POLICIES AND PRACTICES that improve the lives of service members.
5. SUPPORT SERVICE MEMBER AND VETERAN PRIDE as lesbian, gay, bisexual or transgender persons.
6. STRENGTHEN ORGANIZATIONAL CAPACITY to assure the freedom to serve in the most cost-effective, strategic fashion.

SLDN Executive Director C. Dixon Osburn called the plan an important milestone in the organization's history. "This plan sets in motion an aggressive grassroots and advocacy strategy to repeal 'Don't Ask, Don't Tell,'" Osburn said. "Ten years after Congress passed 'Don't Ask, Don't Tell,' the time has arrived to revisit the debate on gays in the military."

In 2002, SLDN also answered more than 900 requests for assistance


**CLICK HERE**
**SURVIVAL GUIDE**


**SIGN THE LIFT THE BAN PETITION**
**CLICK HERE!**


**ACTION ALERT**
**Newsletter Sign Up**


**DOCUMENTING COURAGE**
**VETERANS SPEAK OUT**

from service members, an all-time high. The organization will continue its legal aid services for men and women in uniform. "Ultimately, it is in our clients' best interest not only to provide legal aid, but to also repeal 'Don't Ask, Don't Tell' once and for all," said Osburn. "This plan is a solid blueprint for achieving that historic goal."

"Today, with this plan, we build on our success with strategic programs designed to win our freedom to serve," the plan states. "We will educate Members of Congress, Pentagon officials and other decision makes about why 'Don't Ask, Don't Tell' harms national security and offends basic notions of equality. We will build and electrify a grassroots movement that calls for lasting change in how our federal government treats us. And we will empower lesbian, gay, bisexual and transgender service members and veterans through innovative communications and outreach strategies that bring their voices to the world."

Since its founding in 1993, SLDN has provided legal assistance to more than 4,200 service members and has obtained more than three dozen changes to military policy and practice. During the same time, public support for gays in the military has grown from 53% to 72%, according to polls by the Gallup organization. This year also marks the tenth anniversary of SLDN's founding. The organization now has a staff of fourteen full-time staff members and a budget of $1.8 million for 2003. The plan calls for doubling the organization's financial strength over five years to accommodate a growing focus on policy and grassroots advocacy programs.

"Ten years, more than 7500 discharges and a quarter billion dollars after implementation of this policy, we have a mountain of evidence showing the real damage of 'Don't Ask, Don't Tell,'" Osburn said. "Harassment and discharges continue unabated, and, just as importantly, talented Americans continue to be turned away from service to our country. Our national security is irrevocably harmed by policies of discrimination that have nothing to do with job qualification. With this plan, SLDN has the vision and roadmap to make the freedom to serve a reality."

Copyright © 2004-1995, Servicemembers Legal Defense Network, All Rights Reserved.

Engineered by Mediapolis, inc.

part of the



**ATTENTION SERVICE MEMBERS**
SAY NOTHING ☆ SIGN NOTHING ☆ GET LEGAL HELP
***CLICK HERE***



*freedom to serve*

| |
|---|
| EMAIL SLDN LAWYER |
| PRESS ROOM |
| ABOUT SLDN |
| ABOUT "DON'T ASK, DON'T TELL" |
| EVENTS |
| ACTION CENTER SLDN LOBBY DAYS |
| LAW LIBRARY |
| SLDN STORE |
| NATIONAL SPONSORS |
| SLDN BLOG |
| SUPPORT SLDN |

Events

**Buy Tickets Online!**

**SLDN's Fourth Annual Lobby Day**
*Washington, D.C.*

Veterans, allies and activists from around the nation are invited to join SLDN on Capitol Hill to meet with their House and Senate Congressional offices to call for repeal of "Don't Ask, Don't Tell" at SLDN's 4th Annual Lobby Day May 14-16, 2006.

For more information, please visit our Lobby Day Information

And plan to attend SLDN's 14th Annual National Dinner during your visit to Washington.

FOR TRAVEL TO AND FROM LOBBY DAY, fly American Airlines, SLDN's official carrier. You can receive 5% off Coach and First Class fares by calling (800) 433-1790 or booking online at



**APRIL 21-23**

**Benefitting SLDN**

STARTS ON:     **Sunday, May 14, 2006**
AT:     **12:00pm**
ENDS ON:     **Tuesday, May 16, 2006**
AT:     **08:00pm**
LOCATION:     **Washington, D.C.**



CLICK HERE

SURVIVAL GUIDE







Copyright © 2004-1995, Servicemembers Legal Defense Network, All Rights Reserved.

Engineered by Mediapolis, inc.

part of the