# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL<br>DEFENSE NETWORK<br><br>      Plaintiff<br><br>      v.<br><br>UNITED STATES DEPARTMENT<br>OF DEFENSE<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06-CV-00200 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF WILLIAM T. KAMMER

I, William T. Kammer, declare the following information to be true and correct to the best of my knowledge:

1. I am the Chief, Office of Freedom of Information (OFOI), Executive Services Directorate, Washington Headquarters Services (WHS), Department of Defense (DoD), and have held that position since August 2005. As Chief, I am responsible for implementation of the DoD Freedom of Information Act (FOIA) Program and issuance of agency-wide policy guidance and instruction on FOIA matters. See 32 C.F.R. § 286. Additionally, OFOI processes initial FOIA requests for documents within the possession and control of the Office of the Secretary of Defense (OSD) and the Joint Staff. I also supervise the processing of FOIA appeals for the OSD and the Joint Staff. Prior to my current position, I have been in several management positions within the office since 1998. I am familiar with the procedures followed in responding to FOIA requests received by OFOI, including the request that forms the basis of this litigation.

1

2. I am familiar with the subject litigation. The statements in this declaration are based on my personal knowledge and information I have received in my official capacity. The purpose of this declaration is to explain the processing of the January 5, 2006, FOIA requests to the Counterintelligence Field Activity (CIFA) and to OFOI from the Servicemembers Legal Defense Network (SLDN), through its attorney Christopher Wolf of Proskauer Rose LLP. Because CIFA is a component of the OSD, and this Office processes FOIA cases for components of the OSD, as explained in paragraph 1, this Office processed these requests as a single request.

3. By letter dated January 5, 2006, Plaintiff sent two identical FOIA requests to OFOI and CIFA asking primarily for all records "concerning CIFA's surveillance" of different organizations, as well as "policies, procedures or manuals related to [CIFA's] surveillance" and "documents related to or concerning in any way investigations, inquiries or disciplinary proceedings initiated in response to any actual or potential violations of, or deviations from, any policy, procedure or manual related to the surveillance . . ." In its request, plaintiff requested expedited processing. By letter dated January 12, 2006, I denied plaintiff's request for expedited processing.

### The Status of CIFA's and OFOI's Search for Responsive Records

4. CIFA has completed its search for documents responsive to plaintiff's request. Specifically, CIFA has conducted a computer search of the Cornerstone database, which is the repository of TALON reports, for records responsive to this request. CIFA has also conducted a search of the TALON reports that had been removed from Cornerstone in accordance with the January 13, 2006, directive from Deputy Secretary of Defense England entitled "Retention and Use of Information for the TALON System." In addition, CIFA personnel conducted a manual search of certain agency files for responsive records. No applicable fees were incurred in conducting these searches.

5. This search resulted in the finding of two three-page TALON reports. While 'surveillance' is not an accurate term to describe these reports (or indeed, the TALON program as a whole), CIFA treated these documents as responsive because plaintiff's entire request, read as a whole, suggested that plaintiff was requesting TALON reports on certain types of organizations. Information within these documents originated with two other Federal agencies. These reports are being referred by OFOI to these agencies for their release recommendations.

6. CIFA also located three documents, totaling eleven pages, responsive to items 7, 8, and 9 of the request. The responsive documents originated with the Office of the Under Secretary of Defense for Intelligence and the Office of the Deputy Secretary of Defense. This Office has referred this material to these OSD offices for review. One additional document, a two-page document responsive to item 7 of the request, was released by the Department of Defense to the public in December, 2005. It was sent by OFOI to the plaintiff on March 20, 2006.

7. In response to Plaintiff's request sent directly to OFOI, this Office has tasked the Office of the Under Secretary for Defense for Intelligence to conduct a search of its relevant files for responsive records. That search is ongoing. We do not anticipate at this point, given the scope of this search and DoD FOIA regulations, the assessment of any fees for this search.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 20th day of March 2006, in Arlington, Virginia.

*William T. Kammer*
William T. Kammer

3