IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-200 (RMC) ) |
| DEPARTMENT OF DEFENSE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**MOTION OF NEW YORK UNIVERSITY SCHOOL OF LAW
TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT
OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

New York University School of Law ("NYU SOL"), by and through its undersigned counsel, respectfully moves this Court for leave to file the attached brief as *amicus curiae* in support of Plaintiff Servicemembers Legal Defense Network's Motion for a Preliminary Injunction. The instant suit involves Plaintiff's effort under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to obtain information regarding the federal government's surveillance of groups opposed to the congressional policy on gays and lesbians in the military, more commonly known as "Don't Ask, Don't Tell." Among other things, Plaintiff's February 24, 2006 Motion for a Preliminary Injunction seeks a court order requiring Defendants Department of Defense and Department of Justice to expedite their processing of Plaintiff's FOIA requests. Because NYU SOL is uniquely situated to speak to the public interest in this case, the Court should grant NYU SOL's motion.

\\\DC - 71705/0300 - 2283071 v1

It is well-established that district courts have broad discretion to allow the participation of *amici curiae*. For example, this Court has recognized that the participation of *amici* may be helpful in the context of deciding a motion for a preliminary injunction. *See, e.g., Atl. Coast Airlines Holdings, Inc. v. Mesa Air Group, Inc.*, 295 F. Supp. 2d 75, 81 (D.D.C. 2003) (Collyer, J.). This Court has also allowed the participation of *amici* in the context of deciding motions to dismiss, *see, e.g., Gem County Mosquito Abatement Dist. v. Envtl. Prot. Agency*, 398 F. Supp. 2d 1, 4 (D.D.C. 2005) (Collyer, J.), and motions for summary judgment, *see, e.g., Manitoba v. Norton*, 398 F. Supp. 2d 41, 45 (D.D.C. 2005) (Collyer, J.). *See also Ctr. for Nat'l Sec. Studies v. U.S. Dep't of Justice*, 215 F. Supp. 2d 94, 96 (D.D.C. 2002) (allowing participation of *amicus curiae* in FOIA case), *rev'd on other grounds*, 331 F.3d 918 (D.C. Cir. 2003).

As explained more fully in the attached *amicus* brief, recent press reports suggest that federal authorities have conducted surveillance of groups opposed to "Don't Ask, Don't Tell" on college campuses throughout the United States. NYU SOL's *amicus* brief will assist the Court in determining whether the public interest would be furthered by granting Plaintiff's preliminary injunction motion. NYU SOL is uniquely situated to speak to this issue because such surveillance reportedly occurred on its campus. Moreover, as an educational institution interested in protecting its students and faculty from unwanted and/or illegal surveillance, NYU SOL will provide a perspective that will complement the presentations of the Parties and be of value to the Court.

For the foregoing reasons, NYU SOL respectfully requests that the Court grant it leave to file a brief as *amicus curiae* in support of Plaintiff's Motion for a Preliminary Injunction. A

proposed order granting the requested relief is attached hereto. In accordance with Local Rule 7(m), the counsel for NYU SOL conferred with counsel for the Parties. Counsel for plaintiff consented to the amicus filings. Counsel for defendant consented based on the representation that the amicus brief addresses only the fourth element of the preliminary injunction standard.

Dated: March 29, 2006

Respectfully submitted,

HOGAN & HARTSON L.L.P.

By: *Steven J. Routh/sc*
    Steven J. Routh

555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Ph: (202) 637-6472
Fax: (202) 637-5910
sjrouth@hhlaw.com

*Attorney for Proposed Amicus Curiae
New York University School of Law*

OF COUNSEL:

Ada Meloy
Attorney for New York University School of Law
70 Washington Square South
New York, NY 10012
(212) 998-2258
(212) 995-3048 (fax)
ada.meloy@nyu.edu

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2006, a true and correct copy of the foregoing Motion of New York University to School of Law to File Brief as Amicus Curiae in Support of Plaintiff's Motion for Preliminary Injunction and all exhibits thereto was served on the following by hand delivery:

>   Christopher Wolf
>   James F. Segroves
>   PROSKAUER ROSE LLP
>   1001 Pennsylvania Avenue, N.W.
>   Suite 400 South
>   Washington, D.C. 20004-2533
>   202.416.6800
>   202.416.6899 (fax)
>   cwolf@proskauer.com
>   jsegroves@proskauer.com
>
>   *Attorneys of Record for Plaintiff*
>   *Servicemembers Legal Defense Network*
>
>   and
>
>   Rupa Bhattacharyya
>   Senior Trial Counsel
>   Federal Programs Branch, Civil Division
>   U.S. DEPARTMENT OF JUSTICE
>   20 Massachusetts Ave., N.W., Room 7338
>   Washington, D.C. 20001
>   202.514.3146
>   202.318.7593 (fax)
>   Rupa.Bhattacharyya@usdoj.gov
>
>   *Attorney of Record for Defendants*
>   *Department of Defense and Department of Justice*

and that a true and correct copy of the foregoing was served on the following via electronic mail:

>   Samuel Kaplan
>   Trial Attorney
>   Federal Programs Branch, Civil Division
>   U.S. DEPARTMENT OF JUSTICE
>   20 Massachusetts Ave., N.W., Room 7302
>   Washington, D.C. 20001
>   202.514.4686
>   202.318.8202 (fax)

\\\\DC - 71705/0300 - 2283071 v1

Samuel.Kaplan@usdoj.gov

_____
Steven J. Routh