UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL<br>DEFENSE NETWORK,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>        Defendants. | Civil Action No. 06-200 (RMC) |

## ORDER

With the Court having considered the Motion of New York University School of Law to File Brief as Amicus Curiae in Support of Plaintiff's Motion for a Preliminary Injunction, it is hereby

**ORDERED**, that the motion is **GRANTED**; and it is

**FURTHER ORDERED**, that New York University School of Law shall be granted leave to file a brief in support of Plaintiff's Motion for a Preliminary Injunction.

**SO ORDERED**, this ___ day of _____, 2006.


BY: _____
      United States District Judge

Copies To:

    Steven J. Routh
    HOGAN & HARTSON L.L.P.
    555 Thirteenth Street, N.W.
    Washington, D.C. 20004-1109
    Ph: (202) 637-6472
    Fax: (202) 637-5910
    sjrouth@hhlaw.com

    *Attorney for Amicus Curiae New York University School of Law*

\\\\DC - 71705/0300 - 2283088 v1

Christopher Wolf
James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533

*Attorneys of Record for Plaintiff*
*Servicemembers Legal Defense Network*

Rupa Bhattacharyya
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 7338
Washington, D.C. 20001

*Attorney of Record for Defendants*
*Department of Defense and Department of Justice*

\\\\DC - 71705/0300 - 2283088 v1