IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL<br>DEFENSE NETWORK,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>        Defendants. | Civil Action No. 06-200 (RMC) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), the undersigned hereby moves the admission *pro hac vice* of Ada Meloy to appear in the above-captioned proceeding as counsel of record for Proposed *Amicus Curiae* New York University School of Law. The supporting declaration of Ms. Meloy is attached as Exhibit 1 and a proposed order granting the requested relief is attached as Exhibit 2. Counsel for New York University has conferred with co-counsel for Plaintiff, James Segroves, and counsel for Defendants, Samuel Kaplan, both of whom indicated that they do not oppose the relief requested in the instant motion.

Respectfully submitted,

HOGAN & HARTSON L.L.P.

By: _Steven J. Routh/sc_
    Steven J. Routh

555 Thirteenth Street, N.W.
Washington, D.C. 20004
Ph: (202) 637-6472
Fax: (202) 637-5910

sjrouth@hhlaw.com

Dated: March 30, 2006

2

\\\\DC - 71705/0300 - 2283076 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL<br>DEFENSE NETWORK,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>        Defendants. | Civil Action No. 06-200 (RMC) |

### DECLARATION OF ADA MELOY

I, ADA MELOY, depose and say upon personal knowledge as follows:

1.    Pursuant to Local Rule 83.2(d), I make this declaration in support of the accompanying Motion for Admission *Pro Hac Vice* filed by Proposed *Amicus Curiae* New York University School of Law.

2.    My full name is Ada Meloy.

3.    My office address is 70 Washington Square South, New York University, New York, New York 10012. My office telephone number is (212) 998-2258.

4.    I am a member of the New York State bar and an inactive member of the District of Columbia bar. I am also a member of the bars of *The United States District Courts for the Southern District of New York, the Eastern District of New York, and the Northern District of Texas; the United States Court of Appeals for the Second, Third, Fifth, Sixth, and Eleventh Circuits; and the United States Supreme Court.*

5.    I have not been disciplined by any bar.

6.    I have not applied for admission *pro hac vice* to this Court in the last two years.

7. I will join Steven J. Routh, a member of this Court in good standing, as counsel of record on behalf of Proposed *Amicus Curiae* New York University School of Law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2006

*Ada Meloy*
Ada Meloy

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2006, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* and all exhibits thereto was served on the following by hand delivery:

> Christopher Wolf
> James F. Segroves
> PROSKAUER ROSE LLP
> 1001 Pennsylvania Avenue, N.W.
> Suite 400 South
> Washington, D.C. 20004-2533
> 202.416.6800
> 202.416.6899 (fax)
> cwolf@proskauer.com
> jsegroves@proskauer.com
>
> *Attorneys of Record for Plaintiff*
> *Servicemembers Legal Defense Network*
>
> and
>
> Rupa Bhattacharyya
> Senior Trial Counsel
> Federal Programs Branch, Civil Division
> U.S. DEPARTMENT OF JUSTICE
> 20 Massachusetts Ave., N.W., Room 7338
> Washington, D.C. 20001
> 202.514.3146
> 202.318.7593 (fax)
> Rupa.Bhattacharyya@usdoj.gov
>
> *Attorney of Record for Defendants*
> *Department of Defense and Department of Justice*

and that a true and correct copy of the foregoing was served on the following via electronic mail:

> Samuel Kaplan
> Trial Attorney
> Federal Programs Branch, Civil Division
> U.S. DEPARTMENT OF JUSTICE
> 20 Massachusetts Ave., N.W., Room 7302

Washington, D.C. 20001
202.514.4686
202.318.8202 (fax)
Samuel.Kaplan@usdoj.gov

_Steven J. Routh_
Steven J. Routh