UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, ) ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF DEFENSE, *et al.*, ) ) Defendants. ) ) | Civil Action No. 06-200 (RMC) |

### ORDER

With the Court having considered the Motion for Admission *Pro Hac Vice* filed by Proposed *Amicus Curiae* New York University School of Law, it is hereby

**ORDERED**, that the motion is **GRANTED**; and it is

**FURTHER ORDERED**, that Ada Meloy shall be admitted *pro hac vice* in the above-captioned proceeding.

**SO ORDERED**, this ___ day of _____, 2006.

BY: _____
United States District Judge

Copies To:   Christopher Wolf
James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533

*Attorneys of Record for Plaintiff
Servicemembers Legal Defense Network*

1

Rupa Bhattacharyya
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 7338
Washington, D.C. 20001

*Attorney of Record for Defendants*
*Department of Defense and Department of Justice*