UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, ) | |
| Plaintiff, ) | |
| v. ) | 06-cv-200 (RMC) |
| DEPARTMENT OF DEFENSE, *et al.* ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY AND SUBMISSION OF SUPPLEMENTAL DECLARATIONS**

Defendants respectfully notify the Court of the March 24, 2006, order granting in part and denying in part the government's motion for relief from Judge Kennedy's February 16, 2006, order in *EPIC v. Department of Justice*, No. 06-0096. Plaintiff relied upon the Court's initial order in its motion for preliminary injunction and reply brief, and submitted the order as Exhibit 27 to its motion. *See* Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction at 23-24; Reply Memorandum in Support of Plaintiff's Motion for Preliminary Injunction at 4 note 2. Defendants explained in their opposition, *inter alia*, that the Department of Justice had filed a motion for relief from the preliminary injunction order relied on by plaintiff. Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction ("Def. Opp.") at 13 note 7. The March 24th order (attached as Exhibit 1 to this notice) provides that the Office of Intelligence and Policy Review shall have an additional 60 days from the deadline set by the Court's original order – March 8, 2006 – to process the plaintiff's FOIA request. The

order further provided that the Office of Legal Counsel shall have an additional 120 days from March 8, 2006, to process the plaintiff's request. In addition, the Court set a status conference for 60 days from the date of the Court's order and held that no *Vaughn* index would be required until the defendant files a dispositive motion in the case.

Defendant also submits the supplemental declaration of Melanie Ann Pustay (attached as Exhibit 2) ("Pustay Supp. Dec."). The declaration explains that three additional DOJ components – specifically, the Offices of the Associate Attorney General ("OAAG"), Legal Policy ("OLP"), and Intergovernmental and Public Liaison ("OIPL") – have fully processed plaintiff's request. Ex. 2, Pustay Supp. Dec. ¶ 3. These offices join the DOJ components that had completed their processing prior to the submission of defendant's opposition – *i.e.*, the Office of the Attorney General, the Office of Information and Privacy, and the Departmental Executive Secretariat as well as the F.B.I. for all but one of plaintiff's requests. Def. Opp. at 7-9. The searches of OAAG, OLP, and OIPL revealed no documents responsive to plaintiff's requests. Ex. 2, Pustay Supp. Dec. ¶ 3.

Defendant also submits the supplemental declaration of Will Kammer (attached as Exhibit 3) ("Kammer Supp. Dec."). This declaration explains that two of the five documents that CIFA previously found in its search, which had been referred to the originating agencies and Department of Defense ("DOD") components for review, have now been released in full to the plaintiff. Kammer Supp. Dec. ¶¶ 1, 3. *See also* Def. Opp. at 7-8. Further, the agencies to whom the two other documents (both TALON reports) had been referred have determined that the documents may be released with a small number of redactions made pursuant to 5 U.S.C. § 552(b)(2), (7); DOD sent those documents to plaintiff on April 3, 2006. Kammer Supp. Dec. ¶ 2. DOD also released one other TALON report that was located after defendants' initial filing, with

similar redactions. *Id*. One of the five documents is under review by the Office of the Secretary of Defense, and DOD will respond when that review is complete. *Id*. at ¶ 3.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        KENNETH L. WAINSTEIN
        United States Attorney

        ELIZABETH J. SHAPIRO
        Assistant Branch Director

        /s/
        SAMUEL C. KAPLAN (D.C. Bar No. 463350)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        P.O. Box 883, Rm. 7302
        Washington, D.C.  20044
        (202) 514-4686 phone
        (202) 616-8202 fax
        samuel.kaplan@usdoj.gov
        Attorneys for Defendants