# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) Case No. 1:06-CV-00200 (RMC)<br>)<br>)<br>)<br>)<br>) |

## SECOND DECLARATION OF WILLIAM T. KAMMER

I, William T. Kammer, declare the following information to be true and correct to the best of my knowledge:

1. This declaration supplements my prior declaration dated March 20, 2006, which was filed in the above-captioned case. The statements made in this supplemental declaration are based upon my personal knowledge and information made available to me in the performance of my official duties. The purpose of this supplemental declaration is to provide information concerning the processing of documents referred to in my prior declaration; specifically, the two three-page TALON reports mentioned in paragraph 5 and the three documents referred to in paragraph 6.

2. All documents referenced in these two paragraphs, except for one six-page document responsive to item 9 of plaintiff's request, were released to plaintiff by the Office of Freedom of Information on April 3, 2006. Additionally, another three-page TALON report located by CIFA,

1

subsequent to my last declaration, was released to plaintiff. Some information within the three released TALON reports was withheld at the request of U.S. Immigration and Customs Enforcement pursuant to 5 U.S.C. § 552 (b)(2), (b)(7)(C), (b)(7)(D), and (b)(7)(E).

3. The six-page document that has not been released, a May 2, 2003, memorandum signed by the then Deputy Secretary of Defense Paul Wolfowitz, is currently under review within the Office of the Secretary of Defense. When that review is complete, we will provide plaintiff with a substantive response concerning that document.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 3rd day of April 2006, in Arlington, Virginia.

*William T. Kammer*

William T. Kammer