# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERVICEMEMBERS LEGAL DEFENSE )
    NETWORK, )
 )
    Plaintiff, )
 )
v. )
 )   Civil Action No. 06-200 (RMC)
UNITED STATES DEPARTMENT OF )
    DEFENSE, et al., )
 )
    Defendants. )
_____)

## DECLARATION OF MELANIE ANN PUSTAY

I, Melanie Ann Pustay, declare the following to be true and correct:

1) I am the Deputy Director of the Office of Information and Privacy (OIP), United States Department of Justice. In this capacity, I am the final decision-making authority for the Initial Request (IR) Staff. The IR Staff is responsible for searching for and reviewing records within the senior leadership offices of the Department of Justice, specifically, the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legislative Affairs, Legal Policy, Intergovernmental and Public Liaison, Public Affairs, and OIP itself, in response to requests made under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2000 & Supp. III 2001-2004). The IR Staff determines whether records responsive to access requests exist and, if so, whether they can be released consistent with the FOIA. In processing such requests, my staff and I consult with personnel in the above-mentioned Offices, and, when appropriate, with other components within the Department of Justice as well as with other Executive Branch agencies.

2

2) I make the statements herein on the basis of personal knowledge, as well as on information acquired by me in the course of performing my official duties.

3) By letter dated March 23, 2006, OIP provided plaintiff with a second interim response to its FOIA request. (A copy of OIP's letter to plaintiff is attached hereto as Attachment A.) In this interim response, we informed plaintiff that no records responsive to its request had been located in the offices of the Associate Attorney General, Legal Policy, and Intergovernmental and Public Liaison. Additionally, we explained that searches for responsive records were continuing in the offices of the Deputy Attorney General, Public Affairs, and Legislative Affairs, and that OIP would respond to plaintiff as those remaining searches are completed.

4) I declare under penalty of perjury that the foregoing is true and correct.

*Melanie Ann Pustay*
MELANIE ANN PUSTAY

Executed this 29th day of March, 2006.

# ATTACHMENT A



U.S. Department of Justice

Office of Information and Privacy

---

Telephone: (202) 514-3642

Washington, D.C. 20530

MAR 23 2006

Mr. Christopher Wolf
Proskauer Rose LLP
1001 Pennsylvania Ave., N.W.
Suite 400 South
Washington, DC 20004-2533

Re:  DAG/06-R0387
     ASG/06-R0388
     PAO/06-R0389
     OLP/06-R0390
     OLA/06-R0391
     OIPL/06-R0392
     MAP:KDC:SBT

Dear Mr. Wolf:

    This is our second interim response to your client's Freedom of Information Act request for records pertaining to the alleged surveillance of groups opposed to the Defense Department's policy known as "Don't Ask, Don't Tell," as well as records concerning a proposal authored by the commission on intelligence chaired by Laurence Silberman and Charles Robb. This response is made on behalf of the Offices of the Deputy Attorney General, Associate Attorney General, Public Affairs, Legal Policy, Legislative Affairs, and Intergovernmental and Public Liaison.

    Searches were conducted in the Offices of the Associate Attorney General, Legal Policy, and Intergovernmental and Public Liaison and no responsive records were located. We are continuing our searches for responsive records in the Offices of the Deputy Attorney General, Public Affairs, and Legislative Affairs, and will respond to you again as the searches are completed.

    Although I am aware that your request is the subject of ongoing litigation and that appeals are not ordinarily acted on in such situations, I am required by statute and regulation to inform you of your right to file an administrative appeal.

Sincerely,

Melanie Ann Pustay
Deputy Director