UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, ) ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF DEFENSE, ) *et al.* ) ) Defendants. ) ) | 06-cv-200 (RMC) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS**

Earlier today, defendants filed a notice of supplemental authority and supplemental declarations with two declarations updating the Court on the status of the defendants' search for documents responsive to plaintiff's FOIA request. Subsequent to the filing, counsel for plaintiff contacted counsel for defendants to note the requirement of Local Rule 65.1(c) that supplemental declarations in the preliminary injunction context may only be filed with the permission of the Court.[1] Defendants inadvertently overlooked this requirement, and now submit the instant motion to request leave of Court to file the previously submitted declarations, which are attached to this motion as Exhibits 1 and 2. While indicating that plaintiff objected to the filing of the declarations without seeking leave of Court, counsel for plaintiff has informed undersigned counsel that plaintiff takes no position on the instant motion. The attached declarations are relevant because they update the Court on the status of defendants' response to plaintiff's

---

[1] The local rule does not apply to the notice of supplemental authority that was combined with the notice of submission of supplemental declarations.

Freedom of Information Act request, which is the subject of plaintiff's motion and this litigation. Defendants therefore respectfully request that the instant motion be granted and that defendants be permitted to file the attached declarations.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    KENNETH L. WAINSTEIN
    United States Attorney

    ELIZABETH J. SHAPIRO
    Assistant Branch Director

    /s/ _____
    SAMUEL C. KAPLAN (D.C. Bar No. 463350)
    Trial Attorney
    United States Department of Justice
    Civil Division, Federal Programs Branch
    P.O. Box 883, Rm. 7302
    Washington, D.C. 20044
    (202) 514-4686 phone
    (202) 616-8202 fax
    samuel.kaplan@usdoj.gov
    Attorneys for Defendants