IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL<br>  DEFENSE NETWORK,<br><br>               Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>               Defendants. | Civil Action No. 06-200 (RMC) |

## NOTICE OF SEALED FILING

Pursuant to the Court's April 13, 2006 Order granting Plaintiff's Motion to Proceed Without Disclosure of Full Residence Address [Dkt. #12], undersigned co-counsel for Plaintiff hereby notices that earlier today he did cause Plaintiff's full residences address to be filed under seal with the Clerk of this Court in accordance with Local Rule 5.1(j).

Dated: April 14, 2006

Respectfully submitted,

Christopher Wolf
(D.C. Bar No. 335885)


*/s/ James F. Segroves*
James F. Segroves
(D.C. Bar No. 480360)
Meredith C. Bailey
(D.C. Bar No. 494476)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533
202.416.6800
202.416.6899 (fax)

Jerry L. Dasti
(Not Admitted in D.C.)
PROSKAUER ROSE LLP

        1585 Broadway
        New York, N.Y. 10036-8299
        212.969.3000
        212.969.2900 (fax)

*Attorneys for Plaintiff Servicemembers Legal Defense Network*