IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SERVICEMEMBERS LEGAL<br>  DEFENSE NETWORK,<br><br>          Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-200 (RMC)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE SUPPLEMENTAL DECLARATION**

Pursuant to Local Rule 65.1(c), Plaintiff hereby seeks the Court's permission to file a supplemental declaration in support of Plaintiff's Motion for a Preliminary Injunction [Dkt. #4], a hearing on which is scheduled to take place before the Court on April 19, 2006. Plaintiff's preliminary injunction motion and its supporting declarations were originally filed on February 24, 2006. Factual developments have since occurred that are relevant to the Court's determination of Plaintiff's preliminary injunction motion. Plaintiff therefore seeks leave to file a supplemental declaration in order to update the Court regarding the status of Defendant Department of Defense's processing of Plaintiff's Freedom of Information Act requests and to inform the Court regarding the contents of documents recently released to Plaintiff by the Department of Defense.

A copy of Plaintiff's supplemental declaration is attached as Exhibit 1. Pursuant to Local Rule 7(m), undersigned co-counsel for Plaintiff conferred via telephone with

counsel for Defendants, Samuel Kaplan, who stated that Defendants did not oppose the relief requested in the instant motion. A proposed order granting the instant motion is attached as Exhibit 2.

Dated: April 14, 2006                           Respectfully submitted,

                                                Christopher Wolf
                                                (D.C. Bar No. 335885)


                                                */s/ James F. Segroves*
                                                James F. Segroves
                                                (D.C. Bar No. 480360)
                                                Meredith C. Bailey
                                                (D.C. Bar No. 494476)
                                                PROSKAUER ROSE LLP
                                                1001 Pennsylvania Avenue, N.W.
                                                Suite 400 South
                                                Washington, D.C. 20004-2533
                                                202.416.6800
                                                202.416.6899 (fax)

                                                Jerry L. Dasti
                                                (Not Admitted in D.C.)
                                                PROSKAUER ROSE LLP
                                                1585 Broadway
                                                New York, N.Y. 10036-8299
                                                212.969.3000
                                                212.969.2900 (fax)

                                                *Attorneys for Plaintiff Servicemembers Legal Defense Network*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2006, a true and correct copy of Plaintiff's Motion for Leave to File Supplemental Declaration and all exhibits thereto was served on the following using the Court's Electronic Case Filing System:

Rupa Bhattacharyya, Senior Trial Counsel
Samuel C. Kaplan, Trial Attorney
Federal Programs Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
rupa.bhattacharyya@usdoj.gov
samuel.kaplan@usdoj.gov

*Attorneys of Record for Defendants*
*Department of Defense and Department of Justice*

A copy of the foregoing was also served on the following via electronic mail:

Ada Meloy
NEW YORK UNIVERSITY
70 Washington Square South
New York, NY 10012
ada.meloy@nyu.edu

Steven J. Routh
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, NW
Washington, DC 20004-1109
sjrouth@hhlaw.com

*Attorneys of Record for Amicus Curiae*
*New York University School of Law*

                                                        */s/ James F. Segroves*
                                                        James F. Segroves
                                                        (D.C. Bar No. 480360)
                                                        PROSKAUER ROSE LLP

1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533
202.416.6800
202.416.6899 (fax)
jsegroves@proskauer.com

*Attorney for Plaintiff Servicemembers Legal Defense Network*

2