# Exhibit 1

**Plaintiff's Motion for Leave to File Supplemental Declaration,** *Servicemembers Legal Defense Network v. Dep't of Defense*, **Civil Action No. 06-200 (RMC)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. 06-200 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) |

## <u>SUPPLEMENTAL DECLARATION OF JAMES F. SEGROVES</u>

I, JAMES F. SEGROVES, depose and say upon personal knowledge as follows:

1.     I am over the age of twenty-one years and am otherwise competent and qualified to execute this declaration.

2.     I am an associate in the Washington, D.C. office of Proskauer Rose LLP. I currently serve as co-counsel to Plaintiff Servicemembers Legal Defense Network in the above-captioned case.

3.     On the morning of April 6, 2006, our offices received a sixteen-page facsimile from DOD's Office of Freedom of Information ("DOD-OFOI"). A true and correct copy of DOD-OFOI's facsimile transmission is attached hereto as Exhibit A. For ease of reference, the pages of DOD-OFOI's facsimile transmission have been Bates labeled using an "SLDN" prefix.

4.     DOD-OFOI's April 6, 2006 facsimile transmission consisted of:

    (1)     a two-page cover letter executed by Will Kammer, Chief of DOD-OFOI (*see* SLDN 000001-000002);

     (2)     a three-page letter from Acting Under Secretary of Defense Robert W. Rogalski to John W. Warner, Chairman of the Senate Armed Services Committee, dated January 27, 2006 (*see* SLDN 000003-000005); and

     (3)     a two-page memorandum from Under Secretary of Defense Stephen A. Cambone to various DOD component agencies, including the Defense Intelligence Agency ("DIA"), dated October 24, 2005 (*see* SLDN 000006-000007).

    5.     DOD-OFOI's April 6, 2006 facsimile transmission also included three, three-page Threat and Local Observation and Notice reports ("TALON reports") responsive to Plaintiff's January 5, 2006 Freedom of Information Act request. (*See* SLDN 000008-000016.)

    6.     The first TALON report relates to a protest against military recruiters on the campus of the University of California at Santa Cruz planned for April 5, 2005. (*See* SLDN 000008-000010.) The third TALON report, on the other hand, relates to a protest against military recruiters on the campus of the University of California at Berkley on April 21, 2005. (*See* SLDN 000014-000016.)

    7.     The second TALON report relates to a protest against military recruiters on the campus of the New York University School of Law ("NYU-SOL"). (*See* SLDN 000011-000013.) More specifically, the NYU-SOL TALON report states:

> Per an Internet posting, on 4 and 10 Feb 05, several homosexual and pro-gay groups are planning to "protest hate & recruiters on NYU campus (NYC)." The targets of the protest are JAG recruiters, who are viewed as "discriminatory military recruiters" on the NYU campus.

(SLDN 000011.)[1]  The NYU-SOL TALON report then quotes a portion of the "Internet posting" referenced above:

> Subject:  FRI 2/4 protest hate & recruiters on NYU campus (NYC)
>
> [F]riday, Feb. 4th support NYU queer groups protesting discriminatory military recruiters on NYU campus.
>
> JAG is coming this week.  And next week.  Despite the Third Circuit's ruling that the Solomon Amendment is unconstitutional [referring to *Forum for Academic & Institutional Rights v. Rumsfeld*, 390 F.3d 219 (3d Cir. 2004)], an injunction has not yet been issued.  Until one is issued, NYU will continue to abide by the Solomon Amendment's requirement that JAG recruiters be granted access for recruiting purposes.
>
> JAG will be here on Friday, Feb. 4th for OCI.  We will be protesting in the Furman lobby on Friday morning.
>
> JAG will also be here for the Public Interest Symposium on February 10th.  We will have an amelioration panel that day at 12:45.  Look for the details soon.  In addition, we're having a protest that day.  The details have yet to be worked out, as the protest may involve OUTLaws from other schools participating in the symposium.

(SLDN 000011-000012.)  The NYU-SOL TALON then states:

> The term "Outlaws" is not defined in the posting.  The [redacted] is concerned this is a security issue.  Specifically, the term "Outlaws" is a backhanded way of saying it is all right to commit possible violence and serve as "vigilantes" during the symposium.  Therefore, it is possible that physical harm or vandalism could occur at this event.

(SLDN 000012.)

8.      According to Mr. Kammer's cover letter, searches and reviews of responsive records are still being conducted within the Office of the Secretary of Defense.  (*See* SLDN 000002.)

---

[1]      The text of the actual NYU-SOL TALON report contains upside-down question marks for what appear to be intended as quotation marks.  Quotation marks have been substituted for the upside-down question marks in the above quotations.

3

9.     To date, Plaintiff has not received a determination from DIA regarding whether it will respond to Plaintiff's FOIA request, which was submitted to DIA on January 5, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2006

James F. Segroves

# Exhibit 1.A

**Plaintiff's Motion for Leave to File Supplemental Declaration,** *Servicemembers Legal Defense Network v. Dep't of Defense***, Civil Action No. 06-200 (RMC)**



**DEPARTMENT OF DEFENSE**
OFFICE OF FREEDOM OF INFORMATION
**1155 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1155**

0 3 APR 2006

Ref: 06-F-0713

Mr. Christopher Wolf
Proskauer Rose, LLP
1233 Twentieth Street, NW
Suite 800
Washington, DC 20036

Dear Mr. Wolf:

This is another interim response to your January 5, 2006, Freedom of Information Act (FOIA) request.

The enclosed documents are responsive to items 1.D. and 4 of your request. The U.S. Immigrations and Customs Enforcement Agency (ICE) has made the determination to withhold some information from the enclosed TALON reports under the Freedom of Information Act pursuant to:

5 U.S.C. § 552(b)(2), which concerns matters that are related solely to internal agency practices because release would result in the circumvention of an agency rule, policy, or statute;

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties;

5 U.S.C. § 552(b)(7)(D), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to disclose the identities of confidential sources and information furnished by such sources; and

5 U.S.C. § 552(b)(7)(E), which would disclose techniques or procedures for law enforcement investigations or prosecutions.

You may appeal the ICE partial denial of your request in writing, within 35 days after the date of this notification to the Privacy Office, Department of Homeland Security, FOIA Appeals, 245 Murray Lane, SW, Building 410, Washington, DC 20528. Please include with your letter of appeal, a copy of your original FOIA request and a copy of this response letter.

**SLDN-000001**

Searches and reviews of responsive records are still being conducted within the Office of the Secretary of Defense and you will hear from this office in the future concerning the results of those searches and reviews. The action officer for this case is David Maier, (703) 696-4695.

Sincerely,

*Will Kammer*

Will Kammer
Chief

Enclosures:
As stated

SLDN-000002



INTELLIGENCE

**OFFICE OF THE UNDER SECRETARY OF DEFENSE**
5000 DEFENSE PENTAGON
WASHINGTON, DC 20301-5000

JAN 2 7 2006

The Honorable John W. Warner
Chairman
Committee on Armed Services
United States Senate
Washington, DC 20510-6050

Dear Mr. Chairman:

In the Under Secretary of Defense for Intelligence letter of December 19, 2005, Dr. Stephen Cambone provided you some context not otherwise reported in an NBC News segment on the Department of Defense (DoD) TALON system. Dr. Cambone also advised that we would thoroughly review the TALON system. That review is nearly completed. I would like to update you on our results:

- DoD field commanders highly value the TALON reporting program as a source of timely information about possible foreign terrorist threats to their personnel and facilities.

The TALON reporting system is much like a capability to document information from a "neighborhood watch" program in which concerned citizens or DoD personnel report suspicious activities they believe may be linked to possible foreign terrorist activities to DoD counterintelligence, law enforcement or intelligence organizations. The focus of the effort was on possible foreign terrorist threats to the DoD and not on U.S. persons in the United States. The information that was reported to DoD security, law enforcement, counterintelligence or intelligence personnel was then briefed to local military command officials and law enforcement as appropriate prior to being sent to the TALON reporting database at the Counterintelligence Field Activity (CIFA) for analysis. CIFA's role in the process is to maintain the database and conduct analysis.

- TALON reporting has led to a number of investigations. Those include terrorism investigations, most often conducted under the purview of the Joint Terrorism Task Forces headed by FBI, and the reporting has identified other criminal activities. The reporting has also disclosed



**SLDN-000003**

some patterns that have allowed the Department to focus or change security procedures in order to deter potential terrorist activities.

- Although the TALON reporting system was intended to document suspicious incidents possibly linked to foreign terrorist threats to DoD resources, some came to view the system as a means to report information about demonstrations and anti-base activity that would be of interest to field commanders from a force protection perspective. A very small percentage of these reports were submitted to the TALON/CORNERSTONE database.

- CIFA has removed the TALON reports on demonstrations and anti-base activity from the database. The process to remove other reports that are no longer analytically significant is ongoing. All TALON reports are now reviewed at CIFA upon receipt to ensure compliance with the TALON reporting criteria.

- The DoD organizations involved in the TALON reporting system were following multiple rule sets regarding the collection and retention of this information. The Department will soon issue detailed guidance that clarifies the purpose of the database, the rules governing the collection and retention of the data and more detailed procedures to be followed. The database will then be reviewed again to ensure compliance.

Dr. Cambone also directed that all Department counterintelligence and intelligence personnel receive immediate refresher training concerning the laws, policies and procedures that govern the responsibilities for handling information, especially information related to U.S. persons. The refresher training is underway and should be completed by January 31, 2006.

This review clearly indicates that TALON is an important and valuable tool, and that we have room for improvement. We will continue our analysis of findings from this review to determine precisely what we need to do to improve and will provide you with additional information.

There is nothing more important to the U.S. military than the trust and good will of the American people. The DoD values that trust and good will and consequently views with the greatest concern any potential violation of the strict DoD policy governing the protection of civil liberties. Our new guidance will reflect that concern and protect that trust.

SLDN-000004

My office continues to be engaged in formal and informal dialogue with members of your staff on this subject. These discussions have been positive and productive. I look forward to an opportunity to brief your committee on these complex and overlapping issues. I have sent a similar letter to the Committee's Ranking Member, the Honorable Carl Levin.

Sincerely,

*ACTING*

Robert W. Rogalski
Deputy Under Secretary of Defense
(Counterintelligence and Security)

cc:

The Honorable Ted Stevens
The Honorable Daniel K. Inouye
The Honorable C.W. "Bill" Young
The Honorable John P. Murtha
The Honorable Duncan Hunter
The Honorable Ike Skelton
The Honorable Pat Roberts
The Honorable John D. Rockefeller IV
The Honorable Peter Hoekstra
The Honorable Jane Harman

SLDN-000005



**UNDER SECRETARY OF DEFENSE**
5000 DEFENSE PENTAGON
WASHINGTON, DC 20301-5000

OCT 2 4 2005

INTELLIGENCE

MEMORANDUM FOR DEPUTY CHIEF OF STAFF, G-2, DEPARTMENT OF
THE ARMY
GENERAL COUNSEL, DEPARTMENT OF THE
NAVY
SECRETARY OF THE AIR FORCE, INSPECTOR
GENERAL, DEPARTMENT OF THE AIR FORCE
DIRECTOR, DEFENSE INTELLIGENCE AGENCY
DIRECTOR, DEFENSE THREAT REDUCTION
AGENCY
DIRECTOR, MISSILE DEFENSE AGENCY
DIRECTOR, NATIONAL GEOSPATIAL-
INTELLIGENCE AGENCY
DIRECTOR, NATIONAL SECURITY AGENCY
DIRECTOR, NATIONAL RECONNAISSANCE
OFFICE
DIRECTOR, DEFENSE SECURITY SERVICE

SUBJECT: Mission Tasking Authority

The demands on the Department of Defense (DoD) Counterintelligence (CI)
have never been greater or more important. We must continue the transformation
of our CI program to ensure a global capability that provides military commanders
and other Department consumers and our national leadership with a horizontally
integrated CI program that is responsive to the threats of today and the future. Our
CI must be agile, integrated, comprehensive, proactive and responsive.

The Department created the Counterintelligence Field Activity (CIFA) to
lead the transformation of our CI program, and the results have been impressive.
The maturation of CIFA and the need for a more centralized approach to some of
our key CI programs mandate additional authorities for CIFA. The Weapons of
Mass Destruction Commission recently noted a need for CIFA to have an
expanded role in the Department, and I concur.

Effective immediately, the Director, CIFA, will have the authority to task a
Military Department CI organization or a Defense Agency's organic CI element to
execute a specific CI mission or conduct a CI function within that organization's



SLDN-000006

*HTCH 1    TAB 8*

charter. Should a question arise about such a tasking that cannot be resolved, it should be referred to the Deputy Under Secretary of Defense (Counterintelligence and Security) via the Counterintelligence Directorate. The point of contact is Mr. Troy Sullivan, Director, Counterintelligence ((703) 697-7641 ext. 350). This authority will be incorporated into DoDD 5240.2, DoD Counterintelligence, which is currently being revised.

I appreciate your support in this most important area.

Stephen A Cambone

cc:
Director, Counterintelligence Field Activity

SLDN-000007

902-06-04-05-303_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-06-04-05-303

06-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-06-04-05-303
REPORT DATE: 2005-04-06
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE: Specific Threats
STATUS: Closed/Unresolved
CONTAINS US PERSON INFO: NO
FROM: 902D MI GP
SUBJECT: Protest Against Military Recruiters at University of California at Santa
Cruz (UCSC) on 5 Apr 05                                          ICE
SOURCE:                                                          (b)(7)(D)
████████████████ SOURCE IS RELIABLE                             (b)(7)(C)
SUMMARY: Protest Against Military Recruiters at University of California at Santa
Cruz (UCSC) on 5 Apr 05
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902IMI-04-04-05-003
                              ICE (b)(7)(C) +(b)(7)(D)
Agent:   ████████
                              ICE (b)(2) +(b)(7)(c)
Phone:   ████████

Report Date:      04 APR 05

Acquisition Date:     04 APR 05

Incident Date:  05 APR 05

Incident Type:  Phone/Voice/email Threats

Status: Closed/Unresolved

From:   902nd MI Grp/Atlanta JTTF

Subject:     Protest Against Military Recruiters at University of California at
Santa Cruz (UCSC) on 5 Apr 05

Details:     Source received an e-mail from 'Josh Sonnenfeld,' at e-mail address
josh_lizard@yahoo.com, dated 1 Apr 2005 (PST), subject: ¿ACTION TUESDAY TO KICK
MILITARY RECRUITERS OUT OF UCSC¿

The e-mail starts out with the line: ¿KICK MILITARY RECRUITERS OUT OF UCSC¿ Then,
the e-mail states that on 5 Apr 05, recruiters from the U.S. Army, U.S. Marine
Corps, and U.S. Navy will be at the Last Chance Job & Internship Fair, organized by
the University of California at Santa Cruz (UCSC) Career Center.

In response, there is a ¿COUNTER-RECRUITMENT MARCH¿ at 11:30, 5 Apr 2005 that starts
at the ¿BAYTREE PLAZA,¿ Below Career Center, and ends outside the Job Fair at the
Stevenson Event Center. The e-mail states to ¿have fun and bring 5 friends.¿

Also, the e-mail urges people to: ¡¡SIGN THE PETITION TO BAN RECRUITERS FROM UCSC

Page 1

SLDN-000008

MAR-21-2006 09:11 From:                          To:2029271825          P.7/18

902-06-04-05-303_full_text

AND JOIN US 11:30am TUE, APRIL 5th @ BAYTREE PLAZA!!¿

Finally, the e-mail states:

----------For more information----------

UCSC Students Against War's

Counter-Recruitment Working Group

counterrecruitment@yahoo.com

------------------------------------------

Source:                ████████████████████ SOURCE IS RELIABLE.    *ICE*
                                                                    (b)(2)(D)
Country:        United States (US)/USNORTHCOM                        &
                                                                    (b)(7)(E)
Address:        Santa Cruz, CA 95064

GeoCoords:      Latitude: 36.97205; Longitude: -122.026232

Persons Involved:    N/A
                                                                    *ICE*
Coordinating Agencies:   ████████████████████                       (b)(2)(D) &
                                                                    (b)(7)(E)

Agent Notes:    1. This information was from an e-mail sent over the Internet. The
source made no effort to validate the credibility of the information. The source
shared the information solely for informational purposes.

2. Several recent protests along the west coast have drawn an estimated 200 - 400
protesters with one incident in January 2005 resulting in police escorting the
military recruiters off the campus.

3. The text of the e-mail does not state if civil disobedience is planned to occur
at this protest.

4. Per the Career Center, UCSC website, the following military organizations will be
at the 'Last Chance Job and Internship Fair:'

U.S. Army

2121 41st Ave, Ste 204

Capitola, CA 95010

U.S. Marine Corps Officer Programs

546 Vernon Ave, Ste 246

Mountain View, CA 94035

U.S. Navy Officer Programs

546 Vernon Ave, Ste 246

Mountain View, CA 94035

5. The Last Chance Job and Internship Fair is scheduled from 12:00 to 15:00 on 5 Apr
05.

Page 2

SLDN-000009

902-06-04-05-301_full_text

Updates:        N/A

UNCLASSIFIED//FOUO
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS ▓▓▓▓▓ LOCALLY: Coordinating Agencies: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. This information was from an e-mail sent over the
Internet. The source made no effort to validate the credibility of the information.
The source shared the information solely for informational purposes.

2. Several recent protests along the West Coast have drawn an estimated 200 - 400
protesters with one incident in January 2005 resulting in police escorting the
military recruiters off the campus.

3. The text of the e-mail does not state if civil disobedience is planned to occur
at this protest.

4. Per the Career Center, UCSC website, the following military organizations will be
at the 'Last Chance Job and Internship Fair:'


U.S. Army

2121 41st Ave, Ste 204

Capitlos, CA 95010


U.S. Marine Corps Officer Programs

546 Vernon Ave, Ste 246

Mountain View, CA 94035


U.S. Navy Officer Programs

548 Vernon Ave, Ste 246

Mountain View, CA 94035


5. The Last Chance Job and Internship Fair is scheduled from 12:00 to 15:00 on 5 Apr
05.
INCIDENT ADDRESS: Country:       United States (US)/USNORTHCOM

Address:          Santa Cruz, CA 95064

GeoCoords:        Latitude: 36.97205; Longitude: -122.026252
INCIDENT CITY: Santa Cruz
INCIDENT STATE: CA
INCIDENT ZIP CODE: 95064
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 36.9900016784668
INCIDENT LONGITUDE: -122.061843054199
INCIDENT UTM: Northing: 4084174.40 Easting: 583476.58 Zone: 10S ,
INCIDENT DATE/TIME: 05-APR-05

Page 3

SLDN-000010

MAR-21-2005 09:10 From:                          To:2025271025          P.3

902-03-02-05-071_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-03-02-05-071

03-FEB-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ.  THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-03-02-05-071
REPORT DATE: 2005-02-03
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE:  Specific Threats
STATUS: Open/Unresolved
CONTAINS US PERSON INFO:  No
FROM: 902D MI GP
SUBJECT: Protest Planned Against JAG Recruiters at NYU on 4 and 10 Feb 05 May
Involve "Outlaws"                                            ICE
SOURCE:                                                      (b)(7)(D)
SOURCE IS RELIABLE.                                          (b)(7)(C)
SUBJECT: Protest Planned Against JAG Recruiters at NYU on 4 and 10 Feb 05 May
Involve "Outlaws"
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902#MI-02-02-05-003

Agent:                     ICE (b)(7)(C) + (b)(7)(D)

Phone:                     ICE (b)(2) +(b)(7)(C)

Report Date:   02 FEB 05

Acquisition Date:   02 FEB 05

Incident Date:   04 FEB 05

Incident Type:  Phone/Voice/eMail Threats

Status: Open/Unresolved

From:  902nd MI Grp/Atlanta JTTF

Subject:    Protest Planned Against JAG Recruiters at NYU on 4 and 10 Feb 05 May
Involve "Outlaws"

Details:    Per an Internet posting, on 4 and 10 Feb 05, several homosexual and
pro-gay groups are planning to protest hate & recruiters on NYU campus (NYC). The
targets of the protest are JAG recruiters, who are viewed as discriminatory
military recruiters on the NYU campus.

An extract quoted from the Internet posting follows:

Subject: FRI 2/4 protest hate & recruiters on NYU campus (NYC)

Friday, Feb. 4th support NYU queer groups protesting discriminatory

military recruiters on NYU campus.

JAG is coming this week. And next week. Despite the Third
                              Page 1

SLDN-000011

902-03-02-05-071_full_text

Circuit's ruling that the Solomon Amendment is unconstitutional, an injunction has not yet been issued. Until one is issued, NYU will continue to abide by the Solomon Amendment's requirement that JAG recruiters be granted access for recruiting purposes.

JAG will be here on Friday, Feb. 4th for OCI. We will be protesting in the Furman lobby on Friday morning.

JAG will also be here for the Public Interest Symposium on February 10th. We will have an amelioration panel that day at 12:45. Look for the details soon. In addition, we're having a protest that day. The details have yet to be worked out, as the protest may involve OUTLaws from other schools participating in the symposium.

End of Quoted Extract.

Source:                    ████████ SOURCE IS RELIABLE.                    ICE (b)(2)(0) (b)(7)(C)

Country:        United States (US)/USNORTHCOM

Address:        New York, NY 10012

GeoCoords:      Latitude: 40.704234; Longitude: -73.917927

Persons Involved:        N/A

Coordinating Agencies:    ████████████████████████████    ICE (b)(2)(0) (b)(7)(C)

Agent Notes:        1. The term (OUTLaws) is not defined in the posting. The ████ is concerned this is a security issue. Specifically, the term (OUTLaws) is a ███████ded way of saying itιs all right to commit possible violence and serve as (vigilantes) during the symposium. Therefore, it is possible that physical harm or vandalism could occur at this event.

2. The term NYU appears to be New York University and NYC is New York City. The term OCI is unknown. Per an open source search of the Internet at www.law.nyu.edu. Furman Hall is the location of the New York University School of Law, address: 245 Sullivan Street, New York, NY. The Law School Calendar also located at the same website states a symposium is scheduled from 0900 ¿ 1700, 10 Feb 2005 at 30 Washington Square South, New York, NY 10012.

3. The Internet posting does not state which military service (Army, Navy or Air Force) JAG recruiters will be present at NYU campus.

Updates:        1.        received 2/2/2005 6:12:46 PM

Per a US Army Counterintelligence Agent and based on additional research from the original source, the term 'OUTLaws' may refer to members of the gay community that are now 'out' in the open that are studying at law schools. However, per the original source there is almost nothing about the term 'OUTLaws' available with conventional Internet search engines. It is not clear, if this is an organized group or if it is a term for gay law students. However, the source believes there is still a potential for confrontation at NYU.        Page 2

902-03-02-03-071_full_text

UNCLASSIFIED//FOUO
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS BRIEFED LOCALLY: Persons Involved:              N/A

Coordinating Agencies:
COMMENTS: Agent Notes:

ICE
(b)(2)(D)
(b)(2)(E)

1. The term ,OUTlaws; is not defined in the posting.
concerned this is a security issue. Specifically, the term ,OUTlaws; is a roundabout
way of saying it;s all right to commit possible violence and serve as ,vigilantes,
during the symposium. Therefore, it is possible that physical harm or vandalism
could occur at this event.

2. The term NYU appears to be New York University and NYC is New York City. The term
OCZ is unknown. Per an open source search of the Internet at www.law.nyu.edu, Furman
Hall is the location of the New York University School of Law, address: 245 Sullivan
Street, New York, NY. The Law School Calendar also located at the same website
states a symposium is scheduled from 0900 ¿ 1700, 18 Feb 2005 at 30 Washington
Square South, New York, NY 10012.

3. The Internet posting does not state which military service (Army, Navy or Air
Force) JAG recruiters will be present at NYU campus.


updates:        1.      received 2/2/2005 6:12:46 PM

Per a US Army Counterintelligence Agent and based on additional research from the
original source, the term 'OUTlaws' may refer to members of the gay community that
are now 'out' in the open that are studying at law schools. However, per the
original source there is almost nothing about the term 'OUTlaws' available with
conventional Internet search engines. It is not clear, if this is an organized group
or if it is a term for gay law students. However, the source believes there is still
a potential for confrontation at NYU.
INCIDENT ADDRESS: United States (US)/USNORTHCOM

New York, NY  10012

Latitude: 40.704234; Longitude: -73.917927
INCIDENT CITY: New York
INCIDENT STATE: NY
INCIDENT ZIP CODE: 10012
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 40.7042350789043
INCIDENT LONGITUDE: -73.9179304050273
INCIDENT UTM: Northing: 4506488.04 Easting: 591410.40 Zone: 18T
INCIDENT DATE/TIME: 04-FEB-05

Page 3

SLDN-000013

902-21-04-05-358_full_text.txt

UNCLASSIFIED//FOUO

TALON REPORT 902-21-04-05-358

21-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-21-04-05-358
REPORT DATE: 2005-04-21
CLASSIFICATION: unclassified//FOUO
INCIDENT TYPE: Specific Threats
STATUS: Closed/Unresolved
CONTAINS US PERSON INFO:  No
FROM: 902D MI GP
SUBJECT: Direct Action Planned Against Recruiters at University of California at ICE
Berkeley                                                                    (b)(7)(D)
SOURCE:                         SOURCE IS RELIABLE.
SUMMARY: Direct Action Planned Against Recruiters at University of California at  (b)(2)(E)
Berkeley
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902dMI-20-04-05-010

Agent:                  ICE (b)(6)(c), (b)(7)(D)

Phone:                  ICE (b)(2) +(b)(7)(c)

Report Date:    20 APR 05

Acquisition Date:      20 APR 05

Incident Date:  21 APR 05

Incident Type:  Phone/Voice/email Threats

Status: Closed/Unresolved

From:   902nd MI Grp/Atlanta JTTF

Subject:        Direct Action Planned Against Recruiters at University of California
at Berkeley                                                                     ICE
                                                                               (b)(6)(c)
Details:        Source received an e-mail from e-mail address:
The e-mail was sent on Monday, April 18, 2005 with a Subject Line of; '4/21: Direct
Action Against Military Recruitment at UCB.' The protest is scheduled at 1030, 21
Apr 05 at Fountain on Sproul Plaza, UC Berkeley with the recruiters located at the
Career Fair at the MLK Student Center. The text of the e-mail follows:

Quote--

"Protest Against Military Recruiters"

WHEN: Thursday, April 21st * 10:30 am

WHERE: The Fountain on Sproul Plaza, UC Berkeley

Page 1

*Attach # Tab B*

SLDN-000014

MAR-23-2006 16:38 From:                               To:2029271025                P.15/16

902-21-04-05-358_full_text.txt

Counter Recruitment has become a national issue, and it's working. Between these efforts and widespread anger about the war, all branches of the United States military have seen drastic drops in their recruitment rates. In February, the Army missed its recruiting goal for the first time in nearly five years, and it missed its March goal by 32 percent. The Army Reserve is 10 percent behind their year-to-date recruiting target and the National Guard is 26 percent short, while the need for soldiers is on the rise. Counter Recruitment has proven to be an effective tool in actually hindering the military's ability to carry out this immoral and unjust war, and Berkeley Stop the War Coalition has been working to bring the Counter Recruitment movement to UC Berkeley's campus.

Recently, the Associated Students at the University of California (ASUC) passed a resolution that argued that military recruiters (who refuse to recruit gays and lesbians) violate the University of California's anti-discrimination policy and therefore should not be allowed access to ASUC facilities (SB 107). Still, military recruiters have announced their intention to show up at the Career Fair in the MLK student union. We have to build the biggest protest possible to let them know that we won't stand for the military's discriminatory policies and that we oppose the war on Iraq that they are recruiting for. Join a growing movement of schools that are taking a stand against military recruitment on campuses!

COME THE LAST PLANNING MEETING & CIVIL DISOBEDIANCE TEACH-IN FOR THE PROTEST WEDNESDAY APRIL 20th, 225 WHEELER @ 7pm

SPONSORED BY: Berkeley Stop the War Coalition, member of the Campus Anti-war Network (CAN)

WEBSITES AND CONTACT INFO:

http://groups.yahoo.com/group/ucbstopthewar/

www.campusantiwar.net

Contact: ucbstopthewar@hotmail.com, or Daniel at 510-708-6803 and

dsaver@berkeley.edu

End Quote--

Source:                                                                    ICE
                                                                           (b)(7)(C)
                                                                           (b)(7)(E)

Country:        United States (US)/USNORTHCOM

Address:        Berkeley, CA

GeoCoords:      Latitude: 37.871775; Longitude: -122.274603

Persons Involved:   N/A                         ICE
                                                (b)(7)(E)
Coordinating Agencies:

Agent Notes:    1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. There is a strong potential for a confrontation at this protest given the strong support for anti-war protests and movements in the past.

3. The fact the protest is in a different location from the recruiters does not mean anything. Protester tactics have included using mass text paging to inform others of the location of the recruiters. Also, protesters have used diversions to bypass security personnel to get into events to conduct protests.

                                    Page 2

SLDN-000015

902-21-04-05-358_full_text.txt

Updates:        N/A

UNCLASSIFIED//FOUO                                          DCE (b)(7)(D),
ASSOCIATED COUNTRIES: UNITED STATES (US)                          (b)(2)(E)
PERSONS ENTERED (LOCALLY):
COMMENTS:        1. This information was from an e-mail sent over the
Internet. The source made no effort to validate the credibility of the information.
The source shared the information solely for informational purposes.

2. There is a strong potential for a confrontation at this protest given the strong
support for anti-war protests and movements in the past.

3. The fact the protest is in a different location from the recruiters does not mean
anything. Protester tactics have included using mass text paging to inform others of
the location of the recruiters. Also, protesters have used diversions to bypass
security personnel to get into events to conduct protests.
INCIDENT ADDRESS: Country:        United States (US)/USNORTHCOM

Address:        Berkeley, CA

GeoCoords:        Latitude: 37.871775; Longitude: -122.274603
INCIDENT CITY: Berkeley
INCIDENT STATE: CA
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 37.8717765808105
INCIDENT LONGITUDE: -122.274597167969
INCIDENT UTM: Northing: 4191836.29 Easting: 563799.34 Zone: 10S
INCIDENT DATE/TIME: 21-APR-0
UPDATE: (1)  29-APR-05
DETAILS: 1.

    received 4/28/2005 10:51:14 AM

Source received a follow-up e-mail on 26 Apr 05 stating that 100 students showed up
to protest against US Marine recruiters, that were at the career fair. The civil
disobedience plan was called off due to the 'Berkeley adminstration' planning a
police attack against the protesters and the protesters did not want to 'walk into a
trap.' Instead, 60 Berkeley students filed into the career fair in 'sign-file' and
confronted the recruiters one at a time, challenging their anti-gay policies and the
war in Iraq. This action took over an hour and effectively shut down the Marine's
operation for most of the day.

Page 3

SLDN-000016