# Exhibit 2

**Plaintiff's Motion for Leave to File Supplemental Declaration,** *Servicemembers Legal Defense Network v. Dep't of Defense*, **Civil Action No. 06-200 (RMC)**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-200 (RMC) |
| DEPARTMENT OF DEFENSE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

With the Court having considered Plaintiff's Motion for Leave to File Supplemental Declaration, it is hereby

**ORDERED**, that the motion is **GRANTED**; and it is

**FURTHER ORDERED**, that Plaintiff shall be granted permission to file a supplemental declaration in support of its Motion for a Preliminary Injunction [Dkt. #4].

**SO ORDERED**, this ___ day of April, 2006.

BY: _____
United States District Judge

Copies To:   Christopher Wolf
James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533
cwolf@proskauer.com
jsegroves@proskauer.com

*Attorneys of Record for Plaintiff*
*Servicemembers Legal Defense Network*

Rupa Bhattacharyya, Senior Trial Counsel
Samuel C. Kaplan, Trial Attorney
Federal Programs Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Rupa.Bhattacharyya@usdoj.gov
Samuel.Kaplan@usdoj.gov

*Attorneys of Record for Defendants*
*Department of Defense and Department of Justice*

Ada Meloy
NEW YORK UNIVERSITY
70 Washington Square South
New York, NY 10012
ada.meloy@nyu.edu

Steven J. Routh
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, NW
Washington, DC 20004-1109
sjrouth@hhlaw.com

*Attorneys of Record for Amicus Curiae*
*New York University School of Law*