**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-200 (RMC) |
| DEPARTMENT OF DEFENSE, *et al.*, | ) | |
| Defendants. | ) | |

**MOTION OF NEW YORK UNIVERSITY SCHOOL OF LAW TO FILE SUPPLEMENTAL DECLARATION OF ADA MELOY AS ATTACHMENT TO ITS *AMICUS CURIAE* BRIEF**

Pursuant to Local Rule 65.1(c), Amicus New York University School of Law ("NYU SOL"), by and through its undersigned counsel, respectfully moves this Court for leave to file the attached supplemental declaration for attachment to its *amicus curiae* brief. NYU SOL believes that the court would benefit from information regarding factual developments subsequent to the filing of the original brief. A copy of the proposed supplemental declaration is attached as Exhibit 1. A proposed order is attached as Exhibit 2.

Pursuant to Local Rule 7(m), counsel for NYU SOL conferred with counsel for the parties via telephone on April 17, 2006. Counsel for Plaintiff indicated that Plaintiff do not oppose the relief requested in the instant motion. Counsel for Defendants, Samuel Kaplan, indicated that Defendants do not oppose the filing, but note that NYU's request is not the subject of this lawsuit, and that the Department of Defense sent a response to NYU's Freedom of Information Act request on April 11, 2006.

Dated: April 17, 2006

Respectfully submitted,

HOGAN & HARTSON L.L.P.

By: Steven J Routh

Steven J. Routh

555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Ph: (202) 637-6472
Fax: (202) 637-5910
sjrouth@hhlaw.com

*Attorney for Amicus Curiae*
*New York University School of Law*

OF COUNSEL:

Ada Meloy
Attorney for New York University School of Law
70 Washington Square South
New York, NY 10012
(212) 998-2258
(212) 995-3048 (fax)
ada.meloy@nyu.edu

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2006, a true and correct copy of the foregoing Motion of New York University to School of Law to File Supplemental Declaration in Support of its Amicus Curiae Brief and all exhibits thereto was served on the following by electronic filing through the ECF system:

Christopher Wolf
James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533
202.416.6800
202.416.6899 (fax)
cwolf@proskauer.com
jsegroves@proskauer.com

*Attorneys of Record for Plaintiff*
*Servicemembers Legal Defense Network*

and

Rupa Bhattacharyya, Senior Trial Counsel
Samuel Kaplan, Trial Attorney
Federal Programs Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., N.W., Room 7338
Washington, D.C. 20001
202.514.3146
202.318.7593 (fax)
Rupa.Bhattacharyya@usdoj.gov
Samuel.Kaplan@usdoj.gov

*Attorney of Record for Defendants*
*Department of Defense and Department of Justice*

Steven J Routh/b

Steven J. Routh