UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL<br>DEFENSE NETWORK,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-200 (RMC)<br>)<br>)<br>)<br>) |

## ORDER

With the Court having considered the Motion of New York University School of Law to File Supplemental Declaration as an Attachment to its Amicus Curiae Brief, it is hereby

**ORDERED**, that the motion is **GRANTED**; and it is

**FURTHER ORDERED**, that New York University School of Law shall be granted leave to file a supplemental declaration in support of its amicus brief.

**SO ORDERED**, this ___ day of _____, 2006.


BY: _____
United States District Judge

Copies To:

Steven J. Routh
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Ph: (202) 637-6472
Fax: (202) 637-5910
sjrouth@hhlaw.com

*Attorney for Amicus Curiae New York University School of Law*

1

\\\DC - 71705/0300 - 2283088 v1

Christopher Wolf
James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533

*Attorneys of Record for Plaintiff*
*Servicemembers Legal Defense Network*

Rupa Bhattacharyya
Samuel C. Kaplan
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 7338
Washington, D.C. 20001

*Attorney of Record for Defendants*
*Department of Defense and Department of Justice*