IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK,<br><br>  Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>  Defendants. | Civil Action No. 06-200 (RMC) |

## DECLARATION OF ADA MELOY

I, ADA MELOY, depose and say as follows:

1. I am Deputy General Counsel of New York University and I am appearing Pro Hac Vice as counsel for amicus curiae New York University School of Law ("NYU SOL"). I submit this Declaration to advise the Court of events occurring after the submission of the Motion to File Brief as Amicus Curiae on March 29, 2006.

2. At the time the Amicus Curiae submissions were prepared, as stated in the NYU SOL Amicus Brief and the accompanying affidavit of Vice Dean Clayton Gillette, a recruiting visit was planned at the NYU SOL by the Navy recruiter for April 19, 2006. Subsequent to the filings, the NYU SOL was advised that the Navy recruiter decided to cancel the visit as no students had signed up for the interview sessions.

3. I also wish to advise the Court that as of April 14, 2006, when this declaration was prepared, NYU SOL had not received any response to the Freedom of Information Act request dated March 28, 2006, addressed to the defendant Department of Defense annexed to the

Gillette affidavit. NYU SOL and its affected students continue to believe that expedited processing of the request and the entry of a preliminary injunction in this action are warranted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2006

                                                                   */s/ Ada Meloy*
                                                                        Ada Meloy