UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 06-200 (RMC) |
| DEPARTMENT OF DEFENSE AND DEPARTMENT OF JUSTICE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For the reasons stated on the record at the hearing in this matter on April 19, 2006, it is hereby

**ORDERED** that the Plaintiff's motion for preliminary injunction [Dkt. #4] is **DENIED as moot**; and it is

**FURTHER ORDERED** that Plaintiff's request for a fee waiver is denied without prejudice; and it is

**FURTHER NOTED** that the parties have agreed to the following:

1) The Defense Intelligence Agency, a component of the Department of Defense, shall respond to Plaintiff's FOIA request on or before April 27, 2006, setting forth the search results of its eight taskers and indicating the date by which its ninth tasker will respond to the FOIA request.

2) The remainder of the Department of Defense and its components will respond

to Plaintiff's FOIA requests on or before May 4, 2006.

3) The Department of Justice and its components will respond to Plaintiff's FOIA request on or before May 11, 2006, indicating which searches have been completed and which are ongoing; and it is

**FURTHER ORDERED** that Defendants shall file a motion for summary judgment on or before June 5, 2006; Plaintiff shall file a response on or before July 5, 2006; Defendants may file a reply on or before July 19, 2006.

**SO ORDERED.**


Date: April 20, 2006                     _____/s/_____
                                         ROSEMARY M. COLLYER
                                         United States District Judge