UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
SERVICEMEMBERS LEGAL DEFENSE                        )
NETWORK,                                            )
                                                    )
                Plaintiff,                          )
                                                    )
        v.                                          )          06-cv-200 (RMC)
                                                    )
DEPARTMENT OF DEFENSE,                              )
*et al.*                                            )
                                                    )
                Defendants.                         )
_____)

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT**

In accordance with Fed. R. Civ. P. 6(b), defendants the Department of Defense ("DOD")

and the Department of Justice ("DOJ") respectfully request a three-week extension of the

deadlines previously set by the Court for submitting their motion for summary judgment.  The

proposed new dates would be:

        June 26, 2006 - Due date for defendants' motion for summary judgment

        July 26, 2006 - Due date for plaintiff's opposition

        August 9, 2006 - Due date for defendants' reply brief

This is the first extension that defendants have requested with respect to the summary judgment

deadline; the Court previously granted defendants an extension of time to oppose plaintiff's

motion for preliminary injunction.  Counsel for plaintiff has informed counsel for defendants that

plaintiff does not oppose this motion.  This motion is made for good cause as set forth below.

At the April 19, 2006, hearing on plaintiff's motion for preliminary injunction, the Court set a deadline of June 5, 2006, for defendants to file a motion for summary judgment in this case. The requested extension is justified because of the need to coordinate with various agency components to prepare declarations for defendants' motion.  In addition, a recent exchange of correspondence between the parties regarding the scope of plaintiff's FOIA request led to the discovery of additional documents that must be reviewed by agencies that are not defendants in this action.  The requested extension is also justified by familial obligations that undersigned counsel will have during the month of June and because of the press of litigation in other cases in which undersigned counsel is lead counsel.  For the month of June, these responsibilities include an opposition to motion for preliminary injunction, a motion for summary judgment, and preparation for the hearing on the motion for preliminary injunction, as well as various other responsibilities in other cases.  The requested extension will also give the parties additional time to discuss the possibility of narrowing the issues that will have to be decided on summary judgment.  Accordingly, defendants respectfully request that the motion be granted.

Dated: May 22, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


/s/
SAMUEL C. KAPLAN (D.C. Bar No. 463350)

2

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Rm. 7302
Washington, D.C.  20044
(202) 514-4686 phone
(202) 616-8202 fax
samuel.kaplan@usdoj.gov
Attorneys for Defendants