UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
SERVICEMEMBERS LEGAL DEFENSE  )
NETWORK,                                    )
                                              )
        Plaintiff,                        )
                                              )
        v.                              )         06-cv-200 (RMC)
                                              )
DEPARTMENT OF DEFENSE,           )
*et al.*                                         )
                                              )
        Defendants.                   )
_____)

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT**

In accordance with Fed. R. Civ. P. 6(b), defendants the Department of Defense ("DOD") and the Department of Justice ("DOJ") respectfully request a two-day extension of the deadlines previously set by the Court for submitting their motion for summary judgment. The proposed new dates would be:

        June 28, 2006 - Due date for defendants' motion for summary judgment

        July 28, 2006 - Due date for plaintiff's opposition

        August 11, 2006 - Due date for defendants' reply brief

This is the second extension that defendants have requested with respect to the summary judgment deadline. Counsel for plaintiff has informed counsel for defendants that plaintiff does not oppose this motion. This motion is made for good cause as set forth below.

At the April 19, 2006, hearing on plaintiff's motion for preliminary injunction, the Court set a deadline of June 5, 2006, for defendants to file a motion for summary judgment in this case.

The Court granted an extension until June 26th. The requested extension is justified because of complications in coordinating with various agencies caused by the recent flooding in the Washington, D.C. area. In addition, granting the extension could result in the narrowing of the issues to be decided by the Court inasmuch as it will afford additional time for counsel to resolve issues that could result in the release of previously redacted information. The submission of this motion so close to the deadline for submitting defendants' motion results from counsel's efforts to submit this brief today and the fact that it only become apparent in the last 30 minutes that it would not be possible to do so. Accordingly, defendants respectfully request that the motion be granted.

Dated: June 26, 2006                                    Respectfully submitted,

                                                        PETER D. KEISLER
                                                        Assistant Attorney General

                                                        KENNETH L. WAINSTEIN
                                                        United States Attorney

                                                        ELIZABETH J. SHAPIRO
                                                        Assistant Branch Director


                                                        /s/_____
                                                        SAMUEL C. KAPLAN (D.C. Bar No. 463350)
                                                        Trial Attorney
                                                        United States Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        P.O. Box 883, Rm. 7302
                                                        Washington, D.C. 20044
                                                        (202) 514-4686 phone
                                                        (202) 616-8202 fax
                                                        samuel.kaplan@usdoj.gov
                                                        Attorneys for Defendants