UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) 06-cv-200 (RMC) |
| DEPARTMENT OF DEFENSE, *et al.* | )<br>)<br>) |
| Defendants. | )<br>) |

**[PROPOSED] ORDER**

The Court, having considered defendants' unopposed motion for extension of time to file defendants' motion for summary judgment hereby GRANTS defendants' motion. Defendants shall have until on or before June 28, 2006, to file defendants' motion. Plaintiff shall file its opposition on or before July 28, 2006, and defendants shall file their reply on or before August 11, 2006.

IT IS SO ORDERED, this ___ day of _____, 2006.

_____
United States District Judge