UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
SERVICEMEMBERS LEGAL DEFENSE            )
NETWORK,                                )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        06-cv-200 (RMC)
                                        )
DEPARTMENT OF DEFENSE,                  )
*et al.*                                )
                                        )
            Defendants.                 )
_____ )

**<u>PROPOSED ORDER</u>**

Upon consideration of the motion for summary judgment of defendants the United States

Department of Justice and United States Department of Defense, it is this ___ day of _____,

2006, hereby ORDERED that the motion is GRANTED.

_____
Rosemary M. Collyer
United States District Judge