# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERVICEMEMBERS' LEGAL DEFENSE )
NETWORK, )
)
        Complainant, )
) Civil Action No. 1:06CV00200
vs. ) Honorable Rosemary M. Collyer
)
DEPARTMENT OF DEFENSE and )
DEPARTMENT OF JUSTICE, )
)
        Agency. )
)
                               )

SECOND DECLARATION OF BRIAN S. KINSEY
CHIEF OF THE FREEDOM OF INFORMATION ACT STAFF
DEFENSE INTELLIGENCE AGENCY

I, Brian S. Kinsey, do hereby declare under the penalties of perjury that the following is true and correct. This declaration is made in support of the government's Motion for Summary Judgment in this civil action. Information is provided regarding Defense Intelligence Agency's (DIA or Agency) efforts to locate documents responsive to Plaintiff's request for information concerning the alleged surveillance of its members and those of other U.S. organizations with similar missions.

1. I am the Chief of the Freedom of Information Act Staff for the Defense Intelligence Agency ("DIA" or "Agency"). I have served as the Chief of the Freedom of Information Act (FOIA) Staff since October 2004, and before that as an administrative officer processing FOIA requests at DIA since May 1992. Prior to assuming my current

1

position, I worked directly for Mr. Robert Richardson who previously held the same position. I replaced Mr. Richardson when he left DIA.

2. As Chief of the Freedom of Information Act Staff, I supervise the staff that receives, processes and responds to requests for DIA records under the FOIA and the Privacy Act, and I am the initial denial authority for this Agency. For new FOIA or Privacy Act requests, the FOIA office Staff Assistant, under my direction, sends out an internal tasker to Directorates determined by me to be potential repositories of responsive documents, to search for, copy, and provide me any responsive documents located by their search. They forward any potentially responsive records located to my office to determine whether responsive records should be withheld under any applicable statutory FOIA or Privacy Act exemptions. The activities of my office are governed by the Department of Defense, "DoD Freedom of Information Act Program Regulation," found at 32 CFR Part 286, as supplemented by the "Defense Intelligence Agency (DIA) Freedom of Information Act," regulation found at 32 CFR Part 292. In the course of my official duties at DIA, I have become personally familiar with the Servicemembers' Legal Defense Network's (hereinafter, Plaintiff) request.

3. The statements made herein are based upon my personal knowledge upon information made available to me in my official capacity and upon determination made by me in accordance therewith.

4. Based on the substance of Plaintiff's request, our office determined that four DIA Directorates would potentially have documents responsive to Plaintiff's request. They are: the Directorate for Administration, Directorate for Information Management, Directorate for Human Capital, and Directorate for Human Intelligence. Our office tasked each of these Directorates to conduct a comprehensive search of their files for potentially responsive documents based on their respective roles in the intelligence collection, analysis and dissemination mission of DIA. All responses to the taskings were negative, and no responsive documents have been discovered.

5. Searches were separately conducted of the Directorate for Information Management's Analytic Support Division databases likely to contain responsive documents. DIA personnel under the Chief of the Analytic Support Division searched DIA's repository for intelligence reports and electronic message traffic using a "Boolean" method that displayed results matching any individual search term or combination of terms and keywords provided. The repository contains documents and electronic message traffic dated 1987 to the present.

6. Searches were conducted of the DIA repository using the following TERM STRINGS with keyword modifications to each search:

    Search 1) surveillance polici *or procedure* or manual* LGBT; DIA or

        defense intelligence agency

    Search 2) gay; military; monitor or policy

    Search 3) lesbians; gay; bisexuals; transgender

Keywords used: LGBT: servicemembers legal defense network: SLDN; don't ask, don't tell.

No responsive records were discovered.

7. Searches were also conduced of the DIA repository using the following search TERMS:

Search 1) LGBT organization*: communication*

Search 2) LGBT organization*: university of california, santa cruz

Search 3) SLDN or servicemembers legal defense network: meet* talon or threat and local observation notice report

Search 4) don't ask and don't tell: meet*.

No responsive records were discovered.

8. An additional, broader search was conducted of the DIA repository using the following search terms:

Search 1) homosexual; gay; lesbian; university of california; new york university; don't ask don't tell.

No responsive records were discovered.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of June 2006.

*Brian S. Kinsey*
Brian S. Kinsey

4