# EXHIBIT 5

**PROSKAUER ROSE LLP**

1001 Pennsylvania Avenue, NW
Suite 400 South
Washington DC  20004-2533
Telephone 202.416.6800
Fax 202.416.6899

NEW YORK
LOS ANGELES
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

James F. Segroves
Attorney at Law

Direct Dial 202.416.6871
jsegroves@proskauer.com

May 13, 2006

<u>**Via E-mail (Samuel.Kaplan@usdoj.gov)**</u>

Samuel C. Kaplan
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 7302
Washington, D.C. 20001

Re:   Servicemembers Legal Defense Network v. Department
      <u>of Defense, et al.</u>, Civil Action No. 06-200 (RMC) (D.D.C.)

Dear Mr. Kaplan:

By letter dated May 1, 2006, the Department of Defense Office of Freedom of Information ("DOD-OFOI") reported that it had completed its search for documents responsive to the January 5, 2006 Freedom of Information Act request submitted by the Servicemembers Legal Defense Network ("SLDN"). Because evidence suggests there are additional documents responsive to SLDN's request that have not yet been produced, I am writing to confirm that DOD-OFOI has in fact conducted a search reasonably calculated to uncover all relevant documents.

As you may remember, item II.1.D of SLDN's request asked for "[a]ny and all documents concerning DOD's surveillance of meetings involving LGBT organizations, which include the following: (i) a February 2005 protest at New York University involving the LGBT organization known as 'OUTlaw'; and (ii) an April 2005 demonstration at the University of California-Santa Cruz." SLDN's FOIA request defined "LGBT organizations" as "organizations representing the interests of lesbians, gay men, bisexuals and/or transgendered people." SLDN provided two specific examples in its FOIA request because press reports at the time indicated that information regarding these particular protests had been retained in DOD's Threat and Local Observation Notice ("TALON") database. More specifically, MSNBC.com had posted what purported to be an eight-page excerpt from a DOD spreadsheet listing recent additions to the TALON database.

PROSKAUER ROSE LLP

Samuel C. Kaplan
May 13, 2006
Page 2

*See* Lisa Meyers et al., *Is the Pentagon spying on Americans?*, MSNBC.com, Dec. 14, 2005, http://msnbc.msn.com/id/10454316 [copy attached as Exhibit 3 to Pl.'s Mot. for Prelim. Inj.].

By cover letter dated April 3, 2006, DOD-OFOI produced three, three-page TALON reports responsive to SLDN's FOIA request. In addition to producing TALON reports related to the specific protests listed in SLDN's FOIA request, DOD-OFOI produced one TALON report related to a protest on the campus of the University of California at Berkeley. To date, however, we have received no additional TALON reports, which is particularly troubling given that the eight-page excerpt posted on MSNBC.com suggests that TALON reports exist for several additional protests against military recruiters that may very well be responsive to SLDN's FOIA request. In particular, the excerpt listed two separate protests at the University at Albany, one of which occurred in March of 2005, the other in April of that same year.

Even if the database excerpt did not list additional protests, both the relative age of the TALON database and DOD's recent admission that hundreds of TALON reports were improperly retained suggest the existence of additional documents responsive to SLDN's FOIA request. For example, other documents produced in response to SLDN's FOIA request indicate that the TALON reporting system was first created in May of 2003. *See, e.g.*, Memorandum from Paul Wolfowitz, Deputy Secretary of Defense, to Secretaries of the Military Departments, *et al.* (May 3, 2003). However, all three TALON reports provided to SLDN date from 2005. Is it DOD-OFOI's position that no TALON reports related to LGBT organizations were created in 2003 or 2004? Moreover, following an internal review, DOD recently admitted that at least 260 TALON reports were improperly retained in the TALON database. *See* Will Dunham (Reuters), *Pentagon says improper data in security database* (Apr. 5, 2006) [copy attached]. Is it DOD-OFOI's position that only three of these reports related to LGBT organizations?

I need not remind you that in moving for summary judgment, DOD will have the burden of proving that it conducted a search reasonably calculated to uncover *all* documents responsive to SLDN's FOIA request. While we greatly appreciate receiving the documents provided to us thus far, we expect that DOD will comply *fully* with its obligations under FOIA.

Sincerely,

*/s/ James F. Segroves*

James F. Segroves

cc: C. Dixon Osburn (*via e-mail*)
    Christopher Wolf (*via e-mail*)

**REUTERS AlertNet**
**FOUNDATION**
Alerting humanitarians to emergencies

About AlertNet | Why join AlertNet? | Help

Print

# Pentagon says improper data in security database

05 Apr 2006 20:36:56 GMT
**Source: Reuters**

Printable view | Email this article | RSS

[-] Text [+]

**BACKGROUND**
Namibia food crisis
Chechnya war
S. African hunger
Burundi hunger
Eritrea hunger

More

(Adds details)

By Will Dunham

WASHINGTON, April 5 (Reuters) - The Pentagon said on Wednesday a review launched after revelations that it had collected data on U.S. peace activists found that roughly 260 entries in a classified database of possible terrorist threats should not have been kept there.

But the review reaffirmed the value of the so-called Talon reporting system on potential threats to Pentagon personnel or facilities by international terrorists, said Bryan Whitman, a senior Pentagon spokesman. He said the Pentagon was putting in place new safeguards and oversight intended to prevent improper information from going in the database.

Whitman said "less than 2 percent" of the more than 13,000 database entries provided through the Talon system "should not have been there or should have been removed at a certain point in time."

Whitman disputed critics' assertions that the program amounted to Pentagon domestic spying, although he declined to state the nature of these entries or the people they involved, saying the database's contents are classified. Whitman stressed that to be properly placed in the database, a threat must have a suspected link to international terrorism.

Under the Talon system, Defense Department civilian and military personnel are asked to report on activities they deem suspicious. These reports go in the Cornerstone database, handled by a Pentagon agency called the Counterintelligence Field Activity, or CIFA.

The review was ordered in December by Stephen Cambone, under secretary of defense for intelligence, after revelations that the database included information on U.S. citizens including peace activists and others who did not represent a genuine security threat.

'SUSPICIOUS'

NBC News and defense analyst William Arkin disclosed at the time a sample of the database containing reports of 1,519 "suspicious incidents" between July 2004 and May 2005, including activities by antiwar and anti-military protesters.

This included a military intelligence unit monitoring a Quaker meeting in Lake Worth, Florida, on plans to protest military recruiting in high schools.

The Pentagon is legally restricted in the types of information it can gather about activities and individuals inside the United States.

A memo from Deputy Defense Secretary Gordon England said the Talon system "has detected international terrorist interest in specific military bases and has led to and supported counterterrorism investigations." It called the data "unfiltered and non-validated potential threat information."

Whitman said data reported through Talon could be turned over the FBI or local law enforcement.

The Pentagon said it will conduct annual oversight reviews of the Talon program, designate supervisors to review each Talon report before submission to the database, and direct CIFA to review submissions to ensure they are proper.

Whitman said he did not know if the Pentagon had disciplined anyone for putting improper information in the database, but was "not aware of any malicious or deliberate attempts" to use the Talon system against a specific person or group.

Some critics have noted similarities in the Pentagon's activities during the Iraq War and those of the Vietnam War period, when it spied on antiwar activists.

"If the Pentagon has been collecting information improperly on Americans, it should provide a full accounting of what kind of information it collected, on whom and why, subject only perhaps to protecting the privacy of individuals," said Kate Martin, director of the Center for National Security Studies, a civil liberties group interested in government surveillance.

AlertNet news is provided by  **REUTERS**

© 1998-2006 Reuters Limited. All rights reserved. Republication or redistribution of Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Reuters. Reuters shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.