# EXHIBIT 6



U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044

Samuel C. Kaplan  
Trial Attorney

Tel: (202) 514-4686  
Fax: (202) 616-8202

May 17, 2006

**VIA E-MAIL**

James F. Segroves, Esq.
Proskauer Rose LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004-2533

Dear James:

    I write in response to your letter of May 13, 2006, which addresses the response of the Department of Defense ("DOD") to the FOIA request that is the subject of litigation in *Servicemembers Legal Defense Network v. Dep't of Defense, et al.*, No. 06-200 (D.D.C.). In your letter, you assert that "evidence suggests that there are additional documents responsive to SLDN's request that have not yet been produced," and state that you are writing to confirm that DOD has "conducted a search reasonably calculated to uncover all relevant documents." In particular, based on MSNBC.com's posting of an excerpt purportedly listing additions to the TALON database, your letter questions whether all responsive documents have been produced that are responsive to your request for documents related to "surveillance of meetings involving LGBT" – *i.e.*, lesbian, gay, bisexual, and transgender – "organizations." According to your letter, the MSNBC list "suggests that TALON reports exist for several additional protests against military recruiters" that "may very well" be responsive to plaintiff's request. "In particular," you state, "the excerpt listed two separate protests at the University of Albany, one of which occurred in March of 2005, the other in April of that same year."

    DOD has conducted a search reasonably calculated to uncover all documents responsive to your request. As an initial matter, your request does not call for all TALON reports that reference LGBT organizations. Instead, as you note, the request seeks documents related to "surveillance" of the meetings or communications of LGBT groups. TALON reports in no way reflect "surveillance" of meetings or communications, within any reasonable understanding of the word "surveillance." *See, e.g.*, Webster's Ninth New Collegiate Dictionary (1990) (defining surveillance as "close watch kept over someone or something (as by a detective)"). The reports

on the UC Santa Cruz and NYU protests, for example, were not even based upon observations of the protests, but instead were based on information received via the Internet stating that the events were upcoming. Likewise, the MSNBC list to which you refer states that the report on the Albany protest preceded the actual event by several days. Further, the TALON reports that involve observations of actual public events in no way constitute keeping "close watch" on an organization.

Nonetheless, notwithstanding the inaptness of the term "surveillance" to encompass TALON reports in general, we note that DOD-OFOI released the UC Santa Cruz and NYU reports because plaintiff had specifically identified those events in its request. Your letter appears to assert that any TALON report concerning meetings or communications involving LGBT groups are responsive to SLDN's request. We disagree, but rather than require SLDN to file another FOIA request and/or spend unnecessary time and resources litigating the question, DOD is willing to treat your request as if it had called for all TALON reports related to meetings or communications involving all LGBT groups. Accordingly, CIFA has conducted a search for reports containing the following terms: "Albany," "discrimination," "discrim," "don't ask don't tell," "gay," "homosexual," "lesbian," "lgbt," and "sexual." (DOD previously searched for reports referring to the plaintiff as well as the group OUTlaws.) This search found four additional TALON reports, two of which are related to the Albany protest. These reports are currently being reviewed to determine if they contain any exempt material, and DOD-OFOI will provide a response as soon as the review is complete.

Your letter also suggests that there should be additional responsive documents because the database is three-years old and because of the number of TALON reports that were removed from the database. However, as a review of the TALON reports we have produced should make clear, TALON reports were focused not on the cause of the organization or the subject of the protest, but rather on the potential for confrontation at the protest. While it is conceivable that other reports removed from the database concerned pending events organized by LGBT organizations, DOD has no way of knowing if an organization is an LGBT organization if the report does not identify it as such or otherwise indicate that issues related to homosexuals will be the subject of the protest. The search terms identified in the previous paragraph are reasonably calculated to identify those reports that reference meetings or communications concerning LGBT organizations or issues related to homosexuals.

Should you have any questions or concerns, please do not hesitate to contact me at (202) 514-4686.

Very sincerely yours,

Samuel C. Kaplan