# EXHIBIT 7

## Kaplan, Samuel (CIV)

**From:** JSegroves@proskauer.com
**Sent:** Tuesday, June 20, 2006 5:55 PM
**To:** Kaplan, Samuel (CIV)
**Subject:** Re: SLDN

Sam, sorry for not getting back to you sooner.  Your email correctly states SLDN's position.
---------------------------
(via BlackBerry Wireless Handheld)
James F. Segroves | PROSKAUERÂ ROSEÂ LLP
1001 Pennsylvania Avenue, NW | SuiteÂ 400Â South | Washington,Â DCÂ 20004-2533 V:Â 202.416.6871 | F:Â 202.416.6899 jsegroves@proskauer.com | www.proskauer.com

-----Original Message-----
From: Samuel.Kaplan@usdoj.gov <Samuel.Kaplan@usdoj.gov>
To: Segroves, James F. <JSegroves@proskauer.com>
Sent: Tue Jun 20 11:29:56 2006
Subject: SLDN

James, I am writing to confirm our conversation of yesterday.  As I understand SLDN's position, SLDN is reserving judgment at this point as to the redacation of the "source," "coordinating agency," and "persons briefed locally" in the previously produced TALON reports (as well as in the TALON reports that you had not received as of yesterday, which will have the same redactions).  SLDN does not object to any of the other withholdings.  SLDN also is reserving judgment as to the adequacy of DOD and DOJ's searches.  Accordingly, our summary judgment motion will address the adequacy of search issue and the justification for redacting the "source," "coordinating agency," and "persons briefed locally" from the TALON reports.  Please let me know if you have any questions or concerns.  Thanks,

Sam

----------------------------------------------------------------------

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

==========================================================================