UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, ) ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF DEFENSE, ) *et al.* ) ) Defendants. ) ) | 06-cv-200 (RMC) |

**NOTICE OF SUBMISSION OF SUPPLEMENTAL DECLARATION AND SUPPLEMENT TO RULE 56.1 STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO ISSUE**

Defendant DOD hereby submits the Fourth Declaration of Will Kammer ("Fourth Kammer Dec."). As explained in defendants' motion for summary judgment, the Bureau of Immigration and Customs Enforcement determined that certain previously redacted material could be released but that the final decision as to a subset of the material had to be made by the FBI. *See* Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment ("Def. Mem.") at 11-12. The FBI subsequently determined that the information could be released, and DOD did so on July 3, 2006. *See* Fourth Kammer Dec. at ¶ 2. Accordingly, there are no contested redactions or withholdings in this litigation. *See* Def. Mem., Ex. 7.

Defendants also supplement their previously submitted Rule 56.1 Statement of Material Facts As To Which There is No Issue as follows:

24.     The FBI subsequently determined that the subset of redactions could be released. Fourth Kammer Dec. ¶ 2.  Accordingly, on July 3, 2006, both by fax and first-class mail, DOD sent SLDN revised versions of the documents that contain no redactions of the source, coordinating agencies, and persons briefed locally.  *Id*.  Plaintiff does not dispute any other redactions or withholdings.  *See* Def. Mem., Ex. 7.

> Respectfully submitted,
>
> PETER D. KEISLER
> Assistant Attorney General
>
> KENNETH L. WAINSTEIN
> United States Attorney
>
> ELIZABETH J. SHAPIRO
> Assistant Branch Director
>
> /s/
> SAMUEL C. KAPLAN (D.C. Bar No. 463350)
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> P.O. Box 883, Rm. 7302
> Washington, D.C.  20044
> (202) 514-4686 phone
> (202) 616-8202 fax
> samuel.kaplan@usdoj.gov
> Attorneys for Defendants