IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) | Case No. 1:06-CV-00200 (RMC) |
| UNITED STATES DEPARTMENT OF DEFENSE | ) ) ) ) | |
| Defendant | ) ) ) | |

---

**FOURTH DECLARATION OF WILLIAM T. KAMMER**

---

I, William T. Kammer, declare the following information to be true and correct:

1. I am the Chief, Office of Freedom of Information (OFOI), Executive Services Directorate, Washington Headquarters Services (WHS), Department of Defense (DoD), and have held that position since August 2005. I am familiar with the subject litigation. The statements made in this declaration are based on my personal knowledge and information I have received in my official capacity. The purpose of this declaration is to supplement the declaration that I submitted on June 28, 2006, concerning the processing of the January 5, 2006, Freedom of Information Act requests to the Counterintelligence Field Activity (CIFA) and to OFOI from the Servicemembers Legal Defense Network (SLDN), through its attorneys Christopher Wolf and James Segroves of Proskauer Rose, LLP.

2. In that declaration, I stated that the Bureau of Immigration and Customs Enforcement (ICE) had withdrawn its objection to previously redacted material in the various TALON reports

1

that DOD previously released to SLDN – specifically, the source, coordinating agencies, and persons briefed locally. ICE determined, however, that the FBI had to make the decision as to certain of the information, and it had not done so as of the date of my declaration. The FBI subsequently determined that the information could be released. Accordingly, on July 3, 2006, both by fax and first-class mail, OFOI sent SLDN revised versions of the documents that contain no redactions of the source, coordinating agencies, and persons briefed locally. It is my understanding that these redactions were the only ones that remained potentially at issue in this litigation.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of July 2006, in Arlington, Virginia.

*William T. Kammer*

William T. Kammer