IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 06-200 (RMC) |
| DEPARTMENT OF DEFENSE, *et al.*, | ) ) |  |
| Defendants. | ) ) ) |  |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

In accordance with Federal Rule of Civil Procedure 6(b), Plaintiff Servicemembers Legal Defense Network respectfully requests an extension of the deadline for filing its Opposition to Defendants' Motion for Summary Judgment, which deadline is currently set for July 28, 2006. This is the first deadline extension requested by Plaintiff. The proposed new deadlines would be as follows:

- August 11, 2006: deadline for Plaintiff's Opposition; and
- August 25, 2006: deadline for Defendants' Reply to Plaintiff's Opposition.

Counsel for Defendants has informed undersigned counsel for Plaintiff that Defendants do not object to the new deadlines set forth above. This motion is made for good cause, as set forth below.

The requested extension is justified because undersigned counsel for Plaintiff underwent arthroscopic hip surgery on July 21, 2006. Recovery from said surgery will

take longer than first expected and will likely necessitate undersigned counsel's absence from the office until July 28, 2006. Plaintiff has requested a two-week extension because undersigned counsel must also file a motion to dismiss during the first week of August in a case currently pending in the United States District Court for the Central District of California.

Undersigned counsel respectfully requests that the Court grant the above-requested extension. In accordance with Local Civil Rule 7(m), a proposed order granting the requested relief is attached as Exhibit 1.

Dated: July 24, 2006                    Respectfully submitted,

Christopher Wolf
(D.C. Bar No. 335885)


*/s/ James F. Segroves*
James F. Segroves
(D.C. Bar No. 480360)
Meredith C. Bailey
(D.C. Bar No. 494476)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)

*Attorneys for Plaintiff Servicemembers Legal Defense Network*