# Exhibit 1

**Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment,** *Servicemembers Legal Defense Network v. Dep't of Defense*, **Civil Action No. 06-200 (RMC)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL )<br>DEFENSE NETWORK, )<br>  )<br>Plaintiff, )<br>  )<br>v.  )<br>  )<br>DEPARTMENT OF DEFENSE, *et al.*, )<br>  )<br>Defendants. ) | Civil Action No. 06-200 (RMC) |

## ORDER

With the Court having considered Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment, it is hereby

**ORDERED**, that Plaintiff's motion is **GRANTED**; and it is further

**ORDERED**, that Plaintiff shall file its opposition on or before August 11, 2006; and it is further

**ORDERED**, that Defendants shall file their reply to Plaintiff's opposition on or before August 25, 2006.

**SO ORDERED**, this ___ day of _____, 2006.

BY: _____
United States District Judge

Copies To:   Christopher Wolf
James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South

Washington, DC 20004-2533
cwolf@proskauer.com
jsegroves@proskauer.com

*Attorneys of Record for Plaintiff*
*Servicemembers Legal Defense Network*

Rupa Bhattacharyya, Senior Trial Counsel
Samuel C. Kaplan, Trial Attorney
Federal Programs Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20001
Rupa.Bhattacharyya@usdoj.gov
Samuel.Kaplan@usdoj.gov

*Attorneys of Record for Defendants*
*Department of Defense and Department of Justice*

Ada Meloy
NEW YORK UNIVERSITY
70 Washington Square South
New York, NY 10012
ada.meloy@nyu.edu

Steven J. Routh
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, NW
Washington, DC 20004-1109
sjrouth@hhlaw.com

*Attorneys of Record for Amicus Curiae*
*New York University School of Law*

2