# EXHIBIT 1

**Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment, *Servicemembers Legal Defense Network v. Dep't of Defense*, Civil Action No. 06-200 (RMC)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| SERVICEMEMBERS LEGAL | ) | |
| DEFENSE NETWORK, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 06-200 (RMC) |
|  | ) | |
| DEPARTMENT OF DEFENSE, *et al.*, | ) | |
|  | ) | |
| Defendants. | ) | |
| _____ | ) | |

### THIRD DECLARATION OF JAMES F. SEGROVES

I, JAMES F. SEGROVES, depose and say upon personal knowledge as follows:

1.     I am over the age of twenty-one years and am otherwise competent and qualified to execute this declaration.

2.     I am an associate in the Washington, DC office of Proskauer Rose LLP.  I currently serve as co-counsel to Plaintiff Servicemembers Legal Defense Network in the above-captioned case.  The purpose of this declaration is to supplement the record in this case relative to the continued processing of Plaintiff's January 5, 2006 Freedom of Information Act ("FOIA") request by Defendant Department of Defense's Office of Freedom of Information ("DOD-OFOI").

3.     By letter dated May 1, 2006, DOD-OFOI provided Plaintiff's counsel with that agency's "final response" to Plaintiff's FOIA request.  A true and correct copy of this transmission is attached hereto as Exhibit 1.A.

4.      By cover letter dated June 15, 2006, DOD-OFOI transmitted to Plaintiff's counsel additional Threat and Local Observation and Notice reports ("TALON reports") responsive to Plaintiff's FOIA request.  A true and correct copy of this transmission is attached hereto as Exhibit 1.B.

5.      On July 3, 2006, DOD-OFOI transmitted to Plaintiff's counsel copies of all previously produced TALON reports in which the "source," "coordinating agencies" and "persons briefed locally" fields were unredacted.  A true and correct copy of this transmission is attached hereto as Exhibit 1.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2006

James F. Segroves

# EXHIBIT 1.A

**Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment, *Servicemembers Legal Defense Network v. Dep't of Defense*, Civil Action No. 06-200 (RMC)**



**DEPARTMENT OF DEFENSE**
**OFFICE OF FREEDOM OF INFORMATION**
**1155 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1155**

0 1 MAY 2006

Ref: 06-F-0713

Mr. Christopher Wolf
Proskauer Rose, LLP
1233 Twentieth Street, NW
Suite 800
Washington, DC 20036

Dear Mr. Wolf:

This is our final response to your January 5, 2006, Freedom of Information Act (FOIA) request. Our interim responses of March 20 and April 3, 2006 refer.

The Office of the Under Secretary of Defense for Intelligence has completed the processing of your request. The enclosed documents are responsive to items 8 and 9 of your request.

The Deputy General Counsel (Intelligence) has made the determination to withhold a three page document under 5 USC § 552(b)(5) as it is a confidential communication between an attorney and a client relating to a legal matter for which the client has sought professional advice. This document is also predecisional and of a deliberative nature, containing internal advice, subjective evaluations and recommendations. This document is responsive to item 4 of your request.

The name, phone number, and email addresses of a Department of Defense employee were withheld from one of the enclosed documents because the release of this information would constitute a clearly unwarranted invasion of the personal privacy of that individual. This information has been withheld pursuant to 5 U.S.C. § 552(b)(6).

No records responsive to items 1A, 1B, 1C, 1E, 2, 3, 5, 6, and 10 were located.

If you are not satisfied with this action, you may submit an administrative appeal to the Chief, FOIA Policy, Appeals and Litigation Branch, Office of Freedom of Information, 1155 Defense Pentagon, Washington, DC 20301-1155. Any such appeal should be postmarked within 60 days of the date of this letter.

Sincerely,

Will Kammer

Will Kammer
Chief

Enclosures:
As stated



INTELLIGENCE

**UNDER SECRETARY OF DEFENSE**
5000 DEFENSE PENTAGON
WASHINGTON, DC 20301-5000

DEC 19 2005

The Honorable John W. Warner
Chairman
Committee on Armed Services
United States Senate
Washington, DC 20510-6050

Dear Mr. Chairman:

An NBC Nightly News segment aired on December 13th alleging that Department of Defense (DoD) entities are collecting information on American peace activists and monitoring protests against the Iraq war. The segment highlighted entries in the Department's Threat and Local Observation Notice (TALON) reporting system. I want to provide you some context not otherwise reported in the segment.

The Department is authorized to conduct an integrated and cooperative counterintelligence (CI) and military law enforcement effort that protects its installations, property and people from threats of all kinds – both overseas and in the United States. In support of this effort, designated DoD organizations report unfiltered information provided by concerned citizens, DoD personnel charged with responsibilities for the security of DoD installations (e.g., gate guards) or other DoD personnel reporting suspicious activities. That information is merged with information from local, state and federal law enforcement and other intelligence, security and CI organizations and is used by analysts to assess potential threats to DoD interests.

TALON is the place where DoD initially stores "dots" of information which if validated, might later be connected to avert an attack before it occurs. Under existing procedures, a "dot" of information that is not validated as threatening must be removed from the TALON system in less than 90 days. If the "dot" is validated, the information is transferred to law enforcement.

I have directed that the appropriate CI and military law enforcement organizations within the Department take several actions. A thorough review of the TALON reporting system is underway to ensure full compliance with DoD



directives and U.S. laws. We will review those policies and procedures for proper application with respect to receipt and retention of information about U.S. persons. Finally, we will review the TALON database to determine whether information has been improperly used or stored in the database.

I have directed that all Department CI and intelligence personnel receive immediate refresher training concerning the laws, policies and procedures that govern the responsibilities for handling information, especially information related to U.S. persons.

My office is currently engaged in both formal and informal dialogue with members of your staff on this subject. We stand ready to answer questions you may have.

I have sent a similar letter to the Committee's Ranking Member, the Honorable Carl Levin.

Sincerely,

Stephen A. Cambone



**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

**JAN 1 3 2006**

MEMORANDUM FOR SECRETARIES OF THE MILITARY DEPARTMENTS
       CHAIRMAN OF THE JOINT CHIEFS OF STAFF
       ASSISTANT SECRETARIES OF DEFENSE
       GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
       INSPECTOR GENERAL OF THE DEPARTMENT OF DEFENSE
       DIRECTORS OF THE DEFENSE AGENCIES
       DIRECTORS OF THE DOD FIELD ACTIVITIES

SUBJECT:  Retention and Use of Information for the TALON System

The TALON reporting program was initiated in May 2003 to provide a mechanism for reporting and analyzing non-validated possible terrorist-related threat information. This initiative provides the Department with a system to permit a comprehensive analysis of potential terrorist-related threats. This program has been designed with respect for the civil liberties of our fellow citizens. Accordingly, with respect to the TALON program, I direct the following.

- All DoD intelligence and counterintelligence (CI) personnel will receive refresher training on the policies for collection, retention, dissemination and use of information related to U.S. Persons. The refresher training is to be completed by January 31, 2006. Components will notify USD(I) when that training is complete.

- The Director, Counterintelligence Field Activity will advise Under Secretary of Defense for Intelligence (USD(I)) by January 17, 2006, that all reports in the TALON database have been reviewed to identify any reports that should not be in the database.

The USD(I) has chartered a working group to review and recommend changes to policy and procedures employed in the TALON program to ensure compliance with DoD policy. The USD(I) will provide recommendations to me no later than February 15, 2006.

**OSD 00536-06**



Any questions concerning this guidance may be directed to Mr. █████████
OUSD(I), CI, Directorate, ████████████      Ext-███ NIPR: ████████████
SIPR: ████████████      Components will notify Mr. █████████
when refresher training is completed.

cc:
Assistant to the Secretary of Defense (Intelligence Oversight)

~~FOR OFFICIAL USE ONLY~~




## DEPUTY SECRETARY OF DEFENSE

### 1010 DEFENSE PENTAGON
### WASHINGTON, DC 20301-1010

May 2, 2003

MEMORANDUM FOR SECRETARIES OF THE MILITARY DEPARTMENTS
            CHAIRMAN OF THE JOINT CHIEFS OF STAFF
            UNDER SECRETARIES OF DEFENSE
            ASSISTANT SECRETARIES OF DEFENSE
            GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
            INSPECTOR GENERAL OF THE DEPARTMENT OF DEFENSE
            ASSISTANTS TO THE SECRETARY OF DEFENSE
            DIRECTORS OF THE DEFENSE AGENCIES
            DIRECTORS OF THE DOD FIELD ACTIVITIES

SUBJECT: Collection, Reporting, and Analysis of Terrorist Threats to DoD Within The
         United States

The Secretary of Defense has repeatedly underscored that the nation's war on terrorism ranks among the Department's highest national security priorities. Much has been accomplished by DoD's intelligence, counterintelligence, law enforcement, and security components to counter the terrorist threat in the wake of September 11th, 2001, however, there is more to be done. While DoD has an established process to identify, report, and analyze information regarding foreign terrorist threats, we have no formal mechanism to collect and share non-validated domestic threat information between intelligence, counterintelligence, law enforcement and force protection entities and subject that information to careful analysis for indications of foreign terrorist activity.

A new reporting mechanism, the "TALON" report, has been established to provide a means to capture non-validated domestic threat information, flow that information to analysts, and incorporate it into the DoD terrorism threat warning process. A TALON report consists of raw information reported by concerned citizens and military members regarding suspicious incidents. Information in TALON reports is non-validated, may or may not be related to an actual threat, and by its very nature may be fragmented and incomplete. The purpose of the TALON report is to document and immediately disseminate potential threat information to DoD personnel, facilities, and resources. The TALON mechanism is not designed to take the place of DoD's formal intelligence reporting process.

Therefore, I hereby direct the implementation of policies and processes, as well as the utilization of resources necessary to identify, report, share, and analyze non-validated threat information in the United States through the use of the TALON system. Effective immediately, all DoD intelligence, counterintelligence, law enforcement, and security organizations that have the mission to collect force protection and threat information shall

U05646-03

~~FOR OFFICIAL USE ONLY~~

FOR OFFICIAL USE ONLY

identify, collect, and report the following categories of information, in accordance with existing policy and law, consistent with the TALON framework established by the Joint Staff Domestic Threat Working Group (see attachment): (1) non-specific threats to DoD interests; (2) suspected surveillance of DoD facilities and personnel; (3) elicitation attempts, suspicious questioning, or other suspected intelligence collection activities focused on DoD interests; (4) tests of security; (5) unusual repetitive activity; (6) bomb threats; and (7) any other suspicious activity and incidents reasonably believed to be related to terrorist activity directed against DoD personnel, property, and activities within the United States.

I hereby direct the Secretaries of the Military Departments, the Combatant Commanders, and Agency Directors to designate those components within their respective organizations that have the mission to collect and report this information and, further, to designate a single component within their respective organizations to assume the lead for distribution of this information. Once lead components are identified, they shall be identified to both the DoD Inspector General and the Assistant to the Secretary of Defense (Intelligence Oversight).

Upon identification of such information, lead components shall produce TALON reports and provide them to appropriate local military commanders and others responsible for installation security before the information is released outside the installation. Lead components that receive TALON reports shall ensure they are provided directly to the DoD Counterintelligence Field Activity (CIFA) and to other appropriate military commanders as secondary (info) recipients as necessary. CIFA will incorporate the information into a database repository and provide full database access to the Defense Intelligence Agency, Joint Intelligence Task Force-Combating Terrorism (JITF-CT) in order to support its terrorism warning mission. The CIFA and designated "lead components" in the Military Services, Combatant Commands, and Defense Agencies are authorized to retain TALON information as necessary to conduct their analysis missions. The Under Secretary of Defense, Intelligence (USD/I) is the designated overall lead official for this matter and will, therefore, validate the need of other DoD organizations for access to this information.

This policy remains in effect until superseded or until appropriate DoD policy on this subject is published or revised.

_Paul Wolfowitz_

Attachment:
As stated

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY

**SUBJECT:** Attachment to DepSecDef Memo re: Collection, Reporting, and Analysis of Terrorist Threats to DoD Within the United States

## BACKGROUND

The TALON system is designed to report anomalies, observations that are suspicious against the steady state context, and immediate indicators of potential threats to DoD personnel and/or resources. TALON reports are raw, non-validated information, which may or may not be related to an actual threat, and by their very nature, may be fragmented and incomplete. Information contained in TALON reporting is designed for use by Commanders at all levels that have force protection responsibilities and for analysts to use to help determine the aggregate terrorist threat to DoD people and resources.

TALON reports are of a tactical nature, with rapid reporting as the goal, and may be less refined than Intelligence Information Reports (IIRs). TALON reports are designed to capture raw threat data that does not meet IIR criteria. Critical to the reports is the proper documentation of the basic interrogatories (who – ALL PEOPLE INVOLVED, what, when, where, why, and how), the source's knowledge of these, and a clear definition of facts versus opinion (source's or reporter's).

TALON reports augment but are not designed to replace standard reporting mechanisms. IIRs, information files, operational files, and substantive investigations case files and associated reports are to be documented as directed by existing policies and directives.

As a general guide, to the maximum extent possible, TALON reports should be classified at the lowest possible level to ensure maximum distribution of the information. The use of the Law Enforcement Sensitive caveat and higher classifications should be kept to a minimum.

TALON information must be swiftly briefed locally to commanders and security officials so appropriate actions can be taken before this information is released outside the installation level. TALON reports are to be sent using automated information systems or via email attachment as a word document either on the NIPRnet for unclassified reports or on SIPRnet to respective Component Headquarters. Reports will be made as soon as possible after developing the information. Respective elements in designated Components will provide the TALON reports to the DoD Counterintelligence Field Activity (CIFA) as directed in the main policy memo of this attachment. The CIFA will ensure the JITF-CT has full access to the raw, non-validated information. Designated lead Service and Agency components will have access to the TALON database.

FOR OFFICIAL USE ONLY

**TALON REPORT GUIDE**

## FOR OFFICIAL USE ONLY

## TALON Report

CAUTION: TALONs are preliminary reports on ambiguous circumstances, and may contain incompletely evaluated information. TALONs are intended to alert commanders & staff to anomalies, potential terrorist indicators, or other FP issues.

1. **DATE**: (Date report is generated).

2. **LOCATION**: Location where the incident occurred.

3. **REPORTING UNIT**: Unit submitting the report.

4. **SEQUENCE NUMBER**: Your Component generated unique number.

5. **TALON CRITERIA**: Enter one of the following:

   a. <u>Non-specific Threats</u>. Threats received by any means, which contain a specific time, location or area for an attack against US forces, facilities or missions. This includes, but is not limited to, any event or incident, or series of events or incidents, which in and of themselves may indicate the potential for a threat to US forces, facilities, or mission, regardless of whether the threat posed is deliberately targeted or collateral.

   b. <u>Surveillance</u>. Any reported possible surveillance in which an attempt to record information or to use unusual means to monitor activities is observed. Such attempts may include use of cameras (either still or video), note taking, annotated maps or drawings, hand-drawn maps or diagrams, use of binoculars or other vision enhancing devices, or any reports from host nation security forces of possible surveillance of US assets.

   c. <u>Elicitation</u>. Any attempts to obtain security-related or military-specific information by anyone who does not have the appropriate security clearance and the need-to-know. Elicitation attempts may be made by mail, fax, telephone, by computer, or in person.

FOR OFFICIAL USE ONLY

  d. Tests Of Security.  Any attempts to measure security reaction times or strengths; any attempts to test or to penetrate physical security barriers or procedures; any attempts to acquire or duplicate uniforms, badges, passes, or other security related documents.

  e. Repetitive Activities.  Any activities that meet one of the other TALON criteria and have occurred two or more times – the same activity by the same person and/or vehicle, within a 1 month period.

  f. Bomb Threats:  Communication by any means specifically threatening to use a bomb to attack against US forces, facilities or missions.

  g. Suspicious Activities/Incidents:  This category should **ONLY** be used if the TALON information **DOES NOT** meet any of the above criteria.  Any activity/incident that does not specifically fit into the aforementioned six categories yet is believed to represent a force protection threat should be reported under this category.  Examples of this include: issue resulting in the scrambling of homeland defense assets; thefts of material that could be used to manufacture false identification cards; thefts of military uniforms which may be used to gain access to a military installation, etc.

6. **RELEASABLE TO**:  Assign appropriate release information (REL to UK/CAN)

7. **CLASSIFICATION**:  Assign appropriate classification (FOUO, SECRET)

8. **CAVEAT**:  Assign appropriate caveat ((LES, NOFORN)

9. **STATUS**:  Choose Open/Unresolved, Closed/Unresolved or Closed/Resolved.

10. **ONE LINE TITLE:**  Short title identifying what the TALON is about (i.e. – Surveillance at Andrews AFB).

11. **SOURCE AND ASSESSMENT OF CREDIBILITY**:  Who provided the information, how credible is the source, and why do you assess the source that way? (i.e.: Desk Sgt, 82 SFS, direct access to information reported).

12. **DETAILS:**  Who, What, When, Where, Why, and How.  The most critical part of the report for the reader.  Obtain all possible identification details of suspect(s) or suspected incident for further follow-up (including license plates).  Be specific about what source said and about what source did not know (avoid second guessing by higher echelons).  Use memory tools to aid source in remembering details (mild interrogation).  For example, one tool all Army personnel are trained in, down to the troop level, is SALUTE.  Size (size of suspicious element - e.g. "2 people"); Activity (what was going on - e.g. "drove by guard gate slowly"); Location (where did it happen - e.g. "guard post 3"); Unit (identification of unit involved - e.g. "local contractor hired TCN"); Time (when

3

FOR OFFICIAL USE ONLY

did it happen - e.g. "20:00 hours, 2 January 20__"); Equipment (what were they carrying, driving, etc. - e.g. "in 1990 white Caprice, with binoculars, writing notes on an aviator knee pad").

13. **COUNTRIES**: What countries does the information in the TALON relate to.

14. **PERSONS BRIEFED LOCALLY**: Who was briefed locally, and when were they notified of the incident, (i.e.: Base Commander, 82 SFS/CC, Phoenix JTTF, etc).

15. **ACTIONS TAKEN**: What investigative steps have already been accomplished.

16. **ACTIONS PENDING**: What investigative steps are you involved in or do you have planned to bring the incident to closure (running license plate checks, interview another witness, etc.)

17. **SUMMARIZE TALON**: Two to three sentences giving the basic summary of what the TALON is about. This is not a regurgitation of the details but a simple summary – should not contain any specific information. (i.e. Unknown individual observed photographing front gate of Andrews AFB. When approached, he left and a license plate was recorded. The license plate was identified as being invalid so no further information could be obtained). The specifics should be in the detail section. This is the short summary that, along with the one line title, if posted to the face of the webpage can gain the readers attention.

18. **COMMENTS**: Any information the reporting unit wants to convey and maintain as internal organization comments. Fully identify information sources here.

19. **PERSONS INVOLVED**: Fill-in the blocks – SUBJECTS, WITNESSES, INCIDENTALS

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY



INTELLIGENCE

**UNDER SECRETARY OF DEFENSE**
5000 DEFENSE PENTAGON
WASHINGTON, DC 20301-5000

FEB 2  2006

## MEMORANDUM FOR DIRECTOR, COUNTERINTELLIGENCE FIELD ACTIVITY

SUBJECT: The TALON/CORNERSTONE Database

TALON reporting is an important capability in providing Department of Defense (DoD) analysts with unfiltered reports of possible terrorist activity that might otherwise be lost. The Counterintelligence Field Activity (CIFA) plays a key role in this program. As a result of the TALON reporting review that has been ongoing for several weeks, I believe a change is required in the policy CIFA uses to retain U.S. persons information in the TALON/CORNERSTONE database.

CIFA will ensure all TALON reporting maintained within the TALON/CORNERSTONE database, or elsewhere in CIFA, is maintained under procedures contained within DoD 5240.1-R, "Procedures Governing the Activities of DoD Intelligence Components that Affect United States Persons," December 1982. The DoD Office of the General Counsel (OGC) provided you guidance regarding the application of this policy to the TALON/CORNERSTONE database. Please begin a review immediately to ensure all reports within the TALON/CORNERSTONE database are retained pursuant to DoD 5240.1-R, and in accordance with OGC guidance. Additionally, provide the Acting Deputy Undersecretary of Defense, Counterintelligence and Security, weekly status reports on the progress of your review.

Since the TALON/CORNERSTONE database is a counterintelligence database for possible foreign terrorist-related information, oversight for the TALON holdings within the database will fall to the office of the Assistant to the Secretary of Defense (Intelligence Oversight) (ATSD(IO)). CIFA will work closely with the ATSD(IO) to ensure TALON information is appropriately maintained, employing to the fullest extent possible the authorities to retain foreign terrorist threat information for analysis.

Stephen A. Cambone

cc:
ATSD(IO)
OGC (Ms. Watson)



# EXHIBIT 1.B

**Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment,** *Servicemembers Legal Defense Network v. Dep't of Defense*, **Civil Action No. 06-200 (RMC)**



**DEPARTMENT OF DEFENSE**
OFFICE OF FREEDOM OF INFORMATION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

1 5 JUN 2006

Ref: 06-F-0713

*MAiL Rec'd*
*6/22/06*

Mr. James F. Segroves
Proskauer Rose, LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533

Dear Mr. Segroves:

This is in response to your May 13, 2006, letter and Mr. Christopher Wolf's January 5, 2006 Freedom of Information Act (FOIA) request.

The U.S. Immigrations and Customs Enforcement Agency (ICE) has made the determination to withhold some information from the enclosed TALON reports under the Freedom of Information Act pursuant to:

5 U.S.C. § 552(b)(2), which concerns matters that are related solely to internal agency practices because release would result in the circumvention of an agency rule, policy, or statute;

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties;

5 U.S.C. § 552(b)(7)(D), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to disclose the identities of confidential sources and information furnished by such sources; and

5 U.S.C. § 552(b)(7)(E), which would disclose techniques or procedures for law enforcement investigations or prosecutions.

You may appeal the ICE partial denial of your request in writing, within 35 days after the date of this notification to the Privacy Office, Department of Homeland Security, FOIA Appeals, 245 Murray Lane, SW, Building 410, Washington, DC 20528. Please include with your letter of appeal, a copy of your original FOIA request and a copy of this response letter.

The action officer for this case is David Maier, (703) 696-4695.

Sincerely,

Will Kammer
Chief

Enclosures:
As stated

902-21-04-05-360_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-21-04-05-360

21-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ.  THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-21-04-05-360
REPORT DATE: 2005-04-21
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE:  Specific Threats
STATUS: Open/Unresolved
CONTAINS US PERSON INFO:  No
FROM: 902D MI GP
SUBJECT: Protest on 21 Apr 05 Against Military Recruiters at the State University of
New York at Albany (SUNY Albany)
SOURCE: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓  SOURCE IS RELIABLE
SUMMARY: Protest on 21 Apr 05 Against Military Recruiters at the State University of
New York at Albany (SUNY Albany)
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902dMI-20-04-05-012

Agent: ▓▓▓▓▓▓▓▓▓▓▓▓

Phone: ▓▓▓▓▓▓▓▓▓▓

Report Date:   20 APR 05

Acquisition Date:     20 APR 05

Incident Date:  21 APR 05

Incident Type:  Phone/Voice/eMail Threats

Status: Open/Unresolved

From:   902nd MI Grp/Atlanta JTTF

Subject:      Protest on 21 Apr 05 Against Military Recruiters at the State
University of New York at Albany (SUNY Albany)

Details:       Source received an e-mail from ▓▓▓▓▓▓▓▓ stating that a protest
was planeed against military recruiters at SUNY Albany on 21 Apr 05. The text of the
e-mail follows:

Quote--

-----Original Message-----

From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Sent: Saturday, April 16, 2005 11:11 PM

Subject: Protest military recruiters thursday april 21st suny albany

Page 1

902-21-04-05-360_full_text

On Thursday April 21st the military will be at SUNY Albany recruiting. We ask that you join Campus Action and the Campus Greens in protesting their presence on our campus. For the past couple of months Campus Action and the Greens have been leading a campaign to bar military recruiters from campus because of their discriminatory 'don't ask don't tell' policy which perpetuates the idea that homosexuals are inferior. We have demanded that the school set a policy which states that if any recruiter wants to come to our campus the have to be equal opportunity and non discriminatory, they have of yet comply with our demands.

On April 21st we will be holding a rally in front of the campus center at the small fountain from 11:30 am to 12 then we will march to the administration building and deliver a petition to president kermit hall. we will also hold a rally outside of the administration building on western ave, where students will be doing food not bombs playing anarchist soccer and taking part in a drum circle. From my understanding students unaffiliated with campus action and the greens will take part in a critical mass bike ride later on in the day in solidarity with earth day.

for more information on the campaign you can go to www.campusaction.net or email militaryoffcampuses@riseup.net or email ███████████████████

End Quote--

Source: ███████████████████████████████████████████████
███████████████████  SOURCE IS RELIABLE.

Country:          United States (US)/USNORTHCOM

Address:          Albany, NY

GeoCoords:        Latitude: 42.659829; Longitude: -122.274603

Persons Involved:      N/A

Coordinating Agencies:   ████████████████████ Fort Knox RO (902d MI Group)
██████████████   1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. The fact the protest is in a different location from the recruiters does not mean much. Protester tactics have included using mass text paging by cellular telephone to inform others of the location of the recruiters. Also, protesters have used diversions to bypass security personnel in order to get into events to conduct protests.

3. A previous protest took place on 2 MAR 05 per ArmyTALON 902dMI-28-02-05-007.

Updates:          N/A

UNCLASSIFIED//FOUO
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS BRIEFED LOCALLY: Coordinating Agencies:  ████████████████ Fort Knox RO (902d MI Group)
COMMENTS: ██████████████ 1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. The fact the protest is in a different location from the recruiters does not mean much. Protester tactics have included using mass text paging by cellular telephone to inform others of the location of the recruiters. Also, protesters have used diversions to bypass security personnel in order to get into events to conduct protests.

902-21-04-05-360_full_text
3. A previous protest took place on 2 MAR 05 per ArmyTALON 902dMI-28-02-05-007.
INCIDENT ADDRESS: Country:      United States (US)/USNORTHCOM

Address:        Albany, NY

GeoCoords:      Latitude: 42.659829; Longitude: -122.274603
INCIDENT CITY: Albany
INCIDENT STATE: NY
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 42.6598281860352
INCIDENT LONGITUDE: -122.274597167969
INCIDENT UTM: Northing: 4723295.55 Easting: 559451.41 Zone: 10T
INCIDENT DATE/TIME: 21-APR-05

902-01-03-05-153_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-01-03-05-153

01-MAR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-01-03-05-153
REPORT DATE: 2005-03-01
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE: Suspicious Activities/Incidents
STATUS: Closed/Unresolved
CONTAINS US PERSON INFO:  NO
FROM: 902D MI GP
SUBJECT: Protest on 2 Mar 05 Against Military Recruitersin New York State at the
University of Albany
SOURCE: ██████████████████████████████████████████████████████
████████████████████  SOURCE IS RELIABLE.
DETAILS: Source received an e-mail from ████████████████ on 26 Feb 2005,
subject: 'Suny Albany needs You to Help Kick The military recruiters off campus'


The following is a paraphrased version of the text of the e-mail. The paraphrasing
is necessary due to the poor grammar and spelling contained in the e-mail.


Start of Paraphrasing--


It looks like there is a good chance that we can get the military recruiters kicked
off campus. We need people help in achieving this goal. For the past two weeks,
campus action has been protesting the military recruiters when they came to campus.
Last Wednesday military recruiters were supposed to have shown up but they did not.
I think this may have largely have to do with the protests when they have been to
the university. People called the recruiters pretending to be interested in the
military to find out that when they will be coming back to campus. They wouldn¿t
tell us when. It seems that now they will probably show up on campus now with out us
being able to get a heads up.


This means that we need to modify our tactics. Campus action held a meeting on last
Wednesday where we decided that we needed a three-pronged attack in order to get the
military recruiters kicked off campus. We decided that this strategy would include:


1. Education about the military and military recruiters and how the recruiters lie
in order to entice people to join the military. Also, we would work to educate the
student body on other alternatives besides the military in order to get money for
college.

902-01-03-05-153_full_text

2. Agitation: We believe when the military is on campus we need to have a visible presence and protest their being on our campus. Further, we will distribute counter recruitment materials while we are protesting. We decided that direct action against the military recruiters would help foster an environment, which hampers their ability to recruit students to die in an immoral war in Iraq. Since the military is not telling us when they show up, we will use a phone list serve in order to notify people on campus when the military is here. At www.txtmob.com people can sign up for the cell phone text message list serve and this service is free. The name of the group is ¿stopthewar.¿ We will use the text message list serve in this way when some one goes through the campus center and sees that the military recruiters are on campus they can send a message out on their cell phone to everyone who signs up for the text message system. They can then notify people that the recruiters are there and they should show up to protest them. In the Student Association Office, in the back in the campus action mailbox, we will have signs and counter recruitment literature that people can grab in order to protest.


3. We decided that we will also file a complaint with the administration that the fact that the military recruiters on our campus violates the schools policy on sexual orientation discrimination. Because of the military¿s ¿Don¿t ask don't tell policy' gays in the military have to stay in the closet or else they will be expelled from the military and face possibly being courts marshaled. Also, the military recruiters will be back on campus on 2 March 2005 in the ballroom for a career-recruiting seminar, which will include other company's actively recruiting on our campus. We have a table reserved on that day in the campus center.


My email is [redacted]


End of text.


PERSONS BRIEFED LOCALLY: [redacted] Atlanta Field Intelligence Group, Fort Knox RO
COMMENTS: 1. This information was from an e-mail on the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.
INCIDENT SITE: Military Recruiters
INCIDENT CITY: Albany
INCIDENT STATE: NY
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 42.6474990844727
INCIDENT LONGITUDE: -73.7516632080078
INCIDENT UTM: Northing: 4722426.68 Easting: 602330.27 Zone: 18T
INCIDENT DATE/TIME: 02-MAR-05

902-06-04-05-301_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-06-04-05-301

06-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ.  THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-06-04-05-301
REPORT DATE: 2005-04-06
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE:  Specific Threats
STATUS: Closed/Resolved
CONTAINS US PERSON INFO:   No
FROM: 902D MI GP
SUBJECT: Protest Against Army Recruiters at a New Jersey Area University
SOURCE: ██████████████████████████████████████████
██████████████ SOURCE IS RELIABLE
SUMMARY: Protest Against Army Recruiters at a New Jersey Area University
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902dMI-04-04-05-001

Agent: ████████████████

Phone: ████████████████

Report Date:    04 APR 05

Acquisition Date:     04 APR 05

Incident Date:  01 APR 05

Incident Type:  Phone/Voice/eMail Threats

Status: Closed/Resolved

From:   902nd MI Grp/Atlanta JTTF

Subject:      Protest Against Army Recruiters at a New Jersey Area University

Details:       Source received an e-mail from ████████████████████ sent on Friday,
April 01, 2005, subject: Anti-Recruitment Demo at William Paterson.

The e-mail stated that activists and students from North Jersey Anti-Racist Action,
Inclusive Democracy and the Socialist Party of New Jersey mobilized at William
Paterson University to protest the inclusion of the US Army at William Paterson
University's (WPU) 'Opportunity Fest'. Student activists at WPU have led the fight
to kick military recruiters off campus and specifically complained about the US
Army's involvement in the Opportunity Fest, since their discriminatory hiring
practices violate the school's own 'non-discriminatory' policy. The protesters
claimed to have given out 200 flyers to 'Opportunity Fest' participants. The protest
ran from 12:00 to 14:00, and ended when someone from inside the job fair started to
taunt the protestors. No charges were filed. The protestor and the taunting student
were released. WPU students intend to continue their campaign to get military
recruiters off campus and to educate students and the public of the negative aspects
of joining the military.

Page 1

902-06-04-05-301 full text

Source:
█████████████████████ SOURCE IS RELIABLE.

Country:          United States (US)/USNORTHCOM

Address:          Wayne, NJ  07470

GeoCoords:        Latitude: 40.942081; Longitude: -74.250452

Persons Involved:     N/A

Coordinating Agencies:  ████ Fort Know RO, 902d MI Group

████████████    1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. This e-mail is from a representative of the protester group and is probably very one-sided in terms of the description of the taunting incident. However, it appears that the security personnel acted quickly to prevent violence and civil disobedience.

3. Per the William Paterson University website, the main campus address is 300 Pompton Road, Wayne, New Jersey 07470.

Updates:          N/A

UNCLASSIFIED//FOUO
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS BRIEFED LOCALLY: Coordinating Agencies: ████ Fort Know RO, 902d MI Group
COMMENTS: ████████████ 1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. This e-mail is from a representative of the protester group and is probably very one-sided in terms of the description of the taunting incident. However, it appears that the security personnel acted quickly to prevent violence and civil disobedience.

3. Per the William Paterson University website, the main campus address is 300 Pompton Road, Wayne, New Jersey 07470.
INCIDENT ADDRESS: Country:     United States (US)/USNORTHCOM

Address:          Wayne, NJ  07470

GeoCoords:        Latitude: 40.942081; Longitude: -74.250452
INCIDENT CITY: Wayne
INCIDENT STATE: NJ
INCIDENT ZIP CODE: 07470
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 40.9461097717285
INCIDENT LONGITUDE: -74.245002746582
INCIDENT UTM: Northing: 4533049.16 Easting: 563548.38 Zone: 18T
INCIDENT DATE/TIME: 01-APR-05

902-21-04-05-358_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-21-04-05-358

21-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-21-04-05-358
REPORT DATE: 2005-04-21
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE: Specific Threats
STATUS: Closed/Unresolved
CONTAINS US PERSON INFO: No
FROM: 902D MI GP
SUBJECT: Direct Action Planned Against Recruiters at University of California at Berkeley
SOURCE: ██████████████████████████████████████████████████████
██████████ SOURCE IS RELIABLE.
SUMMARY: Direct Action Planned Against Recruiters at University of California at Berkeley
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902dMI-20-04-05-010

Agent: ████████████████████

Phone: ████████████████

Report Date:    20 APR 05

Acquisition Date:    20 APR 05

Incident Date: 21 APR 05

Incident Type: Phone/Voice/eMail Threats

Status: Closed/Unresolved

From:  902nd MI Grp/Atlanta JTTF

Subject:    Direct Action Planned Against Recruiters at University of California at Berkeley

Details:    Source received an e-mail from e-mail address: ██████████████████████ The e-mail was sent on Monday, April 18, 2005 with a Subject Line of: '4/21: Direct Action Against Military Recruitment at UCB.' The protest is scheduled at 1030, 21 Apr 05 at Fountain on Sproul Plaza, UC Berkeley with the recruiters located at the Career Fair at the MLK Student Center. The text of the e-mail follows:

Quote--

*Protest Against Military Recruiters*

WHEN: Thursday, April 21st * 10:30 am

WHERE: The Fountain on Sproul Plaza, UC Berkeley

Page 1

902-21-04-05-358_full_text

Counter Recruitment has become a national issue, and it's working. Between these efforts and widespread anger about the war, all branches of the United States Military have seen drastic drops in their recruitment rates. In February, the Army missed its recruiting goal for the first time in nearly five years, and it missed its March goal by 32 percent. The Army Reserve is 10 percent behind their year-to-date recruiting target and the National Guard is 26 percent short, while the need for soldiers is on the rise. Counter Recruitment has proven to be an effective tool in actually hindering the Military's ability to carry out this immoral and unjust war, and Berkeley Stop the War Coalition has been working to bring the Counter Recruitment movement to UC Berkeley's campus.

Recently, the Associated Students at the University of California (ASUC) passed a resolution that argued that military recruiters (who refuse to recruit gays and lesbians) violate the University of California's anti-discrimination policy and therefore should not be allowed access to ASUC facilities (SB 107). Still, military recruiters have announced their intention to show up at the Career Fair in the MLK student union. We have to build the biggest protest possible to let them know that we won't stand for the military's discriminatory policies and that we oppose the war on Iraq that they are recruiting for. Join a growing movement of schools that are taking a stand against military recruitment on campuses!

COME THE LAST PLANNING MEETING & CIVIL DISOBEDIANCE TEACH-IN FOR THE PROTEST
WEDNESDAY APRIL 20th, 225 WHEELER @ 7pm

SPONSORED BY: Berkeley Stop the War Coalition, member of the Campus Anti-war Network (CAN)

WEBSITES AND CONTACT INFO:

http://groups.yahoo.com/group/ucbstopthewar/

www.campusantiwar.net

Contact: ucbstopthewar@hotmail.com, or ▓▓▓▓▓▓▓▓▓▓▓▓ and
▓▓▓▓▓▓▓▓▓▓▓

End Quote--

Source: ▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓ SOURCE IS RELIABLE.

Country:        United States (US)/USNORTHCOM

Address:        Berkeley, CA

GeoCoords:      Latitude: 37.871775; Longitude: -122.274603

Persons Involved:    N/A

Coordinating Agencies: ▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓ 1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. There is a strong potential for a confrontation at this protest given the strong support for anti-war protests and movements in the past.

3. The fact the protest is in a different location from the recruiters does not mean anything. Protester tactics have included using mass text paging to inform others of the location of the recruiters. Also, protesters have used diversions to bypass security personnel to get into events to conduct protests.

Page 2

902-21-04-05-358_full_text

Updates:       N/A

UNCLASSIFIED//FOUO
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS BRIEFED LOCALLY: Coordinating Agencies: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
COMMENTS: ▓▓▓▓▓▓▓▓▓▓ 1. This information was from an e-mail sent over the
Internet. The source made no effort to validate the credibility of the information.
The source shared the information solely for informational purposes.

2. There is a strong potential for a confrontation at this protest given the strong
support for anti-war protests and movements in the past.

3. The fact the protest is in a different location from the recruiters does not mean
anything. Protester tactics have included using mass text paging to inform others of
the location of the recruiters. Also, protesters have used diversions to bypass
security personnel to get into events to conduct protests.
INCIDENT ADDRESS: Country:     United States (US)/USNORTHCOM

Address:       Berkeley, CA

GeoCoords:       Latitude: 37.871775; Longitude: -122.274603
INCIDENT CITY: Berkeley
INCIDENT STATE: CA
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 37.8717765808105
INCIDENT LONGITUDE: -122.274597167969
INCIDENT UTM: Northing: 4191836.29 Easting: 563799.34 Zone: 10S
INCIDENT DATE/TIME: 21-APR-0
UPDATE: (1)  29-APR-05
DETAILS: 1.

received 4/28/2005 10:51:14 AM

Source received a follow-up e-mail on 26 Apr 05 stating that 100 students showed up
to protest against US Marine recruiters, that were at the career fair. The civil
disobedience plan was called off due to the 'Berkeley administration' planning a
police attack against the protesters and the protesters did not want to 'walk into a
trap.' Instead, 60 Berkeley students filed into the career fair in 'sign-file' and
confronted the recruiters one at a time, challenging their anti-gay policies and the
war in Iraq. This action took over an hour and effectively shut down the Marine's
operation for most of the day.

Page 3

902-01-03-05-150_full_text

UNCLASSIFIED

TALON REPORT 902-01-03-05-150

01-MAR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ.  THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-01-03-05-150
REPORT DATE: 2005-03-01
CLASSIFICATION: Unclassified
INCIDENT TYPE:  Suspicious Activities/Incidents
STATUS: Closed/Unresolved
CONTAINS US PERSON INFO:  Yes
FROM: 902D MI GP
SUBJECT: Students at Southern Connecticut State University Protest Army National
Guard Recruiters on 23 Feb 05
SOURCE: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ SOURCE IS RELIABLE.
DETAILS: Source received an e-mail from ▓▓▓▓▓▓▓▓▓▓ on 24 Feb 05, subject:
'SCSU Antiwar kicks recruiters off campus!' The e-mail stated the students at
Southern Connecticut State University in New Haven successfully chased the
recruiters from the Army National Guard from the student center on 23 Feb 05.
Specifically, about twenty students took part in a 90-minute protest and made sure
that the recruiters had no chance in signing anyone up 'for an unjust war.' The Army
National Guard was scheduled to be on campus from 11am to 4pm on 23 Feb 05 via an
invitation from career services at Southern according to a spokesperson in the
student center office. The SCSU Antiwar Coalition decided to arrive early
(pre-emptively) and set up 'our message of antiwar at around 10:30 am at their
reserved table.' They made certain to have a ton of literature and information, such
as, numerous 'CAN pamphlets like 'The Growing Soldiers Discontent' and 'Occupations
Not Liberation', as well as the Pablo Peredes Petition, and plenty of Traveling
Soldier issues.


First, about four students blocked their table and handed out counter-recruitment
information while the students behind our table grilled the two recruiters with
questions about why they were here, why do they openly discriminate against our gay,
lesbian, and transgender brothers and sisters, and how quickly will those who sign
up go off to war somewhere in the world that is based on lies. After twenty minutes,
the recruiters notified the Student Center personnel of the protest action and by
that time the students had at least 8-10 students facing the Army holding signs
ranging from 'Get off our campus' to 'Money for School, not for War' and Recruiters
out, Troops Home!


Ultimately, the students agreed to not to stand directly in front of the table. A
third recruiter arrived at 12:30 pm and by 12:45pm, they decided to pack it up and
call it a day after not getting one person to even make an appointment, let alone
sign up for 'duty'. The Student Center representative walked them out and apologized
for the trouble. The three recruiters left to chants of 'Money for school, not for
war...money for healthcare, not for war.' For the future, the student's stated their
new slogan will be, WE KICKED YOU OFF ONCE, NOW STAY OUT!

PERSONS BRIEFED LOCALLY: ▓▓▓ Fort Knox RO
                         Page 1

902-01-03-05-150_full_text

COMMENTS: 1. The source stated the information contained within the email was
received directly from the Internet. No effort has been made to validate the
credibility of the information. Source shared the contents solely for informational
purposes.
INCIDENT SITE: Southern Connecticut State University
INCIDENT CITY: New Haven
INCIDENT STATE: CT
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 41.3083343505859
INCIDENT LONGITUDE: -72.9244461059597
INCIDENT UTM: Northing: 4575063.88 Easting: 673746.22 Zone: 18T
INCIDENT DATE/TIME: 23-MAR-05

# EXHIBIT 1.C

**Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment, *Servicemembers Legal Defense Network v. Dep't of Defense*, Civil Action No. 06-200 (RMC)**

JUL-03-2006  13:44        DFOISR AF                              703 693 9280     P.02



**DEPARTMENT OF DEFENSE**
OFFICE OF FREEDOM OF INFORMATION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

03 JUL 2006

Ref: 06-F-0713

Mr. Christopher Wolf
Proskauer Rose, LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533

Dear Mr. Wolf:

This is in further response to your January 5, 2006 Freedom of Information Act (FOIA) request and Mr. James Segroves' May 13, 2006, letter.

The U.S. Immigrations and Customs Enforcement Agency (ICE) has determined that certain additional material may be released from TALON reports that were previously produced in response to the January 5, 2006, FOIA request of your client the Servicemembers Legal Defense Network (SLDN). The enclosed documents reflect the newly released material. Other information must remain withheld pursuant to:

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

The action officer for this case is David Maier, (703) 696-4695.

Sincerely,

Will Kammer
Chief

Enclosures:
As stated

902-21-04-05-360_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-21-04-05-360

21-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ.  THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-21-04-05-360
REPORT DATE: 2005-04-21
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE:  Specific Threats
STATUS: Open/Unresolved
CONTAINS US PERSON INFO:  No
FROM: 902D MI GP
SUBJECT: Protest on 21 Apr 05 Against Military Recruiters at the State University of
New York at Albany (SUNY Albany)
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF
HOMELAND SECURITY. SOURCE IS RELIABLE
SUMMARY: Protest on 21 Apr 05 Against Military Recruiters at the State University of
New York at Albany (SUNY Albany)
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902dMI-20-04-05-012

Agent: ███████████

Phone: ███████████

Report Date:    20 APR 05

Acquisition Date:       20 APR 05

Incident Date:  21 APR 05

Incident Type:  Phone/Voice/eMail Threats

Status: Open/Unresolved

From:   902nd MI Grp/Atlanta JTTF

Subject:        Protest on 21 Apr 05 Against Military Recruiters at the State
University of New York at Albany (SUNY Albany)

Details:        Source received an e-mail from ███████████ stating that a protest
was planned against military recruiters at SUNY Albany on 21 Apr 05. The text of the
e-mail follows:

Quote--

-----Original Message-----

From: ████████████████████████

Sent: Saturday, April 16, 2005 11:11 PM

Subject: Protest military recruiters thursday april 21st suny albany

Page 1

902-21-04-05-360_full_text

On Thursday April 21st the military will be at SUNY Albany recruiting. We ask that you join Campus Action and the Campus Greens in protesting their presence on our campus. For the past couple of months Campus Action and the Greens have been leading a campaign to bar military recruiters from campus because of their discriminatory 'don't ask don't tell' policy which perpetuates the idea that homosexuals are inferior. We have demanded that the school set a policy which states that if any recruiter wants to come to our campus the have to be equal opportunity and non discriminatory, they have of yet comply with our demands.

On April 21st we will be holding a rally in front of the campus center at the small fountain from 11:30 am to 12 then we will march to the administration building and deliver a petition to president kermit hall. we will also hold a rally outside of the administration building on western ave, where students will be doing food not bombs playing anarchist soccer and taking part in a drum circle. From my understanding students unaffiliated with campus action and the greens will take part in a critical mass bike ride later on in the day in solidarity with earth day.

for more information on the campaign you can go to www.campusaction.net or email militaryoffcampuses@riseup.net or email █████████████████.

End Quote--

Source: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF HOMELAND SECURITY. SOURCE IS RELIABLE.

Country:        United States (US)/USNORTHCOM

Address:        Albany, NY

GeoCoords:      Latitude: 42.659829; Longitude: -122.274603

Persons Involved:      N/A

Coordinating Agencies: FPS, JTTF New York, Fort Knox RO (902d MI Group)

Agent Notes:    1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. The fact the protest is in a different location from the recruiters does not mean much. Protester tactics have included using mass text paging by cellular telephone to inform others of the location of the recruiters. Also, protesters have used diversions to bypass security personnel in order to get into events to conduct protests.

3. A previous protest took place on 2 MAR 05 per ArmyTALON 902dMI-28-02-05-007.

Updates:        N/A

UNCLASSIFIED//FOUO
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS BRIEFED LOCALLY: Coordinating Agencies: FPS, JTTF New York, Fort Knox RO (902d MI Group)
COMMENTS: Agent Notes:  1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. The fact the protest is in a different location from the recruiters does not mean much. Protester tactics have included using mass text paging by cellular telephone to inform others of the location of the recruiters. Also, protesters have used diversions to bypass security personnel in order to get into events to conduct protests.

2

902-21-04-05-360_full_text
3. A previous protest took place on 2 MAR 05 per ArmyTALON 902dMI-2B-02-05-007.
INCIDENT ADDRESS: Country:        United States (US)/USNORTHCOM

Address:        Albany, NY

GeoCoords:      Latitude: 42.659829; Longitude: -122.274603
INCIDENT CITY: Albany
INCIDENT STATE: NY
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 42.6598281860352
INCIDENT LONGITUDE: -122.274597167969
INCIDENT UTM: Northing: 4723295.55 Easting: 559451.41 Zone: 10T
INCIDENT DATE/TIME: 21-APR-05

Page 3

902-01-03-05-153_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-01-03-05-153

01-MAR-2005

**CAUTION:**
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ.  THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-01-03-05-153
REPORT DATE: 2005-03-01
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE:  Suspicious Activities/Incidents
STATUS: Closed/Unresolved
CONTAINS US PERSON INFO:  NO
FROM: 902D MI GP
SUBJECT: Protest on 2 Mar 05 Against Military Recruiters in New York State at the
University of Albany
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF
HOMELAND SECURITY. SOURCE IS RELIABLE.
DETAILS: Source received an e-mail from ███████████████ on 26 Feb 2005,
subject: 'Suny Albany needs You to Help Kick The military recruiters off campus'


The following is a paraphrased version of the text of the e-mail. The paraphrasing
is necessary due to the poor grammar and spelling contained in the e-mail.


Start of Paraphrasing--


It looks like there is a good chance that we can get the military recruiters kicked
off campus. We need people help in achieving this goal. For the past two weeks,
campus action has been protesting the military recruiters when they came to campus.
Last Wednesday military recruiters were supposed to have shown up but they did not.
I think this may have largely have to do with the protests when they have been to
the university. People called the recruiters pretending to be interested in the
military to find out that when they will be coming back to campus. They wouldn;t
tell us when. It seems that now they will probably show up on campus now with out us
being able to get a heads up.


This means that we need to modify our tactics. Campus action held a meeting on last
Wednesday where we decided that we needed a three-pronged attack in order to get the
military recruiters kicked off campus. We decided that this strategy would include:


1. Education about the military and military recruiters and how the recruiters lie
in order to entice people to join the military. Also, we would work to educate the
student body on other alternatives besides the military in order to get money for
college.


Page 1

902-01-03-05-153_full_text

2. Agitation: We believe when the military is on campus we need to have a visible presence and protest their being on our campus. Further, we will distribute counter recruitment materials while we are protesting. We decided that direct action against the military recruiters would help foster an environment, which hampers their ability to recruit students to die in an immoral war in Iraq. Since the military is not telling us when they show up, we will use a phone list serve in order to notify people on campus when the military is here. At www.txtmob.com people can sign up for the cell phone text message list serve and this service is free. The name of the group is ¿stopthewar.¿ We will use the text message list serve in this way when some one goes through the campus center and sees that the military recruiters are on campus they can send a message out on their cell phone to everyone who signs up for the text message system. They can then notify people that the recruiters are there and they should show up to protest them. In the Student Association Office, in the back in the campus action mailbox, we will have signs and counter recruitment literature that people can grab in order to protest.

3. We decided that we will also file a complaint with the administration that the fact that the military recruiters on our campus violates the schools policy on sexual orientation discrimination. Because of the military¿s ¿Don¿t ask don't tell policy' gays in the military have to stay in the closet or else they will be expelled from the military and face possibly being courts marshaled. Also, the military recruiters will be back on campus on 2 March 2005 in the ballroom for a career-recruiting seminar, which will include other company's actively recruiting on our campus. We have a table reserved on that day in the campus center.

My email is ███████████

End of text.

PERSONS BRIEFED LOCALLY: FPS, JTTF New York, Atlanta Field Intelligence Group, Fort Knox RO
COMMENTS: 1. This information was from an e-mail on the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.
INCIDENT SITE: Military Recruiters
INCIDENT CITY: Albany
INCIDENT STATE: NY
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 42.6474990844727
INCIDENT LONGITUDE: -73.7516632080078
INCIDENT UTM: Northing: 4722426.68 Easting: 602330.27 Zone: 18T
INCIDENT DATE/TIME: 02-MAR-05

JUL-03-2006  13:45       DFOISR AF                              703 693 9280    P.08

902-06-04-05-301_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-06-04-05-301

06-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ.  THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-06-04-05-301
REPORT DATE: 2005-04-06
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE:  Specific Threats
STATUS: Closed/Resolved
CONTAINS US PERSON INFO:  No
FROM: 902D MI GP
SUBJECT: Protest Against Army Recruiters at a New Jersey Area University
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF
HOMELAND SECURITY. SOURCE IS RELIABLE
SUMMARY: Protest Against Army Recruiters at a New Jersey Area University
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902dMI-04-04-05-001

Agent:

Phone:

Report Date:    04 APR 05

Acquisition Date:     04 APR 05

Incident Date:  01 APR 05

Incident Type:  Phone/Voice/eMail Threats

Status: Closed/Resolved

From:   902nd MI Grp/Atlanta JTTF

Subject:      Protest Against Army Recruiters at a New Jersey Area University

Details:      Source received an e-mail from [redacted] sent on Friday,
April 01, 2005, subject: Anti-Recruitment Demo at William Paterson.

The e-mail stated that activists and students from North Jersey Anti-Racist Action,
Inclusive Democracy and the Socialist Party of New Jersey mobilized at William
Paterson University to protest the inclusion of the US Army at William Paterson
University's (WPU) 'Opportunity Fest'. Student activists at WPU have led the fight
to kick military recruiters off campus and specifically complained about the US
Army's involvement in the Opportunity Fest, since their discriminatory hiring
practices violate the school's own 'non-discriminatory' policy. The protesters
claimed to have given out 200 flyers to 'Opportunity Fest' participants. The protest
ran from 12:00 to 14:00, and ended when someone from inside the job fair started to
taunt the protestors. No charges were filed. The protestor and the taunting student
were released. WPU students intend to continue their campaign to get military
recruiters off campus and to educate students and the public of the negative aspects
of joining the military.

Page 1

902-06-04-05-301_full_text

Source: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF HOMELAND SECURITY. SOURCE IS RELIABLE.

Country:        United States (US)/USNORTHCOM

Address:        Wayne, NJ  07470

GeoCoords:        Latitude: 40.942081; Longitude: -74.250452

Persons Involved:        N/A

Coordinating Agencies:  FPS, Fort Know RO, 902d MI Group

Agent Notes:        1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. This e-mail is from a representative of the protester group and is probably very one-sided in terms of the description of the taunting incident. However, it appears that the security personnel acted quickly to prevent violence and civil disobedience.

3. Per the William Paterson University website, the main campus address is 300 Pompton Road, Wayne, New Jersey 07470.

Updates:        N/A

UNCLASSIFIED//FOUO
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS BRIEFED LOCALLY: Coordinating Agencies: FPS, Fort Know RO, 902d MI Group
COMMENTS: Agent Notes:  1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. This e-mail is from a representative of the protester group and is probably very one-sided in terms of the description of the taunting incident. However, it appears that the security personnel acted quickly to prevent violence and civil disobedience.

3. Per the William Paterson University website, the main campus address is 300 Pompton Road, Wayne, New Jersey 07470.
INCIDENT ADDRESS: Country:    United States (US)/USNORTHCOM

Address:        Wayne, NJ  07470

GeoCoords:        Latitude: 40.942081; Longitude: -74.250452
INCIDENT CITY: Wayne
INCIDENT STATE: NJ
INCIDENT ZIP CODE: 07470
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 40.9461097717285
INCIDENT LONGITUDE: -74.245002746582
INCIDENT UTM: Northing: 4533049.16 Easting: 563548.38 Zone: 18T
INCIDENT DATE/TIME: 01-APR-05

902-21-04-05-358_full_text.txt

UNCLASSIFIED//FOUO

TALON REPORT 902-21-04-05-358

21-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ.  THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-21-04-05-358
REPORT DATE: 2005-04-21
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE:  Specific Threats
STATUS: Closed/Unresolved
CONTAINS US PERSON INFO:  No
FROM: 902D MI GP
SUBJECT: Direct Action Planned Against Recruiters at University of California at
Berkeley
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF
HOMELAND SECURITY. SOURCE IS RELIABLE.
SUMMARY: Direct Action Planned Against Recruiters at University of California at
Berkeley
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902dMI-20-04-05-010

Agent:      ████████████

Phone:      ████████████

Report Date:     20 APR 05

Acquisition Date:     20 APR 05

Incident Date:  21 APR 05

Incident Type:  Phone/Voice/eMail Threats

Status: Closed/Unresolved

From:   902nd MI Grp/Atlanta JTTF

Subject:        Direct Action Planned Against Recruiters at University of California
at Berkeley

Details:        Source received an e-mail from e-mail address: ████████████
The e-mail was sent on Monday, April 18, 2005 with a Subject Line of: '4/21: Direct
Action Against Military Recruitment at UCB.' The protest is scheduled at 1030, 21
Apr 05 at Fountain on Sproul Plaza, UC Berkeley with the recruiters located at the
Career Fair at the MLK Student Center. The text of the e-mail follows:

Quote--

*Protest Against Military Recruiters*

WHEN: Thursday, April 21st * 10:30 am

WHERE: The Fountain on Sproul Plaza, UC Berkeley

Page 1

902-21-04-05-358_full_text.txt
Counter Recruitment has become a national issue, and it's working. Between these efforts and widespread anger about the war, all branches of the United States Military have seen drastic drops in their recruitment rates. In February, the Army missed its recruiting goal for the first time in nearly five years, and it missed its March goal by 32 percent. The Army Reserve is 10 percent behind their year-to-date recruiting target and the National Guard is 26 percent short, while the need for soldiers is on the rise. Counter Recruitment has proven to be an effective tool in actually hindering the Military's ability to carry out this immoral and unjust war, and Berkeley Stop the War Coalition has been working to bring the Counter Recruitment movement to UC Berkeley's campus.

Recently, the Associated Students at the University of California (ASUC) passed a resolution that argued that military recruiters (who refuse to recruit gays and lesbians) violate the University of California's anti-discrimination policy and therefore should not be allowed access to ASUC facilities (SB 107). Still, military recruiters have announced their intention to show up at the Career Fair in the MLK student union. We have to build the biggest protest possible to let them know that we won't stand for the military's discriminatory policies and that we oppose the war on Iraq that they are recruiting for. Join a growing movement of schools that are taking a stand against military recruitment on campuses!

COME THE LAST PLANNING MEETING & CIVIL DISOBEDIANCE TEACH-IN FOR THE PROTEST WEDNESDAY APRIL 20th, 225 WHEELER @ 7pm

SPONSORED BY: Berkeley Stop the War Coalition, member of the Campus Anti-war Network (CAN)

WEBSITES AND CONTACT INFO:

http://groups.yahoo.com/group/ucbstopthewar/

www.campusantiwar.net

Contact: ucbstopthewar@hotmail.com, or Daniel at 510-708-6803 and

dsaver@berkeley.edu

End Quote--

Source: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF HOMELAND SECURITY. SOURCE IS RELIABLE.

Country:        United States (US)/USNORTHCOM

Address:        Berkeley, CA

GeoCoords:      Latitude: 37.871775; Longitude: -122.274603

Persons Involved:        N/A

Coordinating Agencies:  FPS, JTTF San Francisco

Agent Notes:    1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. There is a strong potential for a confrontation at this protest given the strong support for anti-war protests and movements in the past.

3. The fact the protest is in a different location from the recruiters does not mean anything. Protester tactics have included using mass text paging to inform others of the location of the recruiters. Also, protesters have used diversions to bypass security personnel to get into events to conduct protests.

902-21-04-05-358_full_text.txt

Updates:        N/A

UNCLASSIFIED//FOUO
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS BRIEFED LOCALLY: Coordinating Agencies: FPS, JTTF San Francisco
COMMENTS: Agent Notes:  1. This information was from an e-mail sent over the
Internet. The source made no effort to validate the credibility of the information.
The source shared the information solely for informational purposes.

2. There is a strong potential for a confrontation at this protest given the strong
support for anti-war protests and movements in the past.

3. The fact the protest is in a different location from the recruiters does not mean
anything. Protester tactics have included using mass text paging to inform others of
the location of the recruiters. Also, protesters have used diversions to bypass
security personnel to get into events to conduct protests.
INCIDENT ADDRESS: Country;      United States (US)/USNORTHCOM

Address:        Berkeley, CA

GeoCoords:.     Latitude: 37.871775; Longitude: -122.274603
INCIDENT CITY: Berkeley
INCIDENT STATE: CA
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 37.8717765808105
INCIDENT LONGITUDE: -122.274597167969
INCIDENT UTM: Northing: 4191836.29 Easting: 563799.34 Zone: 10S
INCIDENT DATE/TIME: 21-APR-0
UPDATE: (1)  29-APR-05
DETAILS: 1.

    received 4/28/2005 10:51:14 AM

Source received a follow-up e-mail on 26 Apr 05 stating that 100 students showed up
to protest against US Marine recruiters, that were at the career fair. The civil
disobedience plan was called off due to the 'Berkeley administration' planning a
police attack against the protesters and the protesters did not want to 'walk into a
trap.' Instead, 60 Berkeley students filed into the career fair in 'sign-file' and
confronted the recruiters one at a time, challenging their anti-gay policies and the
war in Iraq. This action took over an hour and effectively shut down the Marine's
operation for most of the day.

902-01-03-05-150_full_text

UNCLASSIFIED

TALON REPORT 902-01-03-05-150

01-MAR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-01-03-05-150
REPORT DATE: 2005-03-01
CLASSIFICATION: Unclassified
INCIDENT TYPE: Suspicious Activities/Incidents
STATUS: Closed/Unresolved
CONTAINS US PERSON INFO:  Yes
FROM: 902D MI GP
SUBJECT: Students at Southern Connecticut State University Protest Army National
Guard Recruiters on 23 Feb 05
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF
HOMELAND SECURITY. SOURCE IS RELIABLE.
DETAILS: Source received an e-mail from [REDACTED] on 24 Feb 05, subject:
'SCSU antiwar kicks recruiters off campus!' The e-mail stated the students at
Southern Connecticut State University in New Haven successfully chased the
recruiters from the Army National Guard from the student center on 23 Feb 05.
Specifically, about twenty students took part in a 90-minute protest and made sure
that the recruiters had no chance in signing anyone up 'for an unjust war.' The Army
National Guard was scheduled to be on campus from 11am to 4pm on 23 Feb 05 via an
invitation from career services at Southern according to a spokesperson in the
student center office. The SCSU Antiwar Coalition decided to arrive early
(pre-emptively) and set up 'our message of antiwar at around 10:30 am at their
reserved table.' They made certain to have a ton of literature and information, such
as, numerous 'CAN pamphlets like 'The Growing Soldiers Discontent' and 'Occupations
Not Liberation', as well as the Pablo Peredes Petition, and plenty of Traveling
Soldier issues.

First, about four students blocked their table and handed out counter-recruitment
information while the students behind our table grilled the two recruiters with
questions about why they were here, why do they openly discriminate against our gay,
lesbian, and transgender brothers and sisters, and how quickly will those who sign
up go off to war somewhere in the world that is based on lies. After twenty minutes,
the recruiters notified the Student Center personnel of the protest action and by
that time the students had at least 8-10 students facing the Army holding signs
ranging from 'Get off our campus' to 'Money for School, not for War' and Recruiters
out, Troops Home!

Ultimately, the students agreed to not to stand directly in front of the table. A
third recruiter arrived at 12:30 pm and by 12:45pm, they decided to pack it up and
call it a day after not getting one person to even make an appointment, let alone
sign up for 'duty'. The Student Center representative walked them out and apologized
for the trouble. The three recruiters left to chants of 'Money for school, not for
war...money for healthcare, not for war.' For the future, the student's stated their
new slogan will be, WE KICKED YOU OFF ONCE, NOW STAY OUT!

PERSONS BRIEFED LOCALLY: FPS, Fort Knox RO
                              Page 1

902-01-03-05-150_full_text
COMMENTS: 1. The source stated the information contained within the email was received directly from the Internet. No effort has been made to validate the credibility of the information. Source shared the contents solely for informational purposes.
INCIDENT SITE: Southern Connecticut State University
INCIDENT CITY: New Haven
INCIDENT STATE: CT
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 41.3083343505859
INCIDENT LONGITUDE: -72.924446105957
INCIDENT UTM: Northing: 4575063.88 Easting: 673746.22 Zone: 18T
INCIDENT DATE/TIME: 23-MAR-05

12

JUL-03-2006  13:47       DFOISR AF                              703 693 9280    P.15

902-06-04-05-303_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-06-04-05-303

06-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ.  THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-06-04-05-303
REPORT DATE: 2005-04-06
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE:  Specific Threats
STATUS: Closed/Unresolved
CONTAINS US PERSON INFO:  No
FROM: 902D MI GP
SUBJECT: Protest Against Military Recruiters at University of California at Santa
Cruz (UCSC) on 5 Apr 05
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF
HOMELAND SECURITY. SOURCE IS RELIABLE
SUMMARY: Protest Against Military Recruiters at University of California at Santa
Cruz (UCSC) on 5 Apr 05
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902dMI-04-04-05-003

Agent:      ██████████████

Phone:      ██████████████

Report Date:    04 APR 05

Acquisition Date:      04 APR 05

Incident Date:  05 APR 05

Incident Type:  Phone/Voice/eMail Threats

Status: Closed/Unresolved

From:   902nd MI Grp/Atlanta JTTF

Subject:        Protest Against Military Recruiters at University of California at
Santa Cruz (UCSC) on 5 Apr 05

Details:        Source received an e-mail from ██████████████  at e-mail address
██████████  dated 1 Apr 2005 (PST), subject: ¿ACTION TUESDAY TO KICK
MILITARY RECRUITERS OUT OF UCSC!¿

The e-mail starts out with the line: ¿KICK MILITARY RECRUITERS OUT OF UCSC!¿ Then,
the e-mail states that on 5 Apr 05, recruiters from the U.S. Army, U.S. Marine
Corps, and U.S. Navy will be at the Last Chance Job & Internship Fair, organized by
the University of California at Santa Cruz (UCSC) Career Center.

In response, there is a ¿COUNTER-RECRUITMENT MARCH¿ at 11:30, 5 Apr 2005 that starts
at the ¿BAYTREE PLAZA,¿ below Career Center, and ends outside the job fair at the
Stevenson Event Center. The e-mail states to ¿have fun and bring 5 friends.¿

Also, the e-mail urges people to: !!SIGN THE PETITION TO BAN RECRUITERS FROM UCSC
Page 1

902-06-04-05-303_full_text

AND JOIN US 11:30am TUE, APRIL 5th @ BAYTREE PLAZA!!¿

Finally, the e-mail states:

--------For more information--------

UCSC Students Against War's

Counter-Recruitment Working Group

counterrecruitment@yahoo.com

-----------------------------------

Source: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF HOMELAND SECURITY. SOURCE IS RELIABLE.

Country:        United States (US)/USNORTHCOM

Address:        Santa Cruz, CA  95064

GeoCoords:      Latitude: 36.97205; Longitude: -122.026252

Persons Involved:      N/A

Coordinating Agencies:  FPS, Fort Know Resident Office, 902d MI Group, JTTF San Francisco

Agent Notes:     1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. Several recent protests along the West Coast have drawn an estimated 200 - 400 protesters with one incident in January 2005 resulting in police escorting the military recruiters off the campus.

3. The text of the e-mail does not state if civil disobedience is planned to occur at this protest.

4. Per the Career Center, UCSC website, the following military organizations will be at the 'Last Chance Job and Internship Fair:'

U.S. Army

2121 41st Ave, Ste 204

Capitloa, CA 95010

U.S. Marine Corps Officer Programs

546 Vernon Ave, Ste 246

Mountain View, CA 94035

U.S. Navy Officer Programs

546 Vernon Ave, Ste 246

Mountain View, CA 94035

5. The Last Chance Job and Internship Fair is scheduled from 12:00 to 15:00 on 5 Apr 05.

902-06-04-05-303_full_text

Updates:      N/A

UNCLASSIFIED//FOUO
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS BRIEFED LOCALLY: Coordinating Agencies: FPS, Fort Know Resident Office, 902d
MI Group, JTTF San Francisco
COMMENTS: Agent Notes:  1. This information was from an e-mail sent over the
Internet. The source made no effort to validate the credibility of the information.
The source shared the information solely for informational purposes.

2. Several recent protests along the West Coast have drawn an estimated 200 - 400
protesters with one incident in January 2005 resulting in police escorting the
military recruiters off the campus.

3. The text of the e-mail does not state if civil disobedience is planned to occur
at this protest.

4. Per the Career Center, UCSC website, the following military organizations will be
at the 'Last Chance Job and Internship Fair:'


U.S. Army

2121 41st Ave, Ste 204

Capitloa, CA 95010


U.S. Marine Corps Officer Programs

546 Vernon Ave, Ste 246

Mountain View, CA 94035


U.S. Navy Officer Programs

546 Vernon Ave, Ste 246

Mountain View, CA 94035


5. The Last Chance Job and Internship Fair is scheduled from 12:00 to 15:00 on 5 Apr
05.
INCIDENT ADDRESS: Country:      United States (US)/USNORTHCOM

Address:        Santa Cruz, CA 95064

GeoCoords:      Latitude: 36.97205; Longitude: -122.026252
INCIDENT CITY: Santa Cruz
INCIDENT STATE: CA
INCIDENT ZIP CODE: 95064
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 36.9900016784668
INCIDENT LONGITUDE: -122.061943054199
INCIDENT UTM: Northing: 4094174.40 Easting: 583476.58 Zone: 10S
INCIDENT DATE/TIME: 05-APR-05

902-03-02-05-071_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-03-02-05-071

03-FEB-2005

**CAUTION:**
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ.  THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-03-02-05-071
REPORT DATE: 2005-02-03
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE:  Specific Threats
STATUS: Open/Unresolved
CONTAINS US PERSON INFO:  NO
FROM: 902D MI GP
SUBJECT: Protest Planned Against JAG Recruiters at NYU on 4 and 10 Feb 05 May
Involve "OUTlaws"
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF
HOMELAND SECURITY. SOURCE IS RELIABLE.
SUMMARY: Protest Planned Against JAG Recruiters at NYU on 4 and 10 Feb 05 May
Involve "OUTlaws"
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902dMI-02-02-05-003

Agent:      ███████████

Phone:      ███████████

Report Date:    02 FEB 05

Acquisition Date:      02 FEB 05

Incident Date:  04 FEB 05

Incident Type:  Phone/Voice/eMail Threats

Status: Open/Unresolved

From:   902nd MI Grp/Atlanta JTTF

Subject:      Protest Planned Against JAG Recruiters at NYU on 4 and 10 Feb 05 May
Involve 'OUTlaws'

Details:      Per an Internet posting, on 4 and 10 Feb 05, several homosexual and
pro-gay groups are planning to ¿protest hate & recruiters on NYU campus (NYC).¿ The
targets of the protest are JAG recruiters, who are viewed as ¿discriminatory
military recruiters¿ on the NYU campus.

An extract quoted from the Internet posting follows:

Subject: FRI 2/4 protest hate & recruiters on NYU campus (NYC)

Friday, Feb. 4th support NYU queer groups protesting discriminatory

military recruiters on NYU campus.

JAG is coming this week. And next week. Despite the Third
                              Page 1

902-03-02-05-071_full_text

Circuit's ruling that the Solomon Amendment is unconstitutional, an injunction has not yet been issued. Until one is issued, NYU will continue to abide by the Solomon Amendment's requirement that JAG recruiters be granted access for recruiting purposes.

JAG will be here on Friday, Feb. 4th for OCI. We will be protesting in the Furman lobby on Friday morning.

JAG will also be here for the Public Interest Symposium on February 10th. We will have an amelioration panel that day at 12:45. Look for the details soon. In addition, we're having a protest that day. The details have yet to be worked out, as the protest may involve OUTLaws from other schools participating in the symposium.

End of Quoted Extract.

Source: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF HOMELAND SECURITY. SOURCE IS RELIABLE.

Country:        United States (US)/USNORTHCOM

Address:        New York, NY  10012

GeoCoords:      Latitude: 40.704234; Longitude: -73.917927

Persons Involved:       N/A

Coordinating Agencies:  FPS, USACID, NCIS, AFOSI, Fort Knox RO, JTTF New York

Agent Notes:      1. The term ¿OUTlaws¿ is not defined in the posting. The FPS Special Agent is concerned this is a security issue. Specifically, the term ¿OUTlaws¿ is a backhanded way of saying it¿s all right to commit possible violence and serve as ¿vigilantes¿ during the symposium. Therefore, it is possible that physical harm or vandalism could occur at this event.

2. The term NYU appears to be New York University and NYC is New York City. The term OCI is unknown. Per an open source search of the Internet at www.law.nyu.edu, Furman Hall is the location of the New York University School of Law, address: 245 Sullivan Street, New York, NY. The Law School Calendar also located at the same website states a symposium is scheduled from 0900 ¿ 1700, 10 Feb 2005 at 30 Washington Square South, New York, NY 10012.

3. The Internet posting does not state which military service (Army, Navy or Air Force) JAG recruiters will be present at NYU campus.

Updates:        1.      received 2/2/2005 6:12:46 PM

Per a US Army Counterintelligence Agent and based on additional research from the original source, the term 'OUTlaws' may refer to members of the gay community that are now 'out' in the open that are studying at law schools. However, per the original source there is almost nothing about the term 'OUTlaws' available with conventional Internet search engines. It is not clear, if this is an organized group or if it is a term for gay law students. However, the source believes there is still a potential for confrontation at NYU.

902-03-02-05-071_full_text

UNCLASSIFIED//FOUO.
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS BRIEFED LOCALLY: Persons Involved:          N/A

Coordinating Agencies:  FPS, USACID, NCIS, AFOSI, Fort Knox RO, JTTF New York
COMMENTS: Agent Notes:

1. The term ¿OUTlaws¿ is not defined in the posting. The FPS Special Agent is
concerned this is a security issue. Specifically, the term ¿OUTlaws¿ is a backhanded
way of saying it¿s all right to commit possible violence and serve as ¿vigilantes¿
during the symposium. Therefore, it is possible that physical harm or vandalism
could occur at this event.

2. The term NYU appears to be New York University and NYC is New York City. The term
OCI is unknown. Per an open source search of the Internet at www.law.nyu.edu, Furman
Hall is the location of the New York University School of Law, address: 245 Sullivan
Street, New York, NY. The Law School Calendar also located at the same website
states a symposium is scheduled from 0900 ¿ 1700, 10 Feb 2005 at 30 Washington
Square South, New York, NY 10012.

3. The Internet posting does not state which military service (Army, Navy or Air
Force) JAG recruiters will be present at NYU campus.


Updates:        1.      received 2/2/2005 6:12:46 PM

Per a US Army Counterintelligence Agent and based on additional research from the
original source, the term 'OUTlaws' may refer to members of the gay community that
are now 'out' in the open that are studying at law schools. However, per the
original source there is almost nothing about the term 'OUTlaws' available with
conventional Internet search engines. It is not clear, if this is an organized group
or if it is a term for gay law students. However, the source believes there is still
a potential for confrontation at NYU.
INCIDENT ADDRESS: United States (US)/USNORTHCOM

New York, NY  10012

Latitude: 40.704234; Longitude: -73.917927
INCIDENT CITY: New York
INCIDENT STATE: NY
INCIDENT ZIP CODE: 10012
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 40.7042350769043
INCIDENT LONGITUDE: -73.9179306030273
INCIDENT UTM: Northing: 4506488.04 Easting: 591410.40 Zone: 18T
INCIDENT DATE/TIME: 04-FEB-05