# EXHIBIT 2

**Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment,** *Servicemembers Legal Defense Network v. Dep't of Defense*, **Civil Action No. 06-200 (RMC)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL<br>DEFENSE NETWORK,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-200 (RMC)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

With the Court having considered Defendants' Motion for Summary Judgment [Dkt. #34] and Plaintiff's Opposition thereto [Dkt. #37], it is hereby

**ORDERED**, that Defendants' motion is **DENIED** without prejudice; and it is further

**ORDERED**, that Defendant Department of Defense ("DOD") shall cause its Counterintelligence Field Activity and Office of Freedom of Information components to conduct searches reasonably calculated to uncover all documents responsive to Plaintiff's January 5, 2006 Freedom of Information Act ("FOIA") requests; and it is further

**ORDERED**, that Defendant Department of Justice ("DOJ") shall cause its Federal Bureau of Investigation component to conduct a search reasonably calculated to uncover all documents responsive to Plaintiff's January 5, 2006 FOIA request; and it is further

**ORDERED**, that Defendants DOD and DOJ shall have 30 days from the date of this Order to produce to Plaintiff's counsel legible copies of any and all responsive, non-

exempt documents resulting from the supplemental searches described above; and it is further

**ORDERED**, that Defendants shall within 60 days of the date of this Order file with the Court additional declarations describing in detail what additional steps were taken to search for documents responsive to Plaintiff's FOIA requests; and it is further

**ORDERED**, that the Parties may thereafter file renewed motions for summary judgment.

**SO ORDERED**, this ___ day of _____, 2006.

BY: _____
United States District Judge

Copies To:   Christopher Wolf
James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533
cwolf@proskauer.com
jsegroves@proskauer.com

*Attorneys of Record for Plaintiff*
*Servicemembers Legal Defense Network*

Rupa Bhattacharyya, Senior Trial Counsel
Samuel C. Kaplan, Trial Attorney
Federal Programs Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Rupa.Bhattacharyya@usdoj.gov
Samuel.Kaplan@usdoj.gov

*Attorneys of Record for Defendants*

*Department of Defense and Department of Justice*

Ada Meloy
NEW YORK UNIVERSITY
70 Washington Square South
New York, NY 10012
ada.meloy@nyu.edu

Steven J. Routh
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, NW
Washington, DC 20004-1109
sjrouth@hhlaw.com

*Attorneys of Record for Amicus Curiae*
*New York University School of Law*