UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | 06-cv-200 (RMC) |
| DEPARTMENT OF DEFENSE, *et al.* | ) ) ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT**

In accordance with Fed. R. Civ. P. 6(b), defendants the Department of Defense ("DOD") and the Department of Justice ("DOJ") respectfully request a one-week extension of the deadline previously set by the Court for submitting their reply to plaintiff's opposition to defendants' motion for summary judgment. The new date would be September 8, 2006. This is the first extension that defendants have requested with respect to the reply-brief deadline. The Court previously granted defendants and plaintiff extensions to file, respectively, defendants' motion for summary judgment and plaintiff's opposition. The Court also previously granted defendants an extension of time to oppose plaintiff's motion for preliminary injunction. Counsel for plaintiff has informed counsel for defendants that plaintiff does not oppose this motion.

This motion is made for good cause. Specifically, the requested extension is justified because of difficulties in coordinating with agency components to prepare declarations for defendants' motion. In particular, the declaration requires consultation with a Department of

Defense employee who has been out of town for the past several weeks. Accordingly, defendants respectfully request that the motion be granted.

Dated: September 1, 2006                                  Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


/s/
SAMUEL C. KAPLAN (D.C. Bar No. 463350)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Rm. 7302
Washington, D.C. 20044
(202) 514-4686 phone
(202) 616-8202 fax
samuel.kaplan@usdoj.gov
Attorneys for Defendants