# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL <br> DEFENSE NETWORK <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, et al. <br><br> Defendants. | Civil Action No. 1:06CV00200(RMC) |

## THIRD DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)     I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at the Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the state of Texas since 1980.

(2)     In my official capacity as Section Chief of RIDS, I supervise approximately 232 employees who staff a total of ten (10) Units and a field operational service center unit whose collective mission is to effectively plan, develop, direct and manage responses to requests for

access to FBI records and information pursuant to FOIA; the Privacy Act; Executive Order 12958, as amended; Presidential, Attorney General and FBI policies and procedures, judicial decisions, and other Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity and upon conclusions and determinations reached and made in accordance therewith.

(3)     The Joint Terrorism Task Force ("JTTF") program was created in May 1980; its goal is to neutralize terrorist cells and operatives here in the U.S. and to help dismantle terrorist networks worldwide. As of today, there are 101 JTTFs operating nationwide in all 56 FBI field offices. The JTTFs are staffed by a cadre of FBI personnel working hand-in-hand with partners in law enforcement, intelligence, the military, and diplomatic circles. The mission of the JTTFs is to promote interagency cooperation, coordination, and communication by creating cohesive units capable of addressing a wide variety of terrorism matters. The JTTFs have enhanced the FBI's ability to promote a coordinated counterterrorism effort among FBI field offices and their respective counterparts in federal, state, and local law enforcement agencies. In performing their mission, JTTFs generate documents, all of which are the property of and maintained by the FBI. This issue of FBI document ownership is specifically spelled out in numerous JTTF MOUs nationwide. As FBI records, these JTTF-generated documents are indexed to, and retrieved by, searches of the FBI's Central Records System ("CRS"), which I described in paragraphs 20 through 25 of my Second Declaration dated June 26, 2006. Accordingly, the search of the CRS described in my prior declaration encompassed JTTF-generated investigative files.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of August, 2006.

*[signature]*

DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.