UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICEMEMBERS LEGAL DEFENSE NETWORK, ) ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF DEFENSE AND ) DEPARTMENT OF JUSTICE, ) ) ) ) Defendants. ) ) | Civil Action No. 06-200 (RMC) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendants' motion for summary judgment [Dkt. #34] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date:   January 12, 2007            _____/s/_____
                                    ROSEMARY M. COLLYER
                                    United States District Judge